# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV04-5593-GAF | Date | September 26, 2005 |
| Title | In Re American Mutual Funds Fee Litigation | | |

Present: The Honorable    GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

J. Lurie
M. Reese
K. Miller

Attorneys Present for Defendants:

J. Benedict
T. Zaccaro
E. Maier
L.A. Pellegrino
J. Dittmar
P. Salvaty
S. Glass

**Proceedings:** Nominal defendants The American Funds' Motion to Dismiss Certain Claims of Plaintiffs' Consolidated Amended Complaint - filed 5-27-05

Defendants' Fox, Jones, McDonald, Nogales, Peterson, Riggs and Woolf's Motion to Dismiss - filed 5-31-05

    Matter called. Counsel state their appearances for the record. Counsel argue their motions to the Court. The Court takes the matter under submission. Counsel are to meet and confer regarding a future hearing date, convenient to all counsel, and provide that date to the Court Clerk not later than Friday, September 29, 2005.

    IT IS SO ORDERED.

1 (:50)

Initials of Preparer

DOCKETED ON CM
SEP 2 6 2005
BY _____ 007