GIBSON, DUNN, & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
e-mail: gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
  McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
e-mail: jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re AMERICAN MUTUAL FUNDS FEE LITIGATION | MASTER FILE: CV-04-5593 GAF (RNBx) <br><br> **JOINT STIPULATION REGARDING DOCUMENTS FILED UNDER SEAL** <br><br> Judge: Hon. Gary A. Feess <br> Date: May 18, 2009 <br> Time: 9:30 A.M. <br> Place: Courtroom 740 <br> 255 E. Temple Street <br> Los Angeles, CA 90012 |

WHEREAS, on November 28, 2008, the Court issued an order (the "Order") concerning the parties' filings under seal;

WHEREAS, the Court's Order requires *inter alia,* that the parties "convince the judicial officer to whom the papers are directed that [seal] protection is truly warranted for the designated document or for the material quoted from the document. For a declaration with attached exhibits that the parties are seeking to file under seal, this means making a showing of good cause on an exhibit by exhibit basis." (Dkt. No. 274);

WHEREAS, the Court's Order also requires, *inter alia,* that "at the time the motion is submitted for filing, the parties should publicly file a redacted version and concurrently lodge an un-redacted version of the papers that they are seeking to file under seal."

WHEREAS the parties' experts reviewed materials marked "confidential" per paragraph 13 of the Protective Order (Dkt. No. 217), produced by Defendants in this case, and further discussed these materials in their experts' reports and at their depositions;

WHEREAS, the parties expect to file expert-related motions on April 14, 2009 (the "Motions") and further anticipate that portions of Defendants' materials marked "confidential" per paragraph 13 of the Protective Order will be attached to the parties' respective Motions;

WHEREAS, in connection with the Motions, the parties have engaged in an extensive meet and confer process to ensure compliance with the Court's Order, including (1) discussing documents which do not be need filed under seal, and (2) discussing ways in which to minimize the number of documents which the parties will seek to file under seal;

WHEREAS, in the course of these planning discussions, the parties have discovered a significant difficulty with respect to the Court's requirement that the parties file redacted and un-redacted versions of their papers at the same time,

particularly when one party seeks to file a motion which contains the other party's confidential information;

WHEREAS, with respect to the upcoming Motions, in light of the fact that Plaintiffs intend to include in their Motions or attach as exhibits Defendants' materials and information, this places an undue burden (1) on Plaintiffs to disclose the materials they plan on filing prior to the filing date so that Defendants can review the information to determine whether Defendants deem it to be confidential and (2) on Defendants to request such information, review it, and prepare the necessary application demonstrating to the Court that the protection of seal is warranted;

WHEREAS the parties agree that allowing a party to file a document that may contain confidential information entirely under seal for a provisional period will relieve this burden;

NOW THEREFORE, the parties propose the following process to govern the Motions:

(1) Concurrent with the filing of their Motions due on April 14, 2009, Defendants will file an application for seal (along with redacted and un-redacted versions of their papers), which will seek to make the necessary showing of good cause on an exhibit by exhibit basis in accordance with the Court's Order;

(2) On April 14, 2009, Plaintiffs – because they will file Motions containing information which Defendants may wish to protect under seal – will file entirely under seal their Motions and exhibits therewith for a provisional seven-day period;

(3) Within seven days of Plaintiffs' filing of their Motions, Defendants will review Plaintiffs' Motions and file a Supplemental Application for Seal which will state with particularity the documents which Defendants do not wish to file under seal; and, if necessary, will seek to show good cause why certain documents should remain filed under seal or redacted, and;

(4) Defendants will work with Plaintiffs to provide redacted versions of documents Defendants desire to remain filed under seal, which Plaintiffs will then file

within the same seven day period that Defendants' Supplemental Application For Seal is due.

(5) In all cases, the parties will endeavor in good faith to avoid filing documents under seal unnecessarily; and

(6) The parties further agree that in the future, the above process shall govern whenever one party seeks to file a pleading which contains an opposing party's potentially confidential material; and

(7) The parties agree that this stipulation is procedural only, and does not prohibit a party from contesting another party's designation of certain materials as confidential.

DATED: April 13, 2009

                Respectfully submitted

                GIBSON, DUNN & CRUTCHER LLP

                By: /s/
                      ANDREW Z. EDELSTEIN

                MILBANK, TWEED, HADLEY & McCLOY LLP

                Attorneys for Defendants
                Capital Research and Management Company, and American Funds Distributors, Inc.

Dated: April 13, 2009

                MILBERG LLP
                JEROME M. CONGRESS
                JANINE L. POLLACK
                ANNA C. DOVER

```
                    JOHN R.S. McFARLANE

                    By: _____[signature]_____
                        JANINE L. POLLACK
                        (ADMITTED PRO HAC VICE)

                    E-mail: jcongress@milberg.com
                            jpollack@milberg.com
                            adover@milberg.com
                            jmcfarlane@milberg.com
                    One Pennsylvania Plaza
                    New York, New York 10119-0165
                    Telephone: (212) 594-5300
                    Facsimile:  (212) 868-1229

                    MILBERG LLP
                    JEFF S. WESTERMAN (SBN 94559)
                    E-mail: jwesterman@milberg.com
                    SABRINA S. KIM (SBN 186242)
                    E-mail: skim@milberg.com
                    One California Plaza
                    300 South Grand Ave., Suite 3900
                    Los Angeles, CA 90071
                    Telephone: (213) 617-1200
                    Facsimile:  (213) 617-1975




                    WEISS & LURIE
                    JOSEPH H. WEISS
                    E-mail: jweiss@weisslurie.com
                    RICHARD A. ACOCELLI (admitted Pro Hac Vice)
                    E-mail: racocelli@weisslurie.com
                    JULIA J. SUN
                    E-mail: jsun@weisslurie.com
                    551 Fifth Avenue, Suite 1600
                    New York, New York 10176
                    Telephone: (212) 682-3025
                    Facsimile:  (212) 682-3010

                    Co-Lead Counsel for Plaintiffs
```