MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
E-mail: skim@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

WEISS & LURIE
JOSEPH H. WEISS
E-mail: jweiss@weisslurie.com
RICHARD A. ACOCELLI (admitted *pro hac vice*)
E-mail: racocelli@weisslurie.com
JULIA J. SUN
E-mail: to jsun@weisslurie.com
551 Fifth Avenue, Suite 1600
New York, New York 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

MILBERG LLP
JEROME M. CONGRESS (admitted *pro hac vice*)
E-mail: jcongress@milberg.com
JANINE L. POLLACK (admitted *pro hac vice*)
E-mail: jpollack@milberg.com
ANNA C. DOVER (SBN 217100)
E-mail: adover@milberg.com
JOHN R. S. MCFARLANE (admitted *pro hac vice*)
E-mail: jmcfarlane@milberg.com
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re AMERICAN FUNDS FEE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE: CV 04-5593 (GAF) (RNBx)<br><br>DECLARATION OF JOHN R. S. MCFARLANE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF<br><br>Date: May 18, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 740<br>Judge: Hon. Gary A. Feess |

DECLARATION OF JOHN R. S. MCFARLANE IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS, MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF

I, John R. S. McFarlane, declare as follows:

1. I am an associate of the law firm of Milberg LLP, co-lead counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am an attorney admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

3. In accordance with Local Rule 7-3, the Parties met and conferred on March 10, and April 8, 2009 regarding Plaintiffs' Motions in Limine To Strike the Opinions and Proposed Testimony of Defendants' Experts Michael W. Maher, R. Glenn Hubbard and Geoffrey Bobroff.

4. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Michael W. Maher.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Deposition Transcript of Michael W. Maher.

6. Attached hereto as Exhibit C is a true and correct copy of a CRMC Financial Statement from June 30, 2006, which was marked as Exhibit 6 at the deposition of Michael W. Maher and produced by Defendants, bates stamped CORBI_0230452-70.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Deposition Transcript of Kenneth Gorvetzian, which was marked as Exhibit 8 at the deposition of Michael W. Maher.

8. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Deposition Transcript of Frederick Christie.

9. Attached hereto as Exhibit F is a true and correct copy of excerpts from the December 2, 2008 Contracts Committee Meeting materials for AMCAP,

which was Marked as Exhibit 3 at the deposition of Michael W. Maher and produced by Defendants, bates stamped CORBI_0389681-8.

10. Attached hereto as Exhibit G is a true and correct copy of a June 30, 2006 memo from Paul Hastings which was introduced as Exhibit Woolf 5 at the deposition of Michael W. Maher and produced by Defendants, bates stamped CORBI_0051894-901.

11. Attached hereto as Exhibit H is a true and correct copy of a February 17, 2005 email from Stuart Strachan, which was Marked as Exhibit 9 at the deposition of Michael W. Maher and produced by Defendants, bates stamped CORBI_0434123-4.

12. Attached hereto as Exhibit I is a true and correct copy of the AFS Description of Transfer Agency Contract and Fee Agreement which was produced by Defendants and bates stamped CORBI_0032227-8.

13. Attached hereto as Exhibit J is a true and correct copy of the September 29, 2006 letter regarding the SEC examinations, which was Marked as Exhibit 4 at the deposition of Michael W. Maher and produced by Defendants, bates stamped CORBI_0220474-88.

14. Attached hereto as Exhibit K is a true and correct copy of the profile of Michael W. Maher from the Analysis Group website, which was marked as Exhibit 2 at the deposition of Michael W. Maher.

15. Attached hereto as Exhibit L is a true and correct copy of excerpts from the Expert Report of Geoffrey Bobroff.

16. Attached hereto as Exhibit M is a true and correct copy of excerpts from the Deposition Transcript of Geoffrey Bobroff.

17. Attached hereto as Exhibit N is a true and correct copy of the Defendants' Statement of Undisputed Facts in support of their motion for summary

1  Judgment in *Bennett v. Fidelity* 04-cv-11651 (D. Mass), which was marked as
2  Exhibit 18 at the deposition of Geoffrey Bobroff.
3      18.    Attached hereto as Exhibit O is a true and correct copy of excerpts
4  from The expert report of Geoffrey Bobroff in *Bennett v. Fidelity* 04-cv-11651 (D.
5  Mass), which was marked as Exhibit 4 at the deposition of Geoffrey Bobroff.
6      19.    Attached hereto as Exhibit P is a true and correct copy of the May 1,
7  2006 O'Melveny & Myers Contracts Committee Guide, which was marked as
8  Exhibit 14 at the deposition of Geoffrey Bobroff, and produced by defendants,
9  bates stamped CORBI_0041652-69.
10     20.    Attached hereto as Exhibit Q is a true and correct copy of excerpts
11 from the Expert Report of R. Glenn Hubbard.
12     21.    Attached hereto as Exhibit R is a true and correct copy of excerpts
13 from the Deposition Transcript of R. Glenn Hubbard.
14     22.    Attached hereto as Exhibit S is a true and correct copy of the email,
15 dated February 22, 2005 from David Short to Jim Rothenberg attaching the
16 January 26, 2005 memorandum from David Short to Kevin Clifford, which was
17 produced by Defendants and bates stamped CORBI_0300017-20.
18     23.    Attached hereto as Exhibit T is a true and correct copy of the
19 memorandum portion of the May 28, 2006    **REDACTED**      which
20 was produced by Defendants and bates stamped CORBI_0230589-60.
21     24.    Attached hereto as Exhibit U is a true and correct copy of The Survey
22 Response of Richard Beleson, produced by Defendants and bates stamped
23 CORBI_0369651.
24     25.    Attached hereto as Exhibit V is a true and correct copy of The Survey
25 Response of Barry Crosthwaite, produced by Defendants and bates stamped
26 CORBI_0369596-7.
27
28

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct.
3  Executed this 14th day of April, 2009, at New York, New York.

   JOHN R. S. MCFARLANE

-4-

DECLARATION OF JOHN R. S. MCFARLANE IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS, MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on April 14, 2009, declarant served the **DECLARATION OF JOHN R. S. MCFARLANE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF** via email to the parties listed on the attached Service List.

3. That there is a regular communication via email between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2009, at Los Angeles, California.



ELIZABETH VILLALOBOS

-5-

DECLARATION OF JOHN R. S. MCFARLANE IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS, MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF

## AMERICAN FUNDS
### Service List

| Counsel for Defendants | |
|---|---|
| Gareth T. Evans<br>Andrew Z. Edelstein<br>**GIBSON DUNN & CRUTCHER**<br>333 S. Grand Avenue, 45th Floor<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>E-mail: gevans@gibsondunn.com***<br>aedelstein@gibsondunn.com | James N. Benedict<br>Andrew E. Tomback<br>Sean M. Murphy<br>C. Neil Gray<br>**MILBANK, TWEED, HADLEY<br>& McCLOY LLP**<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>E-mail: jbenedict@milbank.com<br>smurphy@milbank.com***<br>cngray@milbank.com |
| *** **Denotes service via e-mail.** | |

-6-

DECLARATION OF JOHN R. S. MCFARLANE IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND PROPOSED TESTIMONY OF DEFENDANTS' EXPERTS, MICHAEL W. MAHER, R. GLENN HUBBARD AND GEOFFREY BOBROFF