GIBSON, DUNN & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
e-mail: *gevans@gibsondunn.com*

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, Admitted *Pro Hac Vice*
SEAN M. MURPHY, Admitted *Pro Hac Vice*
JAMES G. CAVOLI, Admitted *Pro Hac Vice*
C. NEIL GRAY, Admitted *Pro Hac Vice*
L. ANTHONY PELLEGRINO, Admitted *Pro Hac Vice*
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
e-mail: *jbenedict@milbank.com*

Attorneys for Defendant
Capital Research and Management Company and
American Funds Distributors, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re AMERICAN MUTUAL FUNDS FEE LITIGATION | CASE NO. CV 04-5593 GAF (RNBx)<br>**REDACTED VERSION**<br>DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE TO STRIKE THE OPINIONS AND TESTIMONY OF GEOFFREY BOBROFF, R. GLENN HUBBARD, AND MICHAEL MAHER<br><br>Judge: Hon. Gary A. Feess<br>Date: May 18, 2009<br>Time: 9:30 A.M.<br>Place: Courtroom 740<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

I, Andrew Z. Edelstein, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California and I am an active member in good standing of the State Bar of California. I am an associate at Gibson, Dunn & Crutcher, LLP, counsel of record in this matter for Defendants Capital Research and Management Company and American Funds Distributors, Inc. I have personal knowledge of the facts stated in this Declaration, and if called to testify personally to these facts, I could and would do so.

2. I make this declaration in support of Defendants' Oppositions to Plaintiffs' Motions in Limine to Strike the Opinions and Testimony of Defendants' Experts Geoffery Bobroff, R. Glenn Hubbard, and Michael Maher.

3. Attached as Exhibit 1 is a true and correct copy of Exhibits A-N to the February 26, 2009 Expert Report of Geoffrey Bobroff.

4. Attached as Exhibit 2 are portions of a true and correct copy of the February 23, 2009 Expert Report of Dan Calabria.

5. Attached as Exhibit 3 are portions of a true and correct copy of the March 20, 2009 Deposition Transcript of Geoffrey Bobroff.

6. Attached as Exhibit 4 is a true and correct copy of Plaintiffs' Objections and Responses to Defendants' Request for Production to Plaintiffs' Expert, Daniel Calabria, dated March 6, 2009.

7. Attached as Exhibit 5 are portions of a true and correct copy of the March 12, 2009 Deposition Transcript of Daniel Calabria.

8. Attached as Exhibit 6 are portions of a true and correct copy of the March 24, 2009 Deposition Transcript of Alan Palmiter.

9. Attached as Exhibit 7 is a true and correct copy of the February 26, 2009 Expert Report of R. Glenn Hubbard, including Appendices and Exhibits.

10. Attached as Exhibit 8 are portions of a true and correct copy of the March 30, 2009 Deposition Transcript of R. Glenn Hubbard.

1  11.  Attached as Exhibit 9 are portions of a true and correct copy of the March 18, 2009 Deposition Transcript of Michael W. Maher.

12.  Attached as Exhibit 10 is a true and correct copy of the November 30, 2008 Annual Report for the Federated Equity Income Fund, Inc.

13.  Attached as Exhibit 11 are portions of a true and correct copy of the March 17, 2009 Deposition Transcript of Edward O'Neal.

14.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of May, 2009, at Los Angeles, California.

_____
Andrew Z. Edelstein