1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4  THE HON. JUDGE GARY ALLEN FEESS, JUDGE PRESIDING

5

6  NICHOLAS J. CORBI, et al.,          )
                                       )
7                     Plaintiffs,      )
                                       )
8         vs.                          ) NO. CV-04-05593-GAF
                                       )
9  THE CAPITAL GROUP COMPANIES,        )
   INC., et al.,                       )
10                                     )
                      Defendants.      )
11                                     )
   IN RE AMERICAN MUTUAL FUNDS FEE     )
12 LITIGATION.                         )
   _____)

13

14

15        REPORTER'S TRANSCRIPT OF COURT TRIAL

16          Volume V - A.M. Session Only

17            Los Angeles, California

18           Tuesday, August 4, 2009

19

20

21

22

23     LISA M. GONZALEZ, CSR 5920 - Official Reporter
                  Roybal Federal Building
24        255 East Temple Street - Room 181-C
                  Los Angeles, CA  90012
25          (213) 621-7709; csrlisag@aol.com

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:   MILBERG LLP
                          BY:  JEROME CONGRESS
 4                        and JANINE L. POLLACK
                          and ANNA CHRISTINA DOVER
 5                        and JOHN R.S. McFARLANE
                          One Pennsylvania Plaza
 6                        New York, NY  10119
                          (212) 946-9376/9485
 7
                          WEISS & LURIE
 8                        BY:  RICHARD A. ACOCELLI
                          The Fred French Building
 9                        551 Fifth Avenue
                          New York, New York 10176
10                        (212) 682-3025

11   FOR THE DEFENDANTS:   MILBANK, TWEED, HADLEY & MC CLOY LLP
                          BY:   JAMES N. BENEDICT
12                        and SEAN M. MURPHY
                          and JAMES M. CAVOLI
13                        and LOUIS A. PELLEGRINO
                          One Chase Manhattan Plaza
14                        New York, New York  10005-1413
                          (212) 530-5696
15
                          GIBSON, DUNN & CRUTCHER LLP
16                        BY:  GARETH T. EVANS
                          333 South Grand Avenue
17                        Los Angeles, California  90071-3197
                          (213) 229-7734
18

19

20

21

22

23

24

25
```

```
1                    I N D E X

2           CHRONOLOGICAL INDEX OF WITNESSES

3
     PLAINTIFFS'                                    VOIR
4    WITNESS           DIRECT CROSS REDIRECT RECROSS DIRE VOL

5    Kevin Clifford      781   792    799

6    Richard G. Newman   802   851    907

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          *Los Angeles, California, Tuesday, August 4, 2009*

2                          *8:35 a.m.*

3                           *-o0o-*

4          THE COURT:  All right.  Back on the record in the

5    American Funds Mutual Funds Litigation.

6          We have all counsel present.

7          Are the plaintiffs ready with their next witness?

8          MR. CONGRESS:  Yes, we are, Your Honor.

9          THE COURT:  Call your next witness, please.

10         MS. DOVER:  Plaintiffs would like to call

11   Kevin Clifford.

12         MR. CAVOLI:  Your Honor, for the record, we've

13   handed to Mr. Silva, a list of agreed-upon exhibits for

14   today.

15         THE COURT:  Okay.  Thank you.

16         MS. DOVER:  And, Your Honor, before we start, with

17   respect to one of the agreed-upon exhibits we've handed to

18   you today -- it's Exhibit 3218 -- it was inadvertently

19   omitted from the exhibit list originally.

20         THE COURT:  Where is it?

21         MS. DOVER:  It is one of the agreed-upon exhibits

22   that appears in Tab 7 of Mr. Clifford's binder; and the

23   parties have stipulated to its admission, and they will

24   submit an amended exhibit list.

25         THE COURT:  All right.  Did you swear the witness

```
 1    yet?
 2              THE CLERK:  No.
 3              THE COURT:  All right.
 4         KEVIN CLIFFORD, PLAINTIFFS' WITNESS, SWORN
 5              THE CLERK:  Please state your full name and spell
 6    your last for the record.
 7              THE WITNESS:  First name is Kevin, middle initial
 8    G, last name is Clifford, C-l-i-f-f-o-r-d.
 9              THE COURT:  Proceed, counsel.
10                       DIRECT EXAMINATION
11    By MS. DOVER:
12    Q    Good morning, Mr. Clifford.
13    A    Good morning.
14    Q    Would you be comfortable if we referred to Capital
15    Research and Management Company today as CRMC?
16    A    Yes.
17    Q    Would you also be comfortable if we referred to
18    American Funds Distributors as AFD?
19    A    Yes.
20    Q    Mr. Clifford, who is your current employer?
21    A    My current employer is American Funds Distributors.
22    Q    And how long have you been employed by American Funds
23    Distributors?
24    A    28 years.
25    Q    And your current job titles at AFD are president and
```

1    CEO; correct?

2    A      Correct.

3    Q      And you've held those titles since 1998; correct?

4    A      Yes.

5    Q      Mr. Clifford, if you could please turn to Tab 1 of the

6    exhibit binder in front of you.  It should be labeled

7    "Kevin Clifford Trial Exhibits."

8    Q      And for the exhibits I'll be showing you today, you

9    can either look at them on the screen, which will be either

10   over here in front of you, or you can follow along in your

11   exhibit book, whichever is more comfortable.

12   A      Great.  Thank you.

13   Q      Now, Mr. Clifford, Exhibit 333 is a set of meeting

14   materials for the March 16th, 2004, independent directors

15   seminar; correct?

16   A      Yes.

17   Q      If you can please now turn to 208859 of Exhibit 333,

18   and you will see a document entitled "American Funds

19   Distributors, Inc., Overview."

20          Do you see that?

21   A      I do.

22   Q      Mr. Clifford, you help prepare AFD's budget; is that

23   correct?

24   A      Yes, I do.

25   Q      And in the third quarter of the current year, that's

783

```
1    when you begin working on the budget for the next fiscal

2    year; is that correct?

3    A      Correct.

4    Q      And if you can please turn to 208903 of that exhibit,

5    333.

6    A      Okay.

7    Q      You see that this is an AFD financial summary analysis

8    for the six months ended December 31st, 2003; correct?

9    A      Correct.

10   Q      You see that "FYTD Actuals" is written on the

11   left-hand column at the top of the chart.  This means fiscal

12   year to date actuals; correct?

13   A      Correct.

14   Q      And you see that "FYTD Budget" is written on the

15   right-hand column at the top of the chart.  This means

16   fiscal year to date budget; correct?

17   A      Correct.

18   Q      Do you see the line entitled "Total Operating

19   Revenues" on this chart, Mr. Clifford?

20   A      I do.

21   Q      So the summary analysis reflects that for the

22   six-month period ending December 31st, 2003, the actual

23   total operating revenues of nearly 189 million were nearly

24   double than the 95.6 billion that had been budgeted for that

25   period; correct?
```

1    A    That is correct.

2    Q    And Mr. Clifford you were not surprised at the time

3    that the actual revenue figures were higher than what had

4    been budgeted; is that correct?

5    A    I was not surprised, no.

6    Q    And you were not surprised because revenues are

7    derived from sales, and at this time AFD was experiencing a

8    period of rapid growth in sales volume; correct?

9    A    Correct.

10   Q    And AFD first started experiencing this rapid growth

11   in sales volume in the 2002 to 2003 calendar year period; is

12   that correct?

13   A    That is correct.

14   Q    Now, part of your role in the preparation of AFD's

15   budget is setting forth the sales forecasts; is that

16   correct?

17   A    Yes.

18   Q    If you can please turn to Page 208905 of Exhibit 333.

19        You see that?

20   A    I do.

21   Q    And this is an AFD sales summary for the six months

22   ended December 31st, 2003.

23        Do you see that?

24   A    Yes.

25   Q    And given that, as you testified, revenues are derived

785

1  from sales and revenues were nearly double what had been

2  budgeted, were you also not surprised AFD's actual sales for

3  the six-month period ended December 31st, 2003, were also

4  nearly double what had been budgeted?

5  A     I was surprised by that event.

6  Q     And why were you surprised by that event?

7  A     If you look at the sales forecast, those were our

8  expectations given the environment we were operating in; and

9  so to have sales double during that period of time was, in

10 fact, a surprise to me.

11 Q     If you can please turn to Tab 2 in your binder, which

12 is Exhibit 2554.

13        Now, this is a March 9th, 2004, e-mail from

14 Peg Pollino to several recipients, including you; is that

15 correct?

16 A     Yes, it is.

17 Q     If you could please turn to Page 375572 of this

18 exhibit.

19        This is a document entitled "Capital Research and

20 Management Company Consolidated Ex-AFS FY '05 Budget

21 Assumptions – Preliminary."

22        Do you see that?

23 A     I do.

24 Q     Now, Mr. Clifford, you participate in the CRMC budget

25 assumptions of the type that are set forth in this chart to

786

```
 1   the extent that you feed into the sales forecast and the

 2   AFD-related expenses that accompany it?

 3   A     That is correct.

 4   Q     So in terms of this chart, you would have participated

 5   in the budget assumption represented in the third bullet

 6   point down the list, which reads:  "Mutual funds sales are

 7   budgeted to decrease 4 percent from 125.5 billion to

 8   120 billion; is that correct?

 9   A     That is correct.

10   Q     If you could please turn to Tab 3 in your binder,

11   which is Exhibit 2482.

12          This exhibit includes, at the bottom of the first

13   page, a December 4th, 2003, e-mail from Christy Sanchez to a

14   number of recipients, including you; is that correct?

15   A     Yes, it does.

16   Q     And it also includes a message from Bruce DePriester

17   on the second page; is that correct?

18   A     Yes.

19   Q     And who is Bruce DePriester?

20   A     Bruce DePriester is an associate of mine at AFD.  He's

21   responsible for all finance and administrative activities of

22   the broker-dealer.

23   Q     If you can please turn to 391405 of Exhibit 2482.

24          And this is a document entitled:  "2004, AFD

25   Business Plan Summary."
```

```
 1               Do you see that?

 2    A     I do.

 3    Q     And at the top of this page next to where it says

 4    "mission," it reads:  "AFD exists to raise and retain assets

 5    for the Capital Group of companies (CRMC and CGTC) in the

 6    U.S."

 7               Do you see that?

 8    A     Yes.

 9    Q     So doesn't this mean that any educational activity

10    that AFD performs is part of its mission to raise and retain

11    assets?

12    A     That is correct, yes.

13    Q     And it isn't true that by the end of 2004, AFD had a

14    sales goal of around 130 billion in mutual fund sales for

15    2005?

16    A     I wouldn't describe it as a sales goal.  That was a

17    sales projection.

18    Q     If you could please turn to Tab 4 of your exhibit

19    binder, which is Exhibit 2484.  And this is a series of

20    e-mails between David Short and Bruce DePriester in November

21    of 2004 which attaches a document entitled "2005 AFD

22    Initiatives."

23               Do you see that?

24    A     Yes, I do.

25    Q     At the time of the e-mail, David Short was the
```

1   national sales manager and co-CEO of AFD; is that correct?

2   A    That is correct.

3   Q    And if you turn to Page 300010, which is the 2005 AFD

4   Initiative's attachment.  And the first bullet point on this

5   page reads:  "Achieve sales goals."  And underneath that, in

6   a separate bullet point, it read:  "Total MF, 130 billion."

7        Do you see that?

8   A    I do.

9   Q    And does this mean that AFD's sales goal for total

10  mutual fund sales for 2005 was 130 billion?

11  A    Again, I would call that a projection.

12  Q    So we're going to switch gears for a moment.

13       Mr. Clifford, AFD enters into selling group

14  agreements with broker-dealer firms to sell American Funds;

15  is that correct?

16  A    Yes.

17  Q    If you could please turn back to Tab 1 in your binder,

18  which is Exhibit 333.  And please look at the document that

19  starts on Page 208985.

20  A    Okay.

21  Q    And this is the May 2002 version of the selling group

22  agreement that AFD has entered into with broker-dealers for

23  the sale of shares of American Funds; is that correct?

24  A    That is correct.

25  Q    And if you could please turn to Page 208991 of this

1   document.

2           That's your signature at the end of the agreement;

3   is that correct, Mr. Clifford?

4   A     Yes.

5   Q     Now, let's turn back to Page 208986.

6           Number 4 on this page is a section regarding the

7   payment of ongoing service fees.

8           Do you see that?

9   A     I do.

10  Q     And the ongoing service fees referred to in this

11  section are the 12b-1 service fees paid for from the 12b-1

12  plan for the Class A, B, 529 A and 529 B shares; correct?

13  A     Correct.

14  Q     Now, the first sentence in this "Ongoing Service Fees"

15  section reads:

16          "We are also authorized to pay you continuing

17  service fees each quarter with respect to the Class A, Class

18  529 A, Class B, and Class 529 B shares of all the funds to

19  promote selling efforts and to compensate you for providing

20  certain services to your clients, subject to your compliance

21  with the following terms, which may be revised by us from

22  time to time."

23          Do you see that?

24  A     Yes.

25  Q     In sub paragraphs A through G of this ongoing service

1   fee section set forth the terms just described that the

2   broker-dealer firms must comply with in order to receive the

3   12b-1 service fees; is that correct?

4   A     Correct.

5   Q     Now, the last sentence in paragraph A, 4A, excuse me,

6   of this ongoing service section reads:

7           "Redemption levels of shareholder accounts

8   assigned to you will be considered in evaluating your

9   continued participation in this service fee program."

10          Do you see that?

11  A     I do.

12  Q     Now, the level of redemptions of the broker

13  shareholder accounts are the primary method that AFD Funds

14  use to determine whether the broker-dealer firms will

15  continue to receive the 12b-1 service fee; is that correct?

16  A     I would say it's one of the factors we consider.

17  Q     But isn't it true that the redemption levels are the

18  only terms specifically listed in this section as something

19  AFD considers in evaluating the broker-dealer firms

20  continued participation in the service fee program?

21  A     I would have to reread the entire document to answer

22  your question.

23  Q     If you could turn to Tab 7 in your exhibit binder,

24  which is Exhibit 3218.

25  A     Okay.

1   Q      And this exhibit is a March 15, 2007, e-mail exchange

2   between you and Mr. Short attaching a document Mr. Short

3   prepared; is that correct?

4   A      That is correct.

5   Q      And if you could please turn to the first page of this

6   exhibit which is 300789, which is an attachment entitled:

7   "AFD sales structure."

8          Do you see that?

9   A      Yes, I do.

10  Q      And next to Roman Numeral I, there's a section

11  entitled:  "Historical Perspective.  Partial List of Recent

12  Changes."

13         Now, under that heading is a list of some of the

14  recent changes that had occurred at AFD by this point in

15  2007; correct?

16  A      Uh-huh.

17  Q      Now, one of these recent changes at AFD, which is the

18  fourth bullet point up from the bottom of the list, was:

19  "Walking the fine line of don't sell too much"; is that

20  correct?

21  A      That is correct.

22  Q      And about halfway up the list, another one of these

23  recent changes at AFD was:  "Double/triple Sales"; is that

24  correct?

25  A      Yes, it is.

792

1   Q     And immediately above, another one of the recent

2   changes at AFD was:  "Double number of Selling advisers"; is

3   that correct?

4   A     Yes, it is.

5          MS. DOVER:  I have no further questions at this

6   time, Your Honor.

7          THE COURT:  All right.  Any examination from the

8   defense?

9                    *CROSS-EXAMINATION*

10  BY MR. MURPHY:

11  Q     Good morning, Mr. Clifford.

12  A     Good morning.

13  Q     Can you just describe in general terms what AFD does,

14  American Funds Distributors?

15  A     Certainly.  AFD is the principal underwriter of shares

16  of all the members of the American Funds Group, and we are

17  responsible for all of the marketing and

18  distribution-related activities for the American Funds.

19  Q     And we've heard a number of times throughout the trial

20  about a term called "wholesalers."

21  A     Yes.

22  Q     What do wholesalers do?

23  A     Wholesalers is an industry term that refers to our

24  external salespeople whose job it is to represent

25  Capital Research and Management Company and American Funds

793

```
 1    to the broad adviser community across the United States.

 2              THE COURT:  Excuse me.  Who would be an example of

 3    one of those, of a wholesaler?

 4              THE WITNESS:  I started my career at

 5    American Funds as a wholesaler calling on brokers in the

 6    midwest.

 7              THE COURT:  So it's people in your employ?

 8              THE WITNESS:  People in the employ of the

 9    distributor, yes.

10    BY MR. MURPHY:

11    Q    Can you give me a sense of what sort of interaction

12    would go on between a wholesaler and adviser?

13    A    Principal responsibility of the wholesaler is to train

14    and educate the advisers about the American Funds so that

15    they're knowledgeable about our investment philosophy, our

16    approach to investing; and, most importantly, our long-term

17    investment philosophy so they can, in turn, position our

18    funds correctly with their clients, to help them achieve

19    their long-term investment objectives.

20    Q    And what is a dealer relations manager do?

21    A    A dealer relations managers are associates of ours who

22    have the responsibility for maintaining the relationship

23    with the home offices of the broker-dealers with whom the

24    advisers work for.

25    Q    And they are also AFD employees?
```

1    A     Yes, they are.

2    Q     How many employees does AFD have currently,

3    approximately?

4    A     792.

5    Q     And what do most of these people do?

6    A     The vast majority of those people are housed in our

7    service centers and are either receiving in-bound telephone

8    calls from advisers who are asking questions about the funds

9    or making outbound questions to advisers to see how they

10   could be of service.

11   Q     And what sort of topics would be covered in one of

12   these in bound calls from an adviser?

13   A     I can tell you that today the No. 1 question we

14   receive from advisers is, "Would you please help me decide

15   which funds would be most appropriate for my client given

16   the profile of the client."  That's the number one question

17   we take today.

18   Q     Are you aware that CRMC has agreements with the funds

19   that are called "administrator services agreement"?

20   A     Yes, I am.

21   Q     Does AFD provide any services in connection with the

22   administrative services agreement?

23   A     Yes, we do.

24   Q     Do AFD's financials include any costs of providing

25   those administrative services?

795

1  A     Yes, we incur costs.

2  Q     And does AFD financials include revenues from the

3  administrative service fees?

4  A     None.

5  Q     And why is it that AFD's financials have some of the

6  costs of the administrative services but none of the

7  revenues?

8  A     Embedded in everything we do in the distribution

9  company there is, in fact, a service component.  We've

10  attempted to quantify that, but we receive no revenue or

11  reimbursement for those services.

12  Q     Do you recall discussing with Ms. Dover the budget at

13  AFD?

14  A     Yes.

15  Q     How exact a science is budgeting at AFD?

16  A     The sales forecasting portion of our budget is the

17  most inexact science I've ever seen.

18  Q     You don't know what your sales are going to be in the

19  next year?

20  A     No.

21  Q     Why do you budget sales, then, if you don't know what

22  they're going to be?

23  A     The discipline of managing a income statement has to

24  start with a revenue line; so we forecast sales, we impute a

25  revenue line, and then we match our expenses to the revenue

1    line so we can effectively manage the business.

2    Q    What is the primary purpose of Rule 12b-1 fees charged

3    to the American Funds?

4    A    The primary purpose of the rule is to use fund assets

5    to aid in the distribution of mutual fund shares.  There's a

6    component of that that includes sales; there's a component

7    of that that includes service.

8    Q    And how much of it is service versus sales?

9    A    In the case of the American Funds, I would say

10   probably 95 percent of the payments that we make under the

11   plan are to brokers for servicing existing accounts.

12   Q    And what do the advisers or brokers do in exchange for

13   the Rule 12b-1 fees that they receive?

14   A    It starts at the creation of the relationship between

15   the adviser and the client with the adviser complying with

16   the rules of our industry where they must know their

17   customer.  From there, they move to financial planning,

18   estate planning, tax planning, life planning.  And if you

19   assume a long-term relationship with a client, the client's

20   lives are not static.  That requires continuous monitoring.

21   I can think of examples of advisers right here in downtown

22   Los Angeles who do all of that service simply in return for

23   the 25 basis point service fee on an annual basis.  They

24   take nothing else from the client or receive nothing else

25   from the client.

1    Q     Can you give us some examples of what you do through

2    the course -- an adviser might do during the course of a

3    year for 12b-1 fees?

4    A     Most of the advisers that we work with are very

5    disciplined about meeting with clients on a quarterly basis;

6    updating the status of their account, checking with the

7    client to see if there have been any changes in their lives

8    that would warrant making course corrections.  And I think

9    the most important thing the adviser does is to, if you

10   will, hold the hand of the client and prevent them from

11   doing the wrong thing at completely the wrong time.

12   Q     And do you place value on the professional advice of a

13   broker being delivered to American Fund shareholders?

14   A     We believe it's one of the key tenets of the success

15   the American Funds have enjoyed over time.

16   Q     Why is that?

17   A     What I've observed in the years I've been doing this

18   is that the advisers who work with American Funds understand

19   us, our investment philosophy and our funds, do a fabulous

20   job of matching those funds to achieve the investment

21   objectives of the clients, which tend to be long-term, and

22   making sure clients stay the course over time.  That's a

23   hands on, if you will, hand-to-hand combat process that

24   advisers go through with their clients.

25   Q     Do you recall discussing with Ms. Dover that you

```
 1   monitor redemption rates?

 2   A      We do.

 3   Q      Do you believe Rule 12b-1 fees help prevent

 4   redemptions?

 5   A      Couldn't prove it, but I do believe over the time the

 6   plan has been in existence that our redemption rate is lower

 7   as a result of advisers working with shareholders to keep

 8   them in the funds through volatile markets good and bad to

 9   help them achieve their long-term investment objectives.

10   Q      And have industry levels of redemption rates gone up

11   over time?

12   A      Yes.

13   Q      Why is that?

14   A      If you look -- I'll use the American Funds as a proxy.

15   In the early part of my career, the redemption rate on the

16   complex would range between 6 and 8 percent.  We made a

17   conscious business decision some 15 years ago to enter the

18   401K business, as did most mutual fund complexes; and the

19   retirement plan business has an embedded redemption rate,

20   according to the Department of Labor, roughly 19 to

21   20 percent.  Simply due to attrition, people changing jobs,

22   all of the dynamics that exist in the workplace today.  And

23   as a result of that, we've seen our redemption rate creep up

24   over time.

25   Q      And how does the amount of 12b-1 fees charged to the
```

799

1    American Funds compare to other mutual funds in the industry

2    that charge 12b-1 fees?

3    A    I would describe our fees as equal to or less than

4    12b-1 fees charged across the rest of the industry.

5    Q    Do you feel there's a competitive rate for 12b-1 fees

6    for the services provided?

7    A    I think in today's day and age, the expectation that

8    the competitive rate, if you will, is 25 basis points of

9    assets under management.

10   Q    For ongoing services?

11   A    Yes.

12        MR. MURPHY:  I have no further questions.

13        THE COURT:  Anything further from the plaintiff.

14        MS. DOVER:  Just a few questions, Your Honor.

15                    ***REDIRECT EXAMINATION***

16   BY MS. DOVER

17   Q    Mr. Clifford, you just testified in response to some

18   of the questions from Sean Murphy, some of the services that

19   brokers provide in exchange for Rule 12b-1 service fees; is

20   that correct?

21   A    Yes, I did.

22   Q    Now, AFD doesn't actually monitor what services the

23   brokers provide in exchange for these fees; is that correct?

24   A    I would say we monitor them indirectly based on

25   relationships that all of us have with advisers across the

1    country.

2    Q      But the only way you really monitor those is through

3    redemptions; is that correct?

4    A      Well, as I testified earlier, that's in the document.

5    I'd have to read the rest of it, yes.

6    Q      Now, you also testified with respect to keeping

7    redemptions low, that you want to stay the course; is that

8    correct?

9    A      Don't understand the question.

10   Q      You had testified that in keeping redemptions low,

11   that's part of staying the course and keeping redemptions

12   low for the American Funds?

13          THE COURT:  I think he said "have the investors

14   stay the course," if I'm not mistaken.

15          Wasn't that it, Mr. Clifford?

16          THE WITNESS:  Yes, sir.

17   BY MS. DOVER:

18   Q      And one last question, Mr. Clifford.

19          When you say that the redemption rates are below

20   the industry average at American Funds, weren't the

21   redemptions lower than the industry average before the

22   advent of 12b-1 fees?

23   A      I believe they were, yes.

24          MS. DOVER:  Thank you.  No further questions.

25          THE COURT:  All right.  Any further questions from

1    the defense?

2             MR. MURPHY:  No questions.

3             THE COURT:  All right.  Mr. Clifford, you're

4    excused.  Thank you.

5             Call your next witness.

6             MS. POLLACK:  The plaintiffs call Richard Newman,

7    Your Honor.

8        ***RICHARD G. NEWMAN, PLAINTIFFS' WITNESS, SWORN***

9             THE CLERK:  Please state your full name and spell

10   your last for the record.

11            THE WITNESS:  Richard G. Newman, N-e-w-m-a-n.

12            THE COURT:  Go ahead, counsel.

13            MS. POLLACK:  Your Honor, just as a preliminary

14   matter, I believe that plaintiffs' next witness,

15   Mr. Christie, who was also an unaffiliated director, is

16   present in the courtroom at this time.

17            We would prefer if Mr. Christie was not present

18   for Mr. Newman's testimony.

19            THE COURT:  All right.  So you're moving to

20   exclude him?

21            MS. POLLACK:  Yes, Your Honor.

22            THE COURT:  All right.  Mr. Christie -- sorry.  If

23   you would just wait outside the courtroom during this

24   testimony, and then we'll call -- we'll let you know when

25   we're ready for you.

### *DIRECT EXAMINATION*

1

2    BY MS. POLLACK:

3    Q    Good morning, Mr. Newman.

4    A    Good morning.

5    Q    Are you currently employed?

6    A    I'm sorry.  I couldn't hear you.

7    Q    Are you currently employed?

8    A    Yes, I am.

9    Q    In what capacity?

10   A    I'm chairman of the board of AECOM Technology

11   Corporation.

12   Q    Are you currently an unaffiliated director of certain

13   of the American Funds?

14   A    Yes, I am.

15   Q    And the American Funds on whose boards you sit that

16   are at issue in this case are Investment Company of America

17   and Bond Fund of America; correct?

18   A    That is correct.

19   Q    Can we refer today to Investment Company of America as

20   ICA?

21   A    Yes, ICA.

22   Q    And let's refer to Bond Fund of America as either Bond

23   Fond or BFA.

24   A    Okay.

25   Q    Thank you.

803

```
 1              We'll also refer to Capital Research and
 2    Management Company as CRMC.
 3    A      Okay.
 4    Q      And AFD will be standing for American Funds
 5    Distributors.
 6    A      Okay.
 7    Q      Great.  Thank you.
 8              On which committees do you sit for ICA?
 9    A      On ICA, I serve on the audit committee; I serve on the
10    proxy committee; and I chair the contracts committee.
11    Q      On which committees do you sit for Bond Fund?
12    A      Bond Fund of America, I serve on the nominating
13    governance committee and that would be the only committee.
14    Q      Do you serve on the contracts committee?
15    A      Oh, excuse me, yes.
16    Q      Thank you.
17              For how long have you been a director on the ICA
18    Fund?
19    A      ICA, since 1996.
20    Q      For how long have you been a director on Bond Fond?
21    A      1991.
22    Q      So you've been a director for at least 18 years;
23    correct?
24    A      That's correct.
25    Q      Were you a director for any other American Funds that
```

1    are not at issue in this case prior to 1991?

2    A     Yes, I've been on the fixed-income cluster which

3    includes BFA.

4    Q     And for how long?

5    A     Since the -- 1991.  Of course, some of those funds,

6    like short-term bond funds, would be a newer fund.

7    Q     Mr. Newman, you were previously deposed in this

8    litigation; correct?

9    A     Yes, I was.

10   Q     And that was on October 28th, 2008; correct?

11   A     I don't recall the exact date, but that sounds about

12   right.

13   Q     Did you have counsel representing you at that

14   deposition?

15   A     Did I what?

16   Q     Have counsel at that deposition?

17   A     Yes, I did.

18   Q     And who was that?

19   A     Tom Zacaro.

20   Q     And what firm is Mr. Zacaro from?

21   A     He's with Paul, Hastings.

22   Q     Is that one of the independent counsel to the

23   unaffiliated directors?

24   A     Yes, he was.

25   Q     Did he prepare with you for your deposition?

1    A       Yes, he did.

2    Q       And outside counsel from CRMC in this litigation from

3    Milbank, Tweed also prepared you for that deposition;

4    correct?

5    A       Yes, that's correct.

6    Q       And that would be Mr. Benedict; correct?

7    A       Correct.

8    Q       Is Milbank, Tweed representing you in this case?

9    A       No.

10   Q       Sir, why were Milbank attorneys helping prepare you

11   for your deposition?

12   A       I assume because I'm an independent director of The

13   Capital -- CRMC.

14   Q       Was in-house counsel for CRMC also present at your

15   deposition preparation?

16   A       A member of the council, yes.

17   Q       And that was Michelle Yang?

18   A       Yes, it was.

19   Q       And why was in-house counsel for CRMC present at your

20   deposition preparation?

21   A       I assume because they're part of CRMC.

22   Q       Did Mr. Zacaro also prepare with you for your

23   testimony today?

24   A       Yes, he did.

25   Q       And was Mr. Benedict present for that?

1    A      Yes, he was.

2    Q      And was anyone from CRMC present for that?

3    A      Yes, Michelle was present also at that meeting.

4    Q      Now, part of your responsibilities as a director of

5    ICA and Bond Fund is to examine various fees that are paid

6    by the funds so the board could decide whether to approve

7    them; correct?

8    A      That's correct.

9    Q      And you examine each fee separately; correct?

10   A      Did I review?

11   Q      You examine each fee separately?

12   A      I look at them separately but collectively as well.

13   Q      And you approve each fee separately; correct?

14   A      We approve each agreement separately but look at the

15   total fees.

16   Q      But in terms of each agreement, that's an individual

17   approval process for each agreement; correct?

18   A      That is correct.

19   Q      Now, in advance of the meeting at which the full board

20   meets to approve the individual fees, the contracts

21   committee, which consists of the unaffiliated directors,

22   meet to decide if they are going to recommend approval of

23   each one to the full board; correct?

24   A      That's correct.

25   Q      And at that meeting, the directors receive a contracts

1    committee book; correct?

2    A     We do.

3    Q     And that contains certain information; correct?

4    A     Yes.

5    Q     And the funds secretary from CRMC takes minutes of

6    each contract committee meeting; correct?

7    A     Yes, except for executive session.

8    Q     Now, when you say "except for executive session,"

9    someone takes those meetings; correct?

10   A     Yes, the independent counsel.

11   Q     And the directors review each set of draft minutes

12   from the contract committee meeting and then approve them;

13   correct?

14   A     That's correct.

15   Q     And does Capital -- does CRMC's counsel also review

16   them before they're approved?

17   A     I have no knowledge of that.

18   Q     Does counsel for the independent directors review the

19   minutes before they're approved?

20   A     Yes.

21   Q     And the same system happens with respect to the

22   regular board minute meetings; correct?

23   A     That's correct.

24   Q     And you believe it's important for the minutes to be

25   accurate; correct?

1    A      I do.

2    Q      Mr. Newman, you were aware, weren't you, that

3    beginning in 2003 and continuing for several years

4    thereafter, the net assets of the American Funds, in

5    general, including ICA and Bond Fund, began to grow at

6    unprecedented rates; correct?

7    A      Yes, they did.

8    Q      In fact, you knew by at least March 2004 that AFD

9    Funds had already made, by December 31, 2003, double the

10   amount of sales that management had budgeted for fiscal

11   2004; correct?

12   A      I don't recall that exact number.

13   Q      Why don't we introduce Exhibit 333, which is Tab 2 in

14   your book.

15   A      I'm sorry.  Which exhibit?

16   Q      Exhibit 333, which is Tab 2 of the book in front of

17   you.

18   A      Is it the big book?

19   Q      There should be a book there that --

20   A      I have three books that have "Milberg" on it --

21          THE COURT:  Counsel, do you want to approach the

22   witness and find which is the right binder.

23          MS. POLLACK:  Sure.  It's not the one that say

24   joint exhibit, it's the one that says Binder No. 1 of 1.

25          THE WITNESS:  Okay.  I have it.

```
 1   BY MS. POLLACK:

 2   Q    Do you have that binder now?

 3   A    I do.

 4   Q    Okay.  You can also follow on the screen if that would

 5   suit you better.

 6        If you look behind Tab 2, do you see a green

 7   exhibit tab that says 333?

 8   A    I do.

 9   Q    Okay.  If you could -- there's some numbers at the

10   bottom of the right-hand corner of the page that I'll be

11   referring to throughout your testimony.

12        Are you familiar with those numbers from your

13   deposition?

14   A    Yes.

15   Q    Let's look at 208905.

16        Now, just going back a moment, this document is

17   dated March 9th, 2004; so that was prior to the end of

18   fiscal 2004; correct?

19   A    I'm sorry.  I just got to the -- it's 208905 and it

20   says:  "AFD Distributors."  And what was your question?

21   Q    My question was, generally, that this document -- I

22   was pointing out that this document is dated March 9th,

23   2004.  And I'm just confirming with you that that was three

24   months prior to the end of CRMC's fiscal year; correct?

25   A    It's for six months ended December 31st.
```

810

1  Q     Now, this page is a document -- is contained in a

2  document that was given to the board around March 9th of

3  2004; correct?

4  A     Yeah, that would sound logical.  I don't remember it

5  specifically.

6  Q     Sure.  It's on the front page.  We just flashed it up

7  on the screen there.  March 9th, 2004.

8  A     All right.  I'm sorry.

9        Yes.  March 9th, 2004.

10  Q     Right.  So that would be about three months prior to

11  the end of fiscal 2004; correct?

12  A     Yes, that's correct.

13  Q     Okay.  Now, this page in the director information

14  booklet shows that AFD had already made, by December 31,

15  2003, double the amount of sales that management had

16  budgeted for fiscal 2004; correct?

17  A     That would -- almost, yes.

18  Q     Now, the directors separately approved plans of

19  distribution for the payment of 12b-1 fees for the various

20  class shares for ICA and Bond Fund?

21  A     We had approved the plan 12b-1, yes.

22  Q     And one of the purposes of those Rule 12b-1 fees is to

23  promote sales; correct?

24  A     Sales and service.

25  Q     Let's just take a look at your deposition for a

811

1    moment.  That's Page 19, lines one through six.

2    A     Do I have that exhibit?

3    Q     No, that will just be on the screen.

4          "Question:  And what services are provided in

5    exchange for the fees under the 12b-1 plan?

6          "Answer:  The prime purpose of the 12b-1 would be

7    the marketing, educating the broker-dealers on selling

8    future shares, developing prospectus for future

9    shareholders."

10         Do you recall saying that?

11   A     Yes.  That's what's allowed under plan 12b-1.  What

12   CRMC does is focus on the servicing and sales.  They use

13   their own money for developing the prospectuses.  And the

14   marketing information; so basically they're absorbing that

15   as a cost versus capitalizing on what's allowed under 12b-1.

16   Q     So are you saying that AFD does not -- does not use --

17   does not -- strike that.

18         Do you know the approximate amount of 12b-1 fees

19   that you approved for ICA during CRMC's fiscal year 2004?

20   A     Yes.  It was less than 25 basis points for the A

21   shares.

22   Q     Do you know the dollar amount --

23   A     I don't.  I don't remember that number.

24   Q     Okay.  Let's just bring up Exhibit 3158-G.

25   A     And that's in the same book, ma'am?

1   Q     That would be in Tab 4 of that same book that you're

2   looking at.

3   A     Okay.

4   Q     Now, this is for ICA, and this is a chart that

5   plaintiffs have created to summarize the information to show

6   what the 12b-1 fees paid by ICA during CRMC fiscal years

7   2004 through 2007 was.

8         And is it fair to say that it looks like it was

9   about $180 million up to about $250 million for those years?

10  A     Yes.  2004 would appear to be about 180 million and

11  more like 260- for 2007 --

12  Q     And let's also look at -- in Tab 4, 3158-C, which is

13  right behind that in the same tab, and that will show us the

14  12b-1 fees paid for BFA.  And that looks like it was about

15  $60 million.  And that increased over the years until in

16  2007 Bond Fund was paying $90 million in 12b-1 fees;

17  correct?

18  A     Almost 60 million and up to almost 100 billion is what

19  I read the chart.

20  Q     Now, in order to approve the plans of distribution in

21  all of these 12b-1 fees, the board has to conclude that

22  there's a reasonable likelihood that continuation of each of

23  the plans would benefit the fund and its shareholders;

24  correct?

25  A     That's correct.

813

Q     And as a director, you have a duty to request certain information in considering whether the funds should continue its plans of distribution; correct?

A     That's correct.

Q     And that information would include whether the cost of the plans of distribution are justified by the benefits realized; correct?

A     Correct.

Q     From fiscal 2004 on, did you have information that would allow you to determine whether the costs of the plans of distribution were justified by the benefits?

       In other words, did you have an analysis of the costs versus the benefits?

A     We had what the results were during that period of time, including what the redemption rates would have been, as well as the non-quantifiable results that our investors -- because the redemption rates would be lower, they likely better understood the investments they were making.

Q     Did you have an analysis of the fee waivers and the breakpoints, to the extent that there were such fee waivers or breakpoints during those years?

A     Did we receive what the analysis would be for the breakpoints and the fee waivers, yes.

Q     And did you ever try to analyze whether the dollar

814

```
 1    amounts given back in such fee waivers and breakpoints was

 2    more than the amount paid by the funds in 12b-1 fees?

 3    A     I never made that comparison.

 4    Q     Let's bring up Exhibit 315 which is in tab -- oh,

 5    that's in a separate binder.  You'll see it says "Joint

 6    Exhibit 315," in a separate binder.

 7              And if you look at the front page of this

 8    document, this is the board book for the Regular ICA Board

 9    Meeting for February 16, 2005; correct?

10    A     I see that.

11    Q     Let's turn to Page 100522, which is behind Tab 3, sort

12    of in the middle of Tab 3.

13    A     That was 522, ma'am?

14    Q     100522.  And that will be behind the little Tab 3 in

15    this back.

16              Now, this is a list of the things that you

17    considered and relied on in approving the 12b-1 fees, in

18    February 2005, to continue for another year starting in May

19    2005; correct?

20    A     That's correct.

21    Q     And one of these things that you relied on in

22    approving the 12b-1 fees was -- which is stated about

23    halfway down the page, it says:  "The likelihood that the

24    plans will stimulate sales of shares of the fund and assist

25    in maintaining or increasing the asset base of the fund in
```

```
 1   the face of competition from a variety of financial

 2   products."

 3           Do you see that?

 4   A    I do.

 5   Q    Now, isn't it true, Mr. Newman, that you approved the

 6   12b-1 fees every year because you believe it's always a good

 7   thing for a fund to grow and have less redemptions?

 8   A    That's correct.

 9   Q    Now, let's look -- still on that same page, it says

10   you also approved the continuation of the 12b-1 plans

11   because -- and this is in the next paragraph down because

12   of, quote:  "The potential advantages of shareholders to the

13   fund of maintained or continued growth of the asset base of

14   the fund, including greater liquidity, more investment

15   flexibility, and achievement of greater economies of scale."

16           Do you see that?

17   A    I do.

18   Q    Now, you didn't have any evidence at that time that

19   growth was helping the performance of the funds, did you?

20   A    Yes, I believe we did.

21   Q    What was your evidence?

22   A    Well, the evidence would be that the asset base was

23   increasing, and when the asset base increases and you hit

24   various breakpoints that had been established prior to that

25   period, the investors would get a reduced fee.
```

816

```
 1              Also, that the redemption rates were steady, as
 2   well as the liquidity, obviously, does grow with the larger
 3   asset base.
 4   Q     Now, I was actually referring to the performance of
 5   the funds.  Did you have any evidence at that time that
 6   growth was helping the performance of the funds?
 7   A     We would analyze the performance of the fund and the
 8   performance of the fund obviously depends on more than just
 9   the size; it depends on what's going on in the economy, what
10   investment they're making versus peer groups.  It has a lot
11   to do with things more than size.
12   Q     Did you ever undertake to analyze specifically how
13   growth was affecting performance of the funds?
14   A     We did receive information on how growth affects
15   performance.  We saw, I recall, some analysis where some
16   people said that it wouldn't; other people said it would.
17   In our judgment, the way American Funds are managed by CRMC,
18   growth has been a good thing.
19   Q     Now, are you referring to anything in particular when
20   you saw some documents discussing that?
21   A     Yeah, I can't recall the specific documents, but I
22   believe it had to do with size and a discussion that was
23   perhaps at one of our seminars.
24   Q     Do you recall when that was?
25   A     I think that would have been -- no, I don't remember
```

```
 1    the specific date.

 2    Q     Do you remember any particular year?

 3    A     No, I would be guessing.

 4    Q     Let's just look at Exhibit 3157, which is Tab 6 of

 5    your -- back to the big book again.

 6          I think we're going to come back to that book

 7    again but now --

 8    A     I have that.

 9    Q     Now, this is again a demonstrative that plaintiffs

10    have created to show the Lipper Peer Group Performance

11    Ranking as of December 31st, 2008.

12          Have you ever seen this document?

13    A     I'm not sure I've seen it in this format.  I've seen

14    the information that has been developed.

15    Q     Now, let's look at ICA performance ranking for ten

16    years and five years.

17          Now, doesn't that show that the ten-year

18    percentile performance ranking is going down in the

19    five-year period?

20    A     It shows that in a ten-year window, which, as you

21    probably know, the American Funds focuses on long-term

22    investment, and so they would be focused more on the board

23    with the ten year.  That does not mean that in any one year

24    or, obviously, any five years that it won't be less

25    performance, but I would not believe that this has anything
```

818

1    to do with size.

2    Q    And same thing for Bond Fund.  If we look at Bond

3    Fund, it shows that the Bond Fund from ten years is going

4    down again, the percentage, when considering five years;

5    correct?

6    A    Yes.  In the one-year period, which was when at the

7    time we questioned was again -- didn't have anything to do

8    with size, had to do with the investment choices.  And,

9    unfortunately, as I recall, they were more in corporate

10   financial bonds as opposed to say municipal or other type

11   corporate bonds.  And that one year was -- I mean, that was

12   a bad decision, but that's 20/20 hindsight.  Nobody expected

13   during 2008 to have happened what happened to the financial

14   community.  And it's obvious that one year being in the 22nd

15   percentile would have a major impact on the fifth and the

16   tenth year, as well as the lifetime.

17   Q    Let's head back into the date -- the Exhibit 315 again

18   which is the separate binder that we were in a few minutes

19   ago.  Back to that statement in the board book that I

20   already read that was about halfway down the page.

21        With respect to --

22   A    Could you -- I'm sorry.

23   Q    Sure, it's 100522.

24   A    Got it.

25   Q    Behind Tab 3.

1    A     I do have it.

2    Q     With respect to the statement in that board book that

3    greater liquidity is a potential advantage of growth, what

4    is that a reference to?

5    A     Well, when you have greater growth, you have more

6    assets in a particular fund, you can have better execution

7    of trades.  You are a bigger player in the market.  You can

8    get more, let's say, better trade execution.

9            Also, you would have a diverse, more diversified

10   portfolio because you have more money to be investing; so

11   you would be in -- they're all major cap companies, but by

12   being in, say, 70 companies versus 50, you would have

13   greater liquidity than if you had the lesser number.

14   Q     Now, isn't it true that you believe there could never

15   be liquidity problems, even though a fund grows too large

16   and that liquidity is always a benefit of growth?

17   A     Could you repeat the beginning of your question?

18   Q     Sure.  Isn't it true that you believe that there can

19   never be liquidity problems even when a fund grows too

20   large, and that liquidity is always a benefit of growth?

21   A     Well, I think that for the specific example that we're

22   looking at in this time frame and for the American Funds --

23   because I think it does depend on the type of organization

24   you have, your approach to investments.  I don't think one

25   can make a general statement.  I do think, as it relates to

820

1   the American Funds, at this particular point in time, I was

2   very confident that the growth was in the best interest of

3   the shareholders.

4   Q    Let's just look at your deposition at Page 31, lines

5   14 through 18.

6         "Question:  Can there be liquidity problems when a

7   fund grows too large?"

8         There's some objection to form there.

9         "Answer:  No.  I should have added liquidity as a

10  benefit."

11  A    Yes, I think for the American Funds that would be

12  correct.

13  Q    Isn't it also true that you never discussed at the

14  board level how liquidity would be impacted as the fund

15  grows, and you don't feel that is ever a concern?

16  A    No, that is not correct.

17  Q    Well, let's look at your deposition:  Page 37, lines

18  21 through 25:

19        "Question:  Did you discuss how liquidity would be

20  impacted as a fund continues to grow?

21        "Answer:  No, I have not discussed that.

22        "Question:  Was that a concern of yours?

23        "Answer:  No, it would not be a concern."

24  A    Well, the last part is certainly correct.  I think I

25  stand corrected on -- that it was never discussed.  I have

```
 1   seen documents subsequent to my deposition that indicated

 2   that there was discussion both pro and con on growth versus

 3   liquidity.

 4   Q     And do you recall in what form those discussions took

 5   place?

 6   A     I believe that it was one of our seminars.

 7   Q     Do you recall when that was?

 8   A     No, I don't.

 9   Q     Now, isn't it also true that you don't think it is at

10   all relevant to your decision of whether the funds' payment

11   of 12b-1 fees are benefiting the fund, the issue of whether

12   the fund gets more diversification with growth and size?

13   A     Do I -- I'm sorry.  Could you say that again.

14   Q     Sure.  I'll read it again:  Isn't it true that you

15   don't think it's relevant to your decision of approving the

16   12b-1 fees as to whether the fund is benefiting from those

17   12b-1 fees, the particular issue of whether the fund gets

18   more diversification with growth in size; you don't have to

19   consider that issue?

20   A     When we review the 12b-1 fees, it is to feel that it

21   is benefiting the shareholders, benefiting the shareholders

22   in that they're getting provided better service.  There is a

23   sales component to it in the sense that the more available a

24   broker-dealer is to their customers, which are eventual

25   shareholders, the better informed they'll be, the better
```

822

1    investments they'll make.

2           If you're in a steady state economy, meaning that

3    you're doing that effectively versus the peer groups, you're

4    likely to grow more than they will, have less redemptions,

5    and that will give you greater diversification, greater

6    liquidity than if you hadn't spent the funds and you had a

7    reduction in assets.  I'm not quite sure I understood what

8    you were getting at.

9    Q    Well, isn't it true that you believe that even when a

10   fund has grown to a very large size, it will always achieve

11   diversification and that will always benefit the fund?

12   A     Well, I think you have to -- first of all, we are

13   talking about the American Funds:  ICA, Bond Fund of America

14   in my case -- and the way American Funds is organized --

15   multiple portfolio counselors -- they focus on making

16   investments.  They're not doing client relationships like

17   some other funds might have them do.  There's many factors

18   that are different.

19          It doesn't mean that in some other point in time,

20   that if we get back to a point in time where there's a huge

21   influx of money coming in, that there won't continue to be a

22   discussion.  Doesn't mean that it's impossible to not get

23   too large; but, I think, from the time frames that we're

24   speaking of, feel that we made the proper judgment, that we

25   were not too large, that it was in the best interest of the

823

1    shareholders to keep the funds, keep the 12b-1 moving

2    forward.

3    Q      Let's look at your deposition for a minute on

4    Page 60, starting at line 15:

5            "Question:  Did you ever discuss that ICA may not

6    be benefiting from diversification, given the size that it

7    had already achieved?

8            "Answer:  No, we've not discussed that.  I see the

9    footnote.  I don't personally agree with it.  I don't know

10   how you don't get more diversification with size.

11           "Question:  Did you ever discuss it at any board

12   meetings?

13           "Answer:  No.  I don't think it's relevant to my

14   business judgment on whether the 12b-1 is benefiting the

15   shareholders."

16   A      Yeah.  Again, on line 15 it says:  "It may not be

17   benefiting from diversification."  I believe that it does

18   benefit diversification; that virtually every instance, that

19   if you're growing, it has to be; so my answer is no, we

20   didn't discuss is this not benefiting.  Would we have

21   discussed is it benefiting.  Yes, I think that, obviously,

22   by having diversification, liquidity, are positive elements

23   of having a larger growth.  Also, it's the economies of

24   scale.

25   Q      Let's look back in that separate binder in

```
 1   Exhibit 315.  We're still in that same paragraph on 100522.

 2            I had read that paragraph to you.  And it states

 3   that you approve the 12b-1 fees based in part on the

 4   potential advantages to shareholders of maintained or

 5   continued growth, including the achievement of greater

 6   economies of scale."

 7            Are you with me on that?

 8   A    Yes, that's the third paragraph of several.

 9   Q    What is your understanding of the term "economies of

10   scale"?

11   A    Well, in the simplest way I could explain it is that

12   you're able to produce the next unit of whatever you're

13   producing at a lower cost than the prior units; so that you

14   become able to gain greater efficiency with economies of

15   scale.

16   Q    And do you believe that CRMC was experiencing

17   economies of scale during the period from July 1, 2003,

18   going forward?

19   A    They were certainly benefiting from either the

20   economies of scale or -- also greater effectiveness.  One

21   never knows why are you able to reduce your fees, which they

22   were at breakpoints, reduce your fees because of the waivers

23   and yet have your profitability remain steady.  Something

24   has to have reduced the cost of delivering those later

25   units.  That could have been from improved systems
```

1    efficiencies; it could be economies of scale.  I tend to

2    think that it's probably the economies of scale and

3    efficiencies, though, we must remember, during this same

4    time frame, there was a lot of pressure on all corporations

5    from the Sarbanes-Oxley, other regulations which were

6    causing ineffectiveness from producing service no matter

7    what business you're in.

8            So the bottom line is profitability remained

9    virtually at the same percentile.  Where they were giving

10   breakpoints, we're giving the waivers.

11   Q    Now, did you ever receive an estimate of the

12   quantification of what economies of scale CRMC was

13   experiencing during that time period?

14   A    We would have seen what the total savings were to

15   shareholders from the growth, both the combination of the

16   breakpoints, as well as the waiver one and waiver two.

17   Q    So that was the only estimation of economies of scale

18   that you received?

19   A    And that was, as I pointed out earlier in my

20   testimony, it could have been from a combination of

21   effectiveness as well as the economies of scale, but that

22   would have been the best example that I can think of.

23   Q    Sure.  And is that the way you knew that the economies

24   of scale were being achieved from growth?

25   A    That would be a measurement, yes.

1   Q      Was there any other measurement?

2   A      No.  I think that would be the primary quantitative

3   measurement.

4   Q      Isn't it true, Mr. Newman, that the ICA board has

5   never considered discontinuing the 12b-1 plan?

6   A      Have we considered discontinuing -- we've always

7   approved continuing it.  I think to discontinue it, we all

8   realized that that would put the American Funds at a

9   disadvantage because this is a competitive environment.  All

10  of the other mutual funds out there are providing the 12b-1,

11  if they're particularly the dealer-broker type as

12  American Funds.  It would be doing a disservice to our

13  shareholders; so we, to my knowledge, did not sit down and

14  say should we discontinue it.  We did talk about why we

15  should continue it.

16  Q      So you've never discussed discontinuing it, then?

17  A      That was not a consideration.

18  Q      Isn't it also true, Mr. Newman, that the ICA board has

19  never discussed significantly reducing the 12b-1 fees?

20  A      We -- again, for the same reasons, to put the CRMC or

21  the American Funds at a disadvantage competitively, and I

22  think a disadvantage to the shareholders that we're serving

23  would not make much sense.  And the reason the 12b-1 was put

24  in in the first place was to benefit the servicing of the

25  shareholders and to remove that would not be a very good

1    business judgment on my part.

2    Q     So the answer is that you have not at the board level

3    discussed reducing the 12b-1 fees; correct?

4    A     They went down as we had more orphan accounts.  I

5    think like ICA, though the limit is 25 basis points;

6    actually, it's 23 basis points.

7    Q     But in terms of the approval of the agreement, that's

8    what I'm referring to.

9    A     That's correct.  We have approved the agreement based

10   on what was allowed by the SEC.

11   Q     Did you ever suggest that the ICA or Bond Fund boards

12   should hire an outside consultant to examine the affect on

13   the funds of their significant growth?

14   A     No, we did not feel that was necessary.

15   Q     Have the boards ever hired any outside consultants

16   other than accountants and attorneys?

17   A     Not to my knowledge.

18   Q     Did you rely in part on the redemption rates of the

19   funds when approving the 12b-1 fees each year?

20   A     Yes, that would be important.

21   Q     So reducing the redemption rates is one of the

22   purposes of 12b-1 fees; correct?

23   A     To -- I think it indicates the effectiveness of the

24   implementation of 12b-1.  The fact that the American Funds

25   redemptions rates are 60 percent, approximately, of what the

1    peer group would be, it would indicate that the AFD, that

2    Capital Research Management, is getting more out of their

3    12b-1.  Though everybody is spending the same 25 basis

4    points say on A shares, that they're getting better results

5    because the redemption rates indicate that our shareholders

6    better understand the investments the broker-dealers are

7    discussing with them and eventually getting them into.

8    Q    But isn't it true that the redemption rates of ICA and

9    Bond Fund and, in fact, all of the American Funds, have been

10   lower than industry averages for many years, even going back

11   way before 2003?

12   A    Ever since 12b-1, sure.

13   Q    Isn't it true that the redemption rates for American

14   Funds were also way below industry averages before 12b-1

15   fees were implemented?

16   A    That predates me.

17   Q    So if the redemption rates were consistently so low

18   over the years, did you ever consider reducing or

19   discontinuing the 12b-1 fees since part of the purpose of

20   12b-1 fees of reducing redemptions was already being

21   accomplished and the fund had grown to such a large size?

22   A    No, I don't think that would make much sense.

23   Q    I believe you testified at your deposition that the

24   only situation in which AFD retains any portion of 12b-1

25   fees is on the B shares; is that correct?

1    A    They -- they -- on the B shares, which were sold over

2    time, they retained a very large piece of the 12b-1 which

3    was different than on the A shares.  The A shares, as I --

4    I'm not sure what I had in the deposition, but I think that

5    they retain a very small amount for paying their

6    wholesalers; and I think it's less than a half a basis

7    point, and I may not have known that at the time of my

8    deposition.

9    Q    Sure.  We can look at your deposition for a moment.

10   It's on Page 50, line 21:

11           "Does AFD retain any portion of the 12b-1 fees?

12           "Answer:  They would be in the case of the B

13   shares.

14           "Question.  Only the B shares?

15           "Answer:  The B shares, they would retain the 35

16   basis points just for the first year.  Yes, that is my

17   understanding, but that would be the only case in which they

18   would retain as opposed to passing through to the brokers."

19           Is that the testimony you're referring to?

20   A    Yes.

21   Q    And you had a reference to 35 basis points --

22   A    That would be -- I think the 35 is correct, but that

23   is on the B shares.

24           On the A shares, where the 12b-1 is approximately

25   25 basis points is where the AFD, as I understand now, may

830

1    retain a half a basis point or even less than that, which

2    goes to their wholesaler, the actual employee who is working

3    with the broker-dealer.  But it's a very small amount that

4    is retained.

5    Q     Thank you.

6          Now, you're familiar with the quarterly report

7    requirements of Rule 12b-1; correct?

8    A     Yes.

9    Q     And that rule requires that each quarter the directors

10   receive and review the amounts and nature of expenditures

11   under the plans of distribution to see if they are

12   accomplishing the plan's original purposes; correct?

13   A     That's correct.

14   Q     Did you receive this information each quarter for ICA

15   and Bond Fund?

16   A     Yes, we did.

17   Q     Okay.  Let's look at Exhibit 47.  I think that's in a

18   separate -- another separate book there.

19   A     It says "Joint Exhibit Number 47."  I have the book.

20   Q     Okay.  Now, this is the ICA contracts book for

21   December 2005; correct?

22         If you look behind Tab 1, you'll see that first

23   page --

24   A     Yes, November 30th, 2005.

25   Q     Right.  And it was for the meeting to be held on

1    December 14th, 2005; correct?

2    A     Correct.

3    Q     Now, contained in this book is a memo from counsel

4    O'Melveny; correct?

5    A     That's right.

6    Q     And that's a contracts guide for the contracts

7    committee in order to understand what they need to review in

8    order to approve the 12b-1 plans and other things; correct?

9    A     Yes.

10   Q     Okay.  So let's look at -- that's behind Tab 3 is the

11   O'Melveny & Myers Contracts Committee Guide.

12         Let's look at 31410.

13         And it says:  "Annual approval and quarterly

14   review"; correct?

15   A     Yes, I see that paragraph.

16   Q     And underneath that, the second sentence says:  "Each

17   quarter you must also review the amounts and nature of plan

18   expenditures to see that they are accomplishing the plan's

19   original purpose"; correct?

20   A     That's correct.

21   Q     Now, if you look -- in Exhibit 47, let's look at

22   Pages 31533, behind Tab 12.

23   A     -533?

24   Q     Right.  31533.

25   A     I have it.

832

```
 1   Q     And it runs through -- about ten pages long.
 2              And, then, if you look at Page 31541.
 3   A     Uh-huh.
 4   Q     And also 31543.  -42 is blank, and then if you look at
 5   43.
 6              Do these two pages represent the type of
 7   information, in terms of hard data, that you received, to
 8   satisfy the quarterly report requirement for your fund?
 9   A     The page is 541, and you're asking whether in the 543
10   would be the type of information that we would get
11   quarterly; is that what you're asking?
12   Q     Yes.
13   A     Yes.
14   Q     And that was for all of your funds; correct?
15   A     Yes, that is correct.
16   Q     Did you receive any further breakdown other than those
17   composite figures of all the 12b-1 fees paid, such as the
18   amounts of 12b-1 fees paid by the fund to each broker or
19   broker-dealer?
20   A     No, we would not see the individual amounts.
21   Q     So you are unable to tell which broker-dealers were
22   receiving what amounts of 12b-1 fees for what purpose;
23   correct?
24   A     Well, we would know that based on the amount of assets
25   that they had under management, that they were getting
```

833

1    virtually the 25 basis points for the A shares; so that we

2    do know who the large broker-dealers would be because we see

3    that in various information we'd received.  So there's no

4    secret as to who was getting it.  It's whoever was managing

5    the larger amount of assets.

6    Q    And you felt that this satisfied the amount and nature

7    requirement of the expenditures under Rule 12b-1?

8    A    Yes.  That would satisfy that -- seeing that they are

9    within the 25 basis points, which we approved, and seeing

10   that the end result, that the redemption rates, were very

11   positive versus the peers.

12   Q    Mr. Newman, are you aware that in or about the spring

13   of 2005, that CRMC executives had sent out a survey

14   questionnaire to their investment professionals that would

15   include the portfolio managers and the research analysts?

16   A    I wasn't at the time, but I am now.

17   Q    Do you recall when you first learned of the survey?

18   A    It was during the preparation for trial.

19   Q    So I take it that you had not heard that -- prior to

20   that time that many of the survey responses stated that the

21   portfolio counselors and research analysts were experiencing

22   various problems from the growth of the American Funds?

23   A    I didn't know of the survey.

24   Q    Mr. Newman, are you familiar with the concept of

25   additional compensation to dealers at CRMC?

834

1   A      Yes, I am.

2   Q      And didn't you testify in your deposition that CRMC

3   pays this out to broker-dealers from its advisory fees?

4   A      I said that it was paid out of CRMC.  I can't recall

5   whether I said -- I assume it would be out of the advisory

6   fees.

7   Q      Okay.  Let's look at Page 66 of your deposition, lines

8   two through 17:

9           "Question:  Please explain what your understanding

10  of that term, meaning 'additional compensation' is?

11          "Answer:  Yes.  CRMC would pay out of their

12  advisory fee a certain level of fees to broker-dealers,

13  particularly based on the amount of investments or asset

14  base those broker-dealers would have in the various American

15  Funds.  So these amounts would be a voluntarily amount that

16  CRMC is paying as a rule of thumb because these are to

17  continue education of the broker-dealers with existing

18  clientele, existing shareholders, to provide many of the

19  same type of training of the broker-dealers as you would

20  have gotten on new shareholders through your 12b-1.  Capital

21  provides this additional compensation out of their advisory

22  fee."

23  A      That's correct.  I know it's out of their profit, and

24  I assume that the advisory fee is the primary source of

25  revenue to CRMC, that that's where it's coming from.

1  Q    Now, isn't it true that the purpose of additional

2  compensation payments is not only to keep people invested in

3  the American Funds, but also to cause the broker-dealers to

4  promote new sales?

5  A    Actually, it's to educate and train the

6  broker-dealers.  I think the end result one would anticipate

7  would be to have improved sales and, you know, better

8  investors who understand better the American Funds, the

9  culture of American Funds.  So I think the end result would

10  be greater sales.

11  Q    And so that would be to new shareholders as well;

12  correct?

13  A    Well, it would be to the broker-dealers.  We don't

14  know who they're interfacing with.  They're interfacing with

15  whomever their clients are.  They may be potential new

16  shareholders, they may be existing shareholders.

17  Q    Didn't you testify at your deposition that additional

18  compensation only related to existing clients?

19  A    I don't recall that.

20  Q    Well, let's look at Page 74 of your deposition, lines

21  11 through 19:

22         "Question:  I want to clarify for the record that

23  when you are referring to your earlier testimony, your

24  earlier testimony related to 12b-1 fees; is that correct?

25         "Answer:  No, I was -- 12b-1 would be when you are

1    looking at new shares versus the additional compensation

2    which would be for continuing to train these broker-dealers

3    on their portfolio as it exists."

4    A      Yeah.  The broker-dealers are given the additional

5    compensation based on the -- because I think they're the

6    largest -- 75 -- and that would be based on the assets that

7    they have with existing shareholders.  It doesn't mean that

8    a new shareholder may not invest in American Funds.  Because

9    the broker-dealer is better educated, better trained.

10   Q      Let's look in the main book at Tab 7 for a moment.

11   A      The main book would be the DIB book?

12   Q      No, the main exhibit book, with all the different tabs

13   on it.

14   A      Is that Exhibit 47 or 1 of 1?

15   Q      No, that's the main exhibit book.  Not the one with

16   the two -- with the separate board books in it, but the main

17   exhibit book.  I think it says Binder 1 of 1.

18   A      Okay.

19   Q      Sorry about all these separate exhibits.  Lots of

20   paper.

21          We're looking at Tab 7 now.

22          Now, this is directors information session booklet

23   that was given on or about March 8th, 2005.

24          Do you recall that?

25   A      Yes, I do.

837

1    Q      If you look at Page 209311, this is Appendix H of that

2    document, which is attached to it.

3    A      I see it.

4    Q      Okay.  Now, this is the -- is a letter -- it's a

5    sample letter that's sent to broker-dealers regarding

6    additional -- payment of additional compensation for 2004;

7    correct?

8    A      That's correct.

9    Q      And about halfway down the page, it says:  "Our

10   objectives," and it says:  "We have two objectives with

11   regard to payments of additional compensation.  First, we

12   want your financial advisers to guide clients into suitable

13   funds."

14          So that suggests that it could be for new

15   shareholders and for sales; correct?

16   A      We -- "We have two objectives with regard" -- yeah, I

17   believe that would be correct.  They don't say just

18   existing.

19   Q      Now, isn't it also true, that in order to receive the

20   payment of additional compensation, the broker-dealers need

21   to classify the American Funds as approved or preferred

22   funds?

23   A      That's on the following page, 312?

24   Q      Yes, under:  "Objectivity."

25   A      Uh-huh.  Correct.

1  Q    It says:  "You represent that you have performed or

2  will perform the due diligence necessary to classify the

3  American Funds as approved or preferred or an equivalent."

4  A    Yes, I read that, uh-huh.

5  Q    But, I believe, that you testified at your deposition

6  that the payment to broker-dealers of additional

7  compensation did not depend on whether the American Funds

8  were approved or preferred; correct?

9  A    Yeah.  I maybe was confused as to what -- you know,

10 was taken out of context as to what is approved, what's

11 preferred.  I think reading this here, it's -- and I thought

12 that when I gave my deposition that I said something like

13 it's obvious that unless they approve of the American Funds,

14 unless they prefer it, there aren't going to be putting

15 their client's shareholders into the investments.  So I'm

16 not sure what part of the deposition you're referring to.

17 Q    Sure.  Well, let's take a look at it.  It's at

18 Page 84, starting at line 16.

19         It says:  "Question:  I'll clarify.

20         "During the 2003 period, through the present, at

21 any time during that period, did AFD pay additional

22 compensation depending on whether the broker classified the

23 American Funds as approved or preferred?"

24         And there's some objections there.

25         "The Witness:  My answer would be no."

```
 1   A      Yeah, I think that again taking out of context what's

 2   preferred, what's approved.  I thought what Ms. Sun was

 3   getting at is that, like, for shelf space as you would think

 4   of somebody in a retail store where you're getting a

 5   preferred place in the store.  And that's what I was

 6   referring to there.

 7           Here, as I read it in context of the objectivity,

 8   it's much clearer that they're just saying that it's obvious

 9   you have to do your due diligence necessary to consider the

10   American Funds as approved.  And I think that makes every

11   bit of sense, but that -- I'm not sure when you take it out

12   of context and ask someone what -- do you have to be

13   preferred or you have to be approved, it's the same as

14   reading it here.

15   Q      And did you have an understanding that there were --

16   at the broker-dealers, there were sort of approved or

17   preferred lists of various funds?

18   A      Approved or preferred?

19   Q      Lists.

20   A      Are you saying "risks"?

21   Q      Lists.

22   A      Oh, lists.

23   Q      Sorry.  Let me ask it again.

24           Did you understand that the brokers-dealers had

25   various what they call "approved or preferred lists" of the
```

1    various different fund families that you could purchase as

2    an investor?

3    A     You mean within the American Funds that they would

4    specify certain approved funds?

5    Q     No.  Between and among any mutual fund family.

6    A     I don't know what -- I don't know that.

7    Q     I believe you also testified that the unaffiliated

8    directors take into account the amount of additional

9    compensation that is paid to broker-dealers when they

10   approve CRMC's advisory fees; correct?

11   A     That's correct.

12   Q     Let's talk about a slightly different topic.  There

13   came a time in October 14th, 2004, when you received a

14   memorandum from CRMC telling you that as of December 1,

15   2004, CRMC was going to voluntarily implement a fee waiver

16   of 5 percent on its advisory fees of all American Funds

17   going forward; correct?

18   A     That's correct.

19   Q     And that fee waiver started in CRMC's fiscal year

20   2005; correct?

21   A     I believe that's correct.

22   Q     Was there any fee waiver on advisory fees for CRMC's

23   fiscal year 2004?

24   A     Not if it started in fiscal year 2005.

25   Q     Did you ever request that CRMC implement a fee waiver

1   or any other type of fee reduction in the advisory fees

2   other than breakpoints for 2004?

3   A      During 2004 we would have been discussing the size and

4   what impact that size would have and would there be greater

5   economies of scale and recognizing that the surge of funds

6   that were coming into the fund, that that was a different

7   dynamic than was anticipated.  There was dialogue and

8   discussion.  It was management that earlier in the year, I'm

9   thinking the spring, would have come back and suggested that

10  rather than additional breakpoints, rather than a fixed

11  amount, that it was better to put in a fee waiver; and that

12  this was not likely to be a type of development that was

13  going to be sustained.  That sooner or later, we would have

14  a situation where there would be a reversal in the economy.

15        And bear in mind, at that time it was not just the

16  increase in the assets because the economy was strong, but

17  many of the peer groups who are competitors of CRMC were

18  having regulatory problems; and so they were getting a

19  flight to quality, to American Funds.

20        So the combination of this, I think, everybody

21  recognized was not going to be sustained.  That either the

22  economy would change, people would get more comfortable with

23  some of these peer funds; so it was recommended that they

24  would make a voluntary fee waiver.  When we discussed it,

25  though we recognized it was a voluntary waiver, we did make

```
 1    the point at the very first meeting I was at where it was

 2    discussed, that they could not take it back without

 3    discussing it with us, even though we would acknowledge it

 4    was a voluntary waiver.

 5    Q    So that just started in fiscal 2005; correct?

 6    A    That's when it was put into place.  The discussions

 7    were in 2004.

 8    Q    Let's just switch topics for one minute again.

 9         Are you familiar with the administrative services

10    fees paid by the funds?

11    A    Yes, I am.

12    Q    And to which entity are these administrative services

13    fees paid?

14    A    They would be paid to CRMC.

15    Q    And the directors approve the contract each year

16    between CRMC and the funds for the provision of these

17    administrative services fees to the C, F, R, and 529 plans;

18    correct?

19    A    C, F, and R -- yes.

20    Q    Now, isn't it true that you testified on your

21    deposition on October 28th, 2008, that you did not know at

22    that time whether CRMC made a profit over and above its

23    expenses in administrative fees?

24    A    At that time in October, we hadn't seen the breakout,

25    other than a very preliminary number, that based on what the
```

843

1    SEC staff people, when they visited and said they would like

2    to see what the profit breakout was, we had not seen

3    anything finite from CRMC at that point.

4    Q     And what do you understand to be the standard for you

5    to approve the administrative service contract?

6    A     What is the standard for approving it?

7    Q     Yes.

8    A     The need for C, F, and R, is for those shareholders to

9    have the same level of service as if it was performed by AFS

10   through the transfer fee arrangement; and in order to have

11   that happen in that, in C, F, and R, somebody else is doing

12   the recordkeeping, somebody else is doing the work that AFS

13   would do, when it's a full service account, CRMC has to

14   provide the oversight to make sure -- the compliance, the

15   regulations, that the people who were subcontracted, in

16   essence, to do those same services that AFS would normally

17   have done under the transfer service fee.  And so the

18   purpose of that maximum 15 basis points would be for those

19   services.

20   Q     Well, let's look at Exhibit 47 in that separate binder

21   for a moment, the contracts committee book.  That will be

22   Exhibit 47, and again that's the December 15th, 2005

23   meeting.

24         I'm going to point you to Page 31409.

25   A     Could you tell me the tab again.  I'm sorry.

844

1   Q      Sure, it's Exhibit 47 in the separate binder.

2   A      Exhibit 47 --

3   Q      Yeah, Joint Exhibit 47.  It should be, on the front

4   cover.  It should say Exhibit 47.

5   A      Yeah, I have that binder.

6   Q      Okay.  Let's turn to Page 31409.

7   A      And what tab is that?

8   Q      That is behind Tab 3.

9   A      Oh, the O'Melveny & Myers.

10  Q      The O'Melveny contracts guide again.

11         Now, under "Administrative Services Agreement,"

12  the third paragraph down, it says:  "The standard for your

13  approval of this agreement is also fairness and

14  reasonableness from the perspective of fund shareholders."

15         Did you understand -- oh, I'm sorry, you're not

16  there yet?

17  A      409?

18  Q      409.

19  A      I'm there now.  Thank you.

20  Q      Great, the third paragraph down says:

21         "The standard for your approval of this agreement

22  is also fairness and reasonableness, from the perspective of

23  fund shareholders."

24         Did you understand this to be the standard for

25  your approval of this agreement?

845

```
1    A    Yes, I did.

2    Q    How did you determine for this particular contract

3    whether it was fair and reasonable to fund shareholders?

4    A    I'm sorry.  How did I determine that it was

5    reasonable?

6    Q    That it was fair and reasonable to meet the standard.

7    A    Independent counsel outlined these standards for us in

8    the memo.  And I understood what the standards were, that

9    the details concerning the CRMC's services, which I

10   mentioned a moment ago would include insuring that there's

11   the same level of service to those shareholders as if it was

12   being done by AFS.

13        There's the oversight, like the HOST would

14   normally do if it was AFS.  That, as far as the personnel

15   providing the services, we would meet with the compliance

16   people of CRMC.  They would report independently to the

17   board.  We would meet with them in exec session.  We set

18   their salary.

19        As far as the fees, we felt that the overall fees,

20   by limiting CRMC's to the five basis points, if it was

21   there -- because there's really two limits.  One is it must

22   be within the 15 basis points, and then to the extent the

23   sub, say, transfer fee people would use 12, then there would

24   be three basis points left.

25        And the fact is all of these fees would run
```

1    through the P&L of the consolidated CRMC.  And we would look

2    at the administrative service fee as just an integrated part

3    of the whole product.  So that would be the manner in which

4    we'd look at it.

5    Q     Now, prior to July 1, 2005, there was no cap on the

6    amount that CRMC could retain; correct?

7    A     There was a 15 basis points cap, but there was no

8    second cap of the five basis points is how I recall it.

9    Q     So that happened through a memo about August 15th,

10   2005; is that correct?

11   A     I don't recall the date.

12   Q     Did there come a time on or about September 29th,

13   2006, when you received a memo from CRMC attaching two

14   letters from the Pacific Regional Office of the

15   United States Securities and Exchange Commission?

16   A     Yes, I remember the letters.

17   Q     Is that what you were referring to prior in your

18   testimony?

19   A     Back when we were talking about the profitability that

20   might come, that's correct; how you would separate out what

21   the profitability of the administrative service fees was.

22   Q     Let's just bring up Exhibit 3061, which is in the main

23   book, Tab 10.

24   A     I have it.

25   Q     Now, did you understand the SEC to be saying in the

1   letter to the directors of the American Funds that the fact

2   that the boards had not been receiving internal costs and

3   actual profit information, even if approximate, was making

4   it impossible for the boards to determine if the

5   administrative fees were fair and reasonable?

6   A     No, I didn't think they were saying that to the board.

7   Q     Okay.  Let's look at Page 220485 within that exhibit.

8   A     220 --

9   Q     -485.  And this is part of this September 21st, 2006

10  letter, and I'll point you to the third paragraph down,

11  under what says A there.

12         And it says:  "With respect to the annual review

13  and approval of the fund's administrative service

14  agreements, it appears to the staff that the contracts

15  committee and boards of the funds have not been receiving or

16  considering certain key information with regard to the

17  determination of whether the compensation provided to the

18  adviser for its services is fair and reasonable.

19         "In particular, the staff believes that an

20  understanding of the adviser's internal costs and actual

21  profit in providing the administrative services, even if

22  approximate, is essential in making this determination."

23         Do you recall that?

24  A     Yes, I would still say that I don't feel that I would

25  agree with them because what we did every time we approved

1   the fees was we would have assumed that the total amount

2   that they would retain was as if -- was running the P&L; so

3   that I really don't quite know whether it matters what the

4   split out of the profitability on this one item because

5   whether they're making a little bit less on the

6   administrative service fees or they're making a little bit

7   more on this, we're looking at the sum of the parts when we

8   compare their profitability to the peers, as well as how

9   their profitability compares to prior periods.

10  Q    Now, isn't it also your belief that it will cost CRMC

11  too much money to do an analysis on its costs and profits on

12  the administrative fees and therefore it should not do that?

13  A    I agree that it would be -- it would be my belief when

14  this came up, from my personal experiences in business, that

15  when you try to separate out what the profit is on a single

16  line item like this, that it could cost you more to get to

17  that number.

18         And once you get to the number, what do you do

19  with it after you have it.  You're still going to look at

20  the total revenues that Capital received.  We're still going

21  to look at the net operating profit that they ended up with,

22  and we're going to determine whether the integration of

23  those pieces was fair and reasonable.

24  Q    And did you have an understanding of what it would

25  cost CRMC to do an analysis of its costs and profitability

849

1   on these services?

2   A      No, but I could understand the -- it's not just the

3   cost, it's whether you can actually ascertain a number that

4   you have any level of certainty.

5            It's very difficult to, say, take our compliance

6   person and say, "Was he spending one-eighth of his time on

7   the administrative service oversight or was he spending it

8   as it related to other advisory fee services?"  And to go

9   back and ask people to split out their time whether they're

10  in -- any of the corporate people that are spending time in

11  both areas.  So it isn't just getting to the number, it's

12  after you get the number, to what extent can you put any

13  credence in the number.

14           And a better way of looking at it, in my judgment,

15  is to do as we did which would be to look at the sum of the

16  parts and say, "Is the profitability reasonable, assuming

17  that we have both of these revenues running through the P&L

18  as we do."

19  Q      And you're aware that Capital does do time allocations

20  and other allocations and estimates in the regular course of

21  its business; correct?

22  A      Well, I'm not sure what you mean.  I don't know

23  whether you're taking that out of context or -- I don't

24  believe that they would keep it on administrative services

25  or that they would keep their time separate on the advisory

850

1    fee; so I don't know what you're referring to.

2    Q     Do you think that Capital, that CRMC makes time

3    allocations for its employees and allocates it to certain

4    areas?

5    A     They do in certain areas, but I think we're talking

6    specifically about this one.

7              Is that what you're asking about the

8    administrative service fee --

9    Q     I was just asking you, generally, does CRMC make time

10   allocations?

11   A     I don't know that.

12             MS. POLLACK:  Thank you.  I have no further

13   questions.

14             THE COURT:  All right.  We'll take our morning

15   break.  We'll be in recess for 15 or 20 minutes, and then

16   we'll resume.

17             So we're in recess.

18             THE CLERK:  This court is in recess.

19                *(Recess taken at 10:00 a.m.;*

20           *proceedings resumed at 10:31 a.m.)*

21             THE COURT:  All right.  Back on the record.

22             Counsel.

23             MR. BENEDICT:  Thank you, Your Honor.

24   ///

25   ///

### CROSS-EXAMINATION

BY MR. BENEDICT:

Q    Mr. Newman, first of all, I'd like to thank you for interrupting your vacation and coming back to LA to testify. We greatly appreciate that.

A    You're welcome.

Q    Where do you live, Mr. Newman?

A    Santa Monica.

Q    And have you ever been employed by Capital Research, AFD, or any of it's affiliates?

A    No.

Q    Have you ever been affiliated in any way with Capital Research, AFD, or any of its affiliates other than as an independent director of several of the American Funds?

A    No.

Q    Now, you mentioned that your current position is the chairman of AECOM; is that correct?

A    That's correct.

Q    What position did you have at AECOM prior to being appointed chairman?

A    Approximately, four years ago I turned over the CEO. Up till that time, I had been chairman and CEO.

And then earlier, I was president at the time in 1990.  I was actually the founder of AECOM, when we purchased a group of companies from Ashland Technology.

852

1    Q     And what type of business is AECOM in?

2    A     We're in the professional technical services.  That

3    would be architecture, engineering, program management,

4    construction management.

5    Q     And how many employees are there at AECOM?

6    A     Approximately 43,000.

7    Q     Can you give me an estimate of the amount of business

8    AECOM did this past year?

9    A     Approximately $6 billion in revenue.

10   Q     And what does that translate into in terms of

11   construction projects?

12   A     That would be we'd either be designing or managing

13   approximately $60,000 billion of construction each year.

14   Q     Could you give me some examples of the types of

15   projects AECOM manages.

16   A     Here, in Los Angeles, we'd be managing the LAX

17   expansion.  We would have done the Hyperion Treatment Plan

18   here in Los Angeles.

19         Our projects are throughout the world.  So in

20   New York we're doing the Second Avenue Subway, the new

21   tunnel under the Hudson River, the management of the PATH

22   terminal at the World Trade Center site.  We're renovating

23   the Pentagon in Washington DC.

24         In Hong Kong, China, we're doing several transit

25   projects.  We're managing all of the infrastructure in

```
 1   Libya, and various projects of that type throughout the
 2   world.
 3   Q      Is AECOM a publicly traded company?
 4   A      Yes.  We're traded on the New York Stock Exchange.
 5   Q      And where is AECOM's home office?
 6   A      Here in Los Angeles, California.
 7   Q      Can you briefly summarize your employment history
 8   prior to the time that you founded AECOM?
 9   A      Though I graduated in 1956, actually my first
10   involvement in a management role was when I was a partner in
11   a small firm, from 1961 to 1970.  Eventually ended up being
12   the president of that entity, which was merged into a
13   company called Genge.  Genge was a publicly traded
14   professional technical service business traded on the
15   American Stock Exchange.  Approximately nine months after
16   the merger, I ended up the president and eventually CEO of
17   Genge.  And that's how I got to Los Angeles.
18           Later, I was at Daniel, Mann, Johnson, Mendenhall
19   (DMJM), which is an LA-based company.  And that was part of
20   the roll up that Ashland Technology did.  And then
21   eventually was able to orchestrate a management-employee
22   buyout of DMJM, Holmes and Arbor and some other companies
23   that were in Ashland Technology.
24   Q      And that buyout is AECOM today?
25   A      Yes.
```

854

1    Q      Do you currently serve as a director for any other

2    companies other than the American Funds and AECOM?

3    A      Yes, I serve on the Sempra Energy Board, as well as

4    Southwest Water.

5    Q      And are these publicly traded companies as well?

6    A      Yes, they both are.

7    Q      And over the last decade, what charitable

8    organizations have you been involved in?

9    A      Today I still serve on -- the chairman of the finance

10   committee for the Greater Los Angeles YMCA.  In the past

11   I've been on the executive board for the Red Cross.  I'm

12   still on the Boy Scouts Western Council Board of Governors,

13   and various other charities throughout the years.

14   Q      Now, you've mentioned having graduated from college.

15          Where did you go to college, Mr. --

16   A    My undergraduate work was at Bucknell University where

17   I did my civil engineering undergraduate, and then I, in the

18   evenings, received my masters degree from

19   Columbia University also in engineering.

20          Once I was here in Los Angeles in the early '70s,

21   I attended UCLA's Executive Management Program.

22   Q      Now, you mentioned when you were having discussions

23   this morning with Ms. Pollack that you were represented by

24   independent counsel here, Mr. Zacarro; is that correct?

25   A      That's correct.

1   Q     And did you meet with him to prepare your testimony

2   today outside the presence of either myself or anyone from

3   CRMC?

4   A     Yes.  I had an opportunity to be with Mr. Zacarro

5   whenever I wanted, and there was a specific time when we

6   were one on one.

7   Q     Now, you said you are an independent director of the

8   American Funds.

9         What does that mean?

10  A     I think the overall meaning is that we, like in every

11  board of directors, would represent the shareholders.  In

12  this case, it's those who would be investing in the various

13  American Funds.  And our jobs, similar to other boards of

14  directors, would be to provide oversight of management, to

15  make sure that those shareholders are receiving the proper

16  services.  In the case of American Funds, that the fees are

17  competitive, that the performance is reasonable; and that --

18  the various benefits that they should be deriving from being

19  an investor.

20  Q     Now, to prepare yourself to be an effective

21  independent director, what are some of the things that you

22  do on a day-to-day basis?

23  A     Well, I think that it started with directors at

24  Capital going through first an orientation program and over

25  the years that has improved.  When I first joined, there was

1    an orientation program, but today I think it's much

2    stronger.  That we would, in addition to board meetings, of

3    course, have committee meetings.  We would get monthly

4    pamphlets and information on the industry, industry trends,

5    articles, some of which would be mentioning American Funds

6    in a positive way, sometimes in a negative way.  We would

7    have seminars.  We have oversight committees.  I happen to

8    serve on the advisory committee oversight for AFS.  Other

9    directors serve on the AFD oversight committee.

10   Q     Have you, from time to time, visited the AFS service

11   centers and other CRMC facilities?

12   A     Yes, I visited three of -- I think there's five

13   overall.  I visited the one in San Antonio, the one in Brea,

14   and one in Irvine.

15   Q     And what was the purpose of visiting those facilities?

16   A     That was to have the opportunity to see how the

17   service centers actually functioned.  We would sit in on

18   phone calls that would come in at random.  We would be able

19   to listen in on those phone calls and to see how the

20   different people were responding to whatever the questions

21   may be.

22   Q     Now, you're a shareholder of some of the

23   American Funds?

24   A     Yes.

25   Q     As a shareholder, do you sometimes call to check in on

1   the level of service that shareholders receive?

2   A    Yes, I would both electronically use the Web for

3   making transfers from different accounts, as well as making

4   actual phone calls, to get a sense of what is the

5   responsiveness; how long does it take.

6             Of course, AFS tells us at our committees it takes

7   45 seconds, and sometimes I watch my watch to see whether

8   I'm within the 45 seconds.

9   Q    And have you been satisfied with the services you have

10  received as a shareholder?

11  A    Yes, I am.

12  Q    Now, over the last 15 years have you regularly

13  attended American Funds' board meetings?

14  A    I believe I've attended all of them.  One or two maybe

15  were telephonic.

16  Q    Now, you mentioned that the American Funds have

17  independent counsel.

18            Who are the independent counsel assigned to ICA

19  and BFA?

20  A    ICA, it would be O'Melveny & Myers, Eric Richards; and

21  then Paul, Hastings, Mike Glaser would represent us on the

22  fixed-income funds.

23  Q    Now, how do you as an independent director know that

24  your independent counsel is independent from CRMC?

25  A    On an annual basis, we -- when we retain the

858

1    independent counsel, before doing so, we would have them

2    prepare a memorandum to us outlining any connection that

3    they may have with Capital, CRMC, any of its affiliates, any

4    entities, whatsoever; and then we would meet in executive

5    session to agree that they were independent.

6    Q      Now, how are independent counsel for the

7    American Funds selected?

8    A      They would be chosen by the board of directors, the

9    independent directors.

10   Q      And what is the role of independent counsel?

11   A      Independent counsel would be there throughout the

12   year.  They would be available for any questions that we may

13   have as a group or individually.  From where I chair the ICA

14   contracts committee, I would take advantage of meeting with

15   the independent counsel before each contract committee.  We

16   would tend to get our books somewhere between ten days, two

17   weeks in advance.  Call up and I would make an appointment,

18   most time in person.  We would go through that before I

19   would get to the board meeting to make sure that there isn't

20   any additional information that we should receive.  Also, to

21   make sure that I understood all elements of the booklet.

22   Q      Now, do the other independent directors also have

23   access to the independent counsel outside of the board

24   meetings?

25   A      Yes, they do.

```
 1              Also, I should have added, that the independent

 2    counsel does conduct our director evaluations each year so

 3    that we evaluate ourselves individually as well as

 4    collectively.  He would go through questions such as:  Are

 5    there any agenda items that we think should be covered, are

 6    there any items we think we should spend more time on.  And

 7    then those are reported back by him to us in executive

 8    session on an annual basis.

 9    Q     Now, how often does the full board for each fund meet?

10    A     The regular meetings would be quarterly.

11    Q     And you testified earlier today that there are various

12    committees of the fund boards as well?

13    A     That's correct.

14    Q     Why do the fund boards have committees?

15    A     Well, prime purpose, as with any board of directors,

16    is to have committees so that you're delegating from the

17    board certain of the responsibilities of the board.  Each

18    committee would provide feedback to the full board on any

19    actionable items such as hiring the independent auditors,

20    but there are some of our committees that are the entire

21    independent board, such as the contracts committee.

22              In the case of ICA, we've chosen to have the full

23    board be the audit committee.  In the case of the fixed

24    income, the nominating governance is the full committee.

25    Q     When you mention the fixed income, that would include
```

```
 1    the Bond Fund of America; correct?

 2    A      Yes, it does.

 3    Q      Now, you mentioned that one of the roles you've had is

 4    chairman of the contracts committee for ICA; is that

 5    correct?

 6    A      Correct.

 7    Q      What are the contracts committee's responsibilities?

 8    A      Well, the contract committee would be responsible for

 9    approving the four major agreements:  The principal

10    underwriting agreement, the administrative services

11    agreement, the 12b-1 agreement, as well as the advisory

12    service fee.

13    Q      And do you receive materials in advance of each of

14    your contract committee meetings?

15    A      Yes, sometimes -- I'd say, between ten and 14 days.

16    Q      And what types of materials do you receive?

17    A      We get what we call a director informational book for

18    the contracts committee, which would be along with our

19    normal board book for the typically late November early

20    December time frame.

21    Q      And do you also get other materials throughout the

22    year which you use in evaluating the proposed agreement?

23    A      Yes, we would receive monthly information on industry

24    trends, as well as articles that may have been published.

25    Q      Do I understand, then, that the fee approval process
```

1  is, in essence, in actuality, a 12-month process?

2  A     I think that's a good description of it.

3  Q     What information do you as a fund director get when

4  making the assessment of whether or not to approve the

5  proposed fee agreements?

6  A     Well, we would get information throughout the year,

7  but during the contracts committee, we would focus in on the

8  performance for the past year; but we would see the

9  performance at every quarterly meeting as well.

10         We would see the redemption rates, the contracts,

11  but also every quarterly meeting what the 12b-1 fees were

12  quarterly, as well as at the full meeting.

13         During the year, we would get feedback from the

14  various oversight committees; so, though, I serve on the AFS

15  one, we would report back to the full board what we learned

16  at those various meetings with the AFS management and other

17  directors.

18  Q     And how often does the contracts committee generally

19  meet?

20  A     I'm sorry.  I couldn't hear you.

21  Q     How often does the contracts committee generally meet?

22  A     It would be once a year.

23  Q     Does it ever meet more than once a year?

24  A     There has been an occasion.  I think it was in the

25  fixed income, where we did meet for a special meeting before

862

1    we had the contracts committee.

2    Q     And what was the reason for that special meeting?

3    A     I think it related to at the time of the fee waiver,

4    that we had a need to get additional information before we

5    went into the contracts committee.

6    Q     When are the proposed agreements voted on by the full

7    board?

8    A     It would be at the next quarterly meeting following

9    the contracts committee.

10   Q     And why do you wait for a formal vote at the next

11   quarterly meeting?

12   A     Well, it's a process that was in place before I

13   joined.  I think it makes sense in that it gives us another

14   quarter to think about anything that maybe would have come

15   up in the interim, make sure that everybody is still

16   satisfied with the recommendations at the contracts

17   committee.

18          Sometimes at the contracts committee, we do ask

19   for additional information.  Seldom does it relate to

20   whether the fees are right.  It's usually more just

21   information that we'd like to have because it would be --

22   help us have a better understanding of something that was

23   discussed.

24   Q     Does the contracts committee ever meet in executive

25   session?

863

A      Yes; we meet at each contracts committee, as well as

at each board meeting, each committee meeting, we would have

executive sessions.

Q      And what does it mean to be in executive session?

A      That would mean that it would be just the independent

directors.  We would have exec session at certain times.

For instance, if it's the audit committee, with the

independent auditors.  We would also meet exec session with

the F and A staff, I'm sorry, financial and accounting

staff.  Then we would also meet with outside counsel.

Usually the outside counsel is with us throughout the

executive session, but then we would meet only with the

general counsel to make sure that before everybody leaves

that we've asked all the questions that we should be asking

and have performed our duties properly.

Q      And does your own independent counsel attend these

executive sessions as well?

A      Yes, they do.  We also have executive session with the

compliance officer.  I should have mentioned that.

Q      Now, how do you and the other contract committee

members know that you have sufficient information to vote on

a contract proposal?

A      Well, we review what the outline -- for instance, on

ICA, O'Melveny & Myers -- we looked at that earlier.  And in

there, they have an outline of all the factors we should

864

```
1    consider, in addition to in our own business judgment
2    knowing that we have covered all of them, we would turn to
3    general counsel to make sure that there isn't anything that
4    we haven't discussed and haven't covered.
5    Q    When you say you turn to general counsel, you mean
6    your independent counsel?
7    A    Yes, I'm sorry.
8    Q    Now, you mentioned you are a member of the audit
9    committee for several of the funds; is that correct?
10   A    Yes.  I'm on several of the fixed income as well as
11   the ICA.
12   Q    Now, are you chairman of the audit committee for any
13   of the American Funds?
14   A    Yeah, there's two of the fixed-income funds of which I
15   would be the chair.
16   Q    And what are the responsibilities of the audit
17   committee?
18   A    Well, the audit committee's primary responsibility
19   similar to any corporation would be to provide oversight of
20   the financial -- financial statements, as well as
21   interfacing with the independent auditors, hiring that
22   independent auditor, to make sure that we feel that the
23   staff is doing the job that is required, particularly,
24   during the time when the funds were growing.  Fortunately,
25   CRMC had the bench strength to bring along, for instance,
```

865

1  assistant treasurers, who then eventually became treasurers;

2  CFOs.

3          And we would continually monitor the effectiveness

4  of those people by asking the independent auditors whether

5  they felt that they were getting the same level of interface

6  knowledge as they would have in earlier years.

7  Q    Are you a member of the audit committee for either of

8  the two public company boards that you currently sit on?

9  A    Yes.  I'm on the Sempra Energy audit committee.

10  Q    Now, how often do the American Fund audit committees

11  meet?

12  A    They would meet twice a year.

13          We also would have a meeting of the joint chairs

14  of the audit committee so that annually we would get

15  together with all of the chairs of the various audit

16  committees and review matters that we feel might be well to

17  discuss say at the annual seminars, the independent director

18  seminars.

19  Q    Now, are you familiar, Mr. Newman, with the term

20  "financial expert" as that term is used in the audit

21  committee context?

22  A    Yes.  That's -- under the Sarbanes-Oxley, I think,

23  they put in that term.

24  Q    What does that mean?

25  A    That would mean that -- if you're a financial expert,

866

```
 1    that you either by training, such as somebody who would have

 2    been a CPA, certified public accountant, would have served

 3    say in one of the big four firms; or you had been in a

 4    position where you have actually provided oversight, you

 5    have managed chief financial officers of a company that is

 6    of equal complex, complexity, say as the board upon which

 7    you're serving.

 8              So I qualify under that second category.

 9    Q    So you are a financial expert as that term is used?

10    A    That would be correct.

11    Q    And do you have any experience in analyzing and

12    evaluating financial statements?

13    A    Yes, I do.

14    Q    And where did you acquire that experience?

15    A    Well, I did -- I did -- excuse me, I did study some

16    accounting.  Fortunately in engineering school, I had to

17    take an extra summer, and it turned out to be a good one

18    because I was able to sneak in two accounting courses.  And

19    that has served me well; but, clearly, through my business

20    where since my early 30s, I was managing businesses.  When I

21    was 36, I was managing a publicly traded company.  So I've

22    had 30 years of overseeing CFOs of publicly traded companies

23    or large complex businesses.

24    Q    Now, you also mentioned that earlier this morning that

25    you were a representative of the AFS Review and Advisory
```

1    Committee; is that correct?

2    A      That's correct.

3    Q      And what is the purpose of the AFS Review and Advisory

4    Committee?

5    A      Well, in that AFS is providing the basic services, the

6    recordkeeping, the monitoring, the shareholder accounts,

7    responding to any questions that would come in, we would

8    look at the non-quantitative side of how they're doing

9    business; meaning, we would see what their responsiveness is

10   to phone calls; we would get the trends of how many people

11   are using the Internet versus phone calls; we would review

12   is there more accounts that are being held.

13          As you know, there's basically a full service

14   account where AFS would monitor it, then there's the

15   networking and street accounts where a broker-dealer would

16   be handling it.  We would get to hear whether the trends

17   were more going toward broker-dealers looking to do the

18   services than having AFS do it.

19          Then, when we get down to what it actually costs

20   for each of the services, we would approve or -- approve at

21   the advisory oversight committee and make recommendations to

22   the full boards for the transfer service fees.  Those would

23   be, as an example, a set amount of fee for full service and

24   then yet another fee, which would be much less, for when

25   it's handled by either networking or street accounts.

868

1    Q      Who sits on the AFS Review and Advisory Committee?

2    A      I think there's about 30 different independent

3    directors because they represent all of the funds.

4    Q      And is AFS run as a break-even organization?

5    A      Yes.  It's a not-for-profit organization.

6    Q      And do the directors take that into account when

7    reviewing the proposed investment advisory fee agreement and

8    other agreements?

9    A      Well, there isn't any impact, of course, on the profit

10   because they're not for profit, but we would look at all

11   elements of what CRMC is involved in.  All of the areas in

12   which they would derive fees from the different funds.

13   Q      And do you report back to your full boards concerning

14   what you've learned or discussed at the AFS Review and

15   Advisory Committee?

16   A      Yes.  We would not only report back on the -- let's

17   say the non-quantifiable part, but then we would also make a

18   recommendation on the fees that they would propose to charge

19   to the full board; and that is the board that actually

20   approves those transfer service fees.

21   Q      Who decides what the investment advisory fee will be

22   for each fund each year?

23   A      For the transfer service fee?

24   Q      No.  I'm switching now, Mr. Newman, to the investment

25   advisory fee.

1    A       Okay, yes.

2    Q       Who approves that fee each year?

3    A       That would be the contracts committee.

4    Q       And subsequently the full board?

5    A       And, then, the full board.  And we would recommend to

6    the full board, and at that meeting, it's about a quarter

7    later, the full board would approve it.

8    Q       Each year you've been on the board of ICA and Bond

9    Fund of America have you voted to approve the investment

10   advisory fee agreement?

11   A       Yes, I have.

12   Q       Why is that?

13   A       Well, the key factors that we would consider is, you,

14   know, are they providing a quality of service.  In regard to

15   the quality of service, are they building the management

16   team, the resources in order to continue to do that,

17   assuming there would be growth, or assuming that there may

18   be a reduction.

19           We would, insofar, as performance, look at how

20   they are comparing to the peer groups based on what their

21   charter of different investments would be.

22           We would also look at what their profitability is.

23   When we look at profitability, it would be from two points

24   of view.  We want them to be profitable because it's the

25   retained earnings of an organization that gives you

```
 1   long-term sustainability.  We would also look at the
 2   economies of scale to make sure that there is being passed
 3   on to the shareholders the breakpoints or other benefits
 4   that are derived by the shareholders.
 5   Q     Now, generally speaking, how do the American Funds'
 6   fees compare to the fees of other similar mutual funds?
 7   A     They would be at the low end.
 8   Q     And do all of the fee schedules for the American Funds
 9   include breakpoints?
10   A     Yes, they do.
11   Q     And why do the American Funds advisory fee schedules
12   include breakpoints?
13   A     Because we believe that there should be some economies
14   of scale that should be passed on to the shareholders.
15   Q     And how does a breakpoint in the fee schedule pass on
16   potential economies of scale?
17   A     Well, at each of our contract committee meetings if
18   it's determined that we're going to be going through
19   whatever the last breakpoint is -- let's say, the top
20   breakpoint, we would be setting out for in the future
21   another level of breakpoints so that in the likelihood or
22   potentiality that there is an increase in asset value, that
23   once those breakpoints are hit, that there's an automatic
24   reduction in the fees.
25   Q     And have there been new breakpoints added to the fee
```

1    schedules for both BFA and ICA over the last six or seven

2    years?

3    A    Yes, there have been.

4    Q    You mentioned earlier today fee waivers.

5         Who implemented the fee waivers?

6    A    Well, the fee waivers, as I mentioned earlier, though

7    they were -- let's say the approach was suggested by

8    management, and they were a voluntary waiver.  We, at the

9    board, did make it clear to management that if those fee

10   waivers were to be withdrawn, that we would be told in

11   advance so that we could take that into consideration as we

12   reviewed the various contracts.

13   Q    And did the boards have any role in the process

14   leading up to the implementation of the fee waivers?

15   A    Yes, I believe that -- it's always hard to tell with

16   the board whether it's the board asking questions or whether

17   it's management staying a step ahead, which you always hope

18   a management team does.

19   Q    Why did CRMC implement fee waivers in the fall of 2004

20   and again in the spring of 2005?

21   A    Well, I think that we recognized and management

22   recognized that when you have a surge of assets coming in --

23   and we had somewhat of an anomaly with both the flight to

24   quality, plus the asset bases were growing because it was a

25   good economic time and new people were coming into the

1   funds -- that during that surge that there would be a

2   short-term benefit of economies of scale because, as we know

3   in any business, that when you all of a sudden get a fast

4   increase in revenue, it's pretty difficult to -- even if you

5   tried, to keep the overhead up with that increase.

6   Unfortunately, when you go down, it's the same, too.  You

7   can't cut overhead fast enough to keep up with a decline in

8   revenues.

9           So it was suggested by management and certainly

10  made sense to me as a director that a waiver which could be

11  taken back if the economies changed, if there was a drop as

12  eventually there was in October of 2008; that it wouldn't be

13  something permanent.  It wouldn't be something that would

14  have to go back and change a whole series of breakpoints.

15  Q    Why were the fee waivers not implemented earlier than

16  the fall of 2004; the funds had been growing for some period

17  of time?

18  A    Well, I think that it was too early to -- you know, it

19  takes a little bit of time before you get enough growth that

20  there's a real savings from the economies of scale.  And,

21  again, once you have had that growth for a period of time,

22  then you do start catching up on your overhead side.  So, I

23  think, for the first year or so, no one obviously knew is

24  this going to continue for another six months, another year,

25  two years, three years.  As it turned out, it did last for

873

1    longer than most of us would have expected.

2    Q    Now, did there come a time when the fee waivers were

3    eliminated?

4    A    Yes.  They were eliminated, as I recall, immediately

5    before my contracts committee on ICA; so that would have

6    been prior to December of '08.

7    Q    And did the manage -- excuse me, did management

8    discuss eliminating fee waivers with the independent

9    directors before those waivers were actually lifted?

10   A    Yes.  They told us that they felt with the steep

11   decline, that with redemption levels likely to climb, that

12   the scenario had actually reversed, and that it would be in

13   the best interest of the shareholders to maintain the

14   liquidity, the retained earnings; and that if they didn't

15   withdraw the waiver -- we discussed that extensively at our

16   contracts committee and agreed with management and took that

17   into consideration when we approved the four different

18   agreements in December of '08.

19   Q    And did you agree with the decision to eliminate the

20   fee waivers?

21   A    Yes, we did.

22   Q    Now, you mentioned nature and quality of services is

23   one of the factors that you take into account in assessing

24   the reasonable and fairness of the advisory fees; is that

25   correct?

874

1   A       That's correct.

2   Q       What types of information do you receive regarding the

3   nature and quality of the services that CRMC provides to the

4   American Funds?

5   A       Well, there would be several.  First of all, insofar

6   as the services that I mentioned earlier, we would interface

7   with AFS, we would do the on-site visits, make the phone

8   calls so we get a sense of how they're interfacing.

9           As far as AFD, we're invited to all of their

10  seminars for broker-dealers.  I attended one of those

11  myself.  And it was most interesting and revealing to see

12  how they explained the importance of Capital's culture; the

13  importance of long-term investments; took questions and

14  answers.  Later, there was a dinner where I attended it with

15  the various broker-dealers and had a chance to mingle with

16  them and see why they felt that they were better prepared to

17  offer to their clients the American Funds and other

18  competitive choices.

19          Insofar as the quality of service at the

20  management level, we would, at every board meeting, have the

21  opportunity to meet with various portfolio managers.  We

22  always, at every board meeting, one of the more interesting

23  parts is when we ask each of the portfolio managers, as well

24  as the senior management, what they feel the future trends

25  might be in the markets, what their lessons learned were.

875

```
 1              For instance, in the fixed income, when I
 2    mentioned earlier that the Bond Fund of America had made an
 3    investment in the financial corporate bonds -- and 20/20
 4    hindsight it would have been much better results if they
 5    hadn't -- we would ask them to go back and re-visit why did
 6    they do that in the first place.
 7              Then we would meet with research analysts.
 8    Typically every board meeting there would be a different
 9    research analyst.  One that might be on the automotive
10    industry or one that would be on the financial institutions;
11    so it's a whole variety of way --
12              I mentioned earlier audit committees.  We asked
13    the auditors is the management succession working as well.
14    Is the new treasurer just as effective as the former one.
15    So it's a day in, day out process.
16    Q    Do you receive letters from shareholders from time to
17    time?
18    A    Yeah.  There's not a lot of letters, but we do get to
19    see -- particularly, AFS, when we have those oversight would
20    show us some.  And sometimes at the board meetings, we would
21    see some of those letters from shareholders.
22    Q    And do you get information on redemption rates as
23    well?
24    A    Of course.
25    Q    Now, one of the things you mentioned that you consider
```

1    in assessing the fairness of the advisory fee is comparative

2    fee information; is that correct?

3    A     That's correct.

4    Q     And how do ICA's and BFA's fees compare to the

5    respective funds in the Lipper Group?

6    A     They would be on the lower group.

7    Q     And are you familiar with the term "expense ratio"?

8    A     Yes, I am.

9    Q     And what do you understand that term to mean?

10   A     The expense ratio would include all of the different

11   fees that are being charged, whether it be the advisory

12   service fee, the administrative service fee, the 12b-1 plan,

13   all of the different manners in which revenues would come

14   into any adviser, such as CRMC.

15   Q     And do you consider how a fund's expense ratio

16   compares to its peer funds, when considering a management

17   fee proposal as well?

18   A     Yes, we do.

19          And one item that I left out was the other

20   expenses, of course, which is a small number, but we also

21   see what that is.

22   Q     And why is expense ratio information important for

23   consideration?

24   A     Because that's what's being charged the investors or

25   what's basically coming out of their investment.

877

1    Q      And how do the expense ratios for ICA and BFA compare

2    to their peer funds?

3    A      They'd be very competitive.

4    Q      Now, you also mentioned earlier this morning that you

5    considered CRMC's profitability level in connection with

6    your review of the advisory agreements; is that right?

7    A      That's correct.

8    Q      And why is this an important consideration for you?

9    A      Well, as I testified earlier today, I look at it for

10   two reasons.  One is to make sure that they are profitable,

11   that they have a -- an amount of retained earnings that

12   could provide liquidity in -- let's say it was a very

13   difficult time such as took place back in October.  I know I

14   moved all of my cash that I had in any other banks around

15   the country to CRMC because I felt the cash management

16   account there was just more secure because of the retained

17   earnings which they maintained.

18          I also think profitability is important; to make

19   sure that they are in a competitive range, that they're --

20   there's not a major change -- not only just versus the

21   competition, but comparing against themselves.  I get a

22   level of comfort, when I see that there's a profitability

23   level that is very steady from year to year.

24   Q      Mr. Newman, would you please pick up Joint Exhibit 50

25   which is the ICA Contracts Committee Directory Information

1    Book dated December 10, 2007.

2              Would you turn to Tab 7 in Page 63 of that

3    document.

4    A     That's CORBI -366?

5    Q     Yes.

6    A     Uh-huh.

7    Q     And what is this document on CORBI 0470366?

8    A     This is a consolidated statement of all of the CRMC

9    companies and subsidiaries.  It's a little more than a

10   typical profit and loss statement because, at the bottom of

11   the page, you'll note it does indicate what the retained

12   earnings are, which you would typically see on the balance

13   sheet as opposed to P&L sheet.

14   Q     And what are the retained earnings as they appear here

15   on the income statement?

16   A     As of the most recent date, the September 30th, they

17   would be almost 1.8 billion.

18   Q     And you mentioned also that the level of profitability

19   is important in maintaining a stable organization.

20             What does this say about the pre-tax operating

21   income as a percentage of revenue?

22   A     Yeah.  The operating income is a percent of revenue

23   which is pre taxed would, as we can see from those numbers,

24   range from 34, 35 percent.

25   Q     So it's relatively constant?

1    A      Yeah, and that's of revenues.

2    Q      And what does the constant profitability mean in terms

3    of looking at the issue of economies of scale?

4    A      Well, I think that it's -- during this period of time

5    whether it came from economies of scale or improved

6    effectiveness, we know that the various American Funds as

7    they grew, that the revenues were reduced.  Meaning, the

8    charges to the shareholders was reduced because of

9    breakpoints, because of the fee waiver; and yet they were

10   able to maintain, either due to the economies of scale, or

11   operating more effectively, at a very similar profitability

12   level.

13   Q      Okay.  Would you turn to Page 69 of this same exhibit,

14   which is CORBI 0470372.

15   A      Yes, I have that.

16   Q      Are you familiar with this document?

17   A      Yes, I am.

18   Q      And what does this document show?

19   A      This would be the comparison of the profitability

20   between eight publicly traded mutual funds, which would be

21   the only ones that one could access to get a comparison,

22   publicly traded.  And this would show us what the management

23   profitability would be as a percentage of assets, as well as

24   a percentage of the operating income.

25          And it also, for CRMC, indicates in the four

1    columns that start with the one that says "CRMC

2    consolidated," working to the right, the next three, it

3    shows the board, the cut of CRMC without AFS, without AFD,

4    and then without one or the other, to show what the impact

5    would be.

6              And so this -- then it -- on the last two columns

7    would compare CRMC with the mean and the median.

8    Q     And how does CRMC's pre-tax profit margin compare with

9    the other managers listed on this page?

10   A     Yeah, I mentioned that there's two ways that they

11   indicate their profitability.  I must say, I personally look

12   at the percentage of average assets because this is the

13   profitability that they're making off of the funds or off of

14   the shareholders.  They're their 15 basis points, as you can

15   see, would be the lowest; and even when you look at it

16   without the AFD, the mean and median, would be 28; and

17   they're still at the 15 basis points.  I say that that's the

18   more important line for me because if you compare the

19   profitability to the revenues, and I've already testified

20   that the revenues are lower than the peers 'cause they're

21   charging among the lowest rates, now you're all of a sudden

22   looking at your percentage of profitability on something

23   that's lower than what your peers are.  So it's a little bit

24   -- I don't think it's a fair analysis as, frankly, what is

25   coming out of the funds' pockets, which is the 15 basis

1    points for their profit.

2    Q    And how does the profit margin of CRMC compare to the

3    profits margins as a percentage of operating revenues of the

4    publicly traded companies?

5    A    Yeah.  That would still be at the lowest, and Janus

6    would be also 34 basis points compared to the CRMC

7    consolidated.  Though, we are shown the breakout of AFD, it

8    would be my belief that each of these people have to have a

9    similar level of service, otherwise, how do you service your

10   clients and your customers.

11          So we do get to see it, how do they compare,

12   though, if, as an example, AFS and AFD didn't exist, then it

13   would be 36 basis points, which would make them the second

14   lowest behind Janus but --

15   Q    When you're trying to do an apples-to-apples

16   comparison, do I understand that you would look at CRMC's

17   consolidated profitability relative to the publicly held

18   companies?

19   A    Yes, I would -- as I've already testified, look more

20   at the -- as it compares to the average assets because that

21   is the -- that's what they're managing.  The percentage of

22   revenues just highlights the fact that even though their

23   revenues are lower per fund than the competition, that

24   they're still able to be profitable on that lower base.

25   Q    Why does CRMC give the directors all these different

882

1    looks at pre-tax profitability both with and without various

2    subsidiaries as we see here?

3    A    I think it's just so we could -- whether they

4    anticipated someone's question years ago -- I don't know why

5    it's broken out, but it certainly is informative; and it

6    also highlights that the AFS and AFD do not make a major

7    impact on the profitability.

8    Q    And among these various looks of profitability, does

9    the adviser provide profitability information where

10   additional compensation is not included as an expense?

11   A    Yes.  If you look at Footnote 3, I think it is, it

12   would show that that amounted to 136.9 million.  Though they

13   made those payments, it did come out of their profits.  But

14   what they indicate there, if you were to add it back, the

15   15 basis points would have become 16 and they still would

16   have been the lowest; and the 34 would have become 45, and

17   they would have been right around the median or the mean.

18   Q    And do you consider the entire range of pre-tax

19   profitability figures from 34 percent on one extreme to 45

20   percent on the other as reasonable under the circumstances?

21   A    Yes, I do.

22   Q    Now, do you recall earlier this morning when

23   Ms. Pollack asked you about taking additional compensation

24   into account?

25   A    Yes, I do.

883

1   Q     I would just like to read for you the next page of

2   your trial -- of your deposition transcript, which is

3   starting on Page 81, line 21.  And I believe Ms. Pollack

4   read from Page 80.

5              "First of all --"

6              "Question:  First of all, I want to go back to my

7   previous question.  How did you determine that additional --

8   strike that.

9              "How did you consider additional compensation in

10  determining whether or not to review the advisory contract?"

11  And then there's some colloquy.

12             "The Witness:  We would, as part of our contract

13  committee deliberations, see the comparative profitability

14  of the various peer companies versus Capital; and Capital

15  would give to the contracts committee their profitability

16  with and without the additional compensation."

17             Do you recall giving that information?

18  A     Yes, I do.

19  Q     Has anyone from Capital Research at any time ever told

20  you that you should take their additional compensation

21  expenses into account when assessing the appropriate level

22  of advisory fees?

23  A     No, they've just given it to us both ways.

24  Q     Now, is the information contained in exhibit -- Joint

25  Exhibit 50, which is the 2008 DIB for Investment Company of

1    America, similar to the information you've received for ICA

2    and other American Funds in prior years?

3    A     Yes.

4    Q     Now, earlier this morning, when you were talking with

5    Ms. Pollack, you talked about economies of scale and what

6    that means.

7              Are economies of scale in the mutual fund industry

8    difficult to measure?

9    A     Yes, I would think so.

10   Q     And why is that?

11   A     Because -- well, in any business, we're never sure

12   whether we improved our profitability because we grew -- and

13   AECOM has grown over 20 percent compounded growth the last

14   five years -- or was it the systems that we put in; or is it

15   that your management succession planning, your training of

16   your employees, did that happen to give you better results

17   because you did that; your employment engagement.  There's

18   so many factors that go into whether the profitability

19   improves or goes down.

20             I think it's much clearer in business that if your

21   revenues drop, like the period that we've experienced

22   recently for everybody on the financial sector, that then

23   you're going to have a much harder time because I testified

24   earlier, you have fixed costs that you just cannot eliminate

25   fast enough because you have long-term commitments on

```
 1   leases, you have to pay people severance.  And so it's
 2   probably a lot clearer that when you're going down, you're
 3   going to lose profitability than the factors that go into
 4   weighing when you're growing.  But as I testified earlier,
 5   clearly, when you grow fast like the surge that we saw back
 6   in 2004, 2005, you know that you aren't going to be able to
 7   add the systems.  You have people working over time which
 8   becomes more cost effective because you're -- even though
 9   you're paying them time-and-a-half, still that's less costly
10   than hiring another person.  So many factors goes into it.
11   Q     So do I understand that cost change for reasons other
12   than scale economies?
13   A     That's correct.
14   Q     Now, does Capital Research provide the boards with
15   information that is relevant to your consideration of
16   economies of scale?
17   A     Yes, I believe they provide us with everything that is
18   relevant that they possibly could.
19   Q     And what types of information has Capital Research
20   provided to you that's relevant to your consideration of
21   economies of scale?
22   A     Well, I think, working backwards from what we just
23   looked at, when you see your profitability is steady,
24   34 percent or 35 percent, as we saw over the last four
25   years, and yet during that time frame there were several --
```

1    for instance, ICA were hitting breakpoints that were

2    reducing the fees.  Up until December, they had the

3    10 percent waiver, and yet they're able to maintain the same

4    level of profitability.  So it has to be, if the revenues

5    have gone up, that your G and A or your -- excuse me, your

6    general administrative costs are not keeping up with the

7    growth in revenue, which is where you pick up the economies

8    of scale.

9    Q    Do you get hard data in the DIBs and other materials

10   on assets levels, expenses, revenues as well?

11   A    Yes.  We would see comparisons over the years as to --

12   are the expenses growing faster than the revenues or are

13   they declining faster than the revenues.

14   Q    And do you recall getting any White Papers on

15   economies of scale or asset growth and size that helped

16   inform your judgment on this issue?

17   A    Yes.  We did receive extensive White Paper.

18   Q    Do you believe that the information that has been

19   provided to you regarding economies of scale has been

20   sufficient to allow you to make a reasonable business

21   judgment concerning whether or not to approve a fee

22   proposal?

23   A    Yes.

24   Q    Do you think that Capital has adequately shared any

25   potential economies of scale with fund investors?

1    A     Yes, I do.

2    Q     How has it done so?

3    A     Through the various breakpoints, as well as the

4    waiver.

5    Q     And has Capital Research also improved the services

6    that it provides to fund shareholders throughout this

7    period?

8    A     Yes.  I think that the service level, particularly in

9    recent times where we know that there's been a real

10   concern -- I say recent time -- from say 2002, when we went

11   through the Sarbanes-Oxley, et cetera, a loss of confidence

12   in the financial -- various corporate, as well as financial

13   institutions -- that the shareholders of Capital have

14   clearly received a higher level of service than before that.

15   And I think that is indicative of the growth in the asset

16   base that we saw for new sales.

17   Q     Now, do the independent directors of the

18   American Funds also receive documents and other information

19   on the size of the funds?

20   A     Yes, we do.

21   Q     And how frequently do you receive that type of

22   information?

23   A     Excuse me.  We would see that every quarter in our

24   quarterly meetings.

25   Q     And what types of documentation is that information

1  provided in?

2  A    We would see the -- not only what the asset size, but

3  we would also see how the performance of the different funds

4  would be on a quarterly basis compared to say 20, 25 peer

5  groups.  We would get to see what the actual major

6  investments were by both business categories such as energy

7  or financial.  We would see the top ten investments, the

8  next ten.  We'd see what investments were dropped, which

9  investments were added.  So it would be a myriad of

10  information.

11  Q    Now, have you, as an independent director, ever

12  discussed with fund, or with CRMC management, issues

13  concerning the size and growth of American Funds?

14  A    Yes, we've had many discussions throughout the -- what

15  I've referred to as "the surge."

16  Q    And what types of issues have been discussed with

17  management?

18  A    Well, they prepared for us in a White Paper a whole

19  series of articles -- I think there were half a dozen or

20  so -- that would have -- pointed out that it was better to

21  not have the growth.  That maybe the easy answer was to

22  close funds.  And yet they also pointed out another series

23  of academic research that would have indicated that that

24  wouldn't be a good thing to do; that there was a -- no

25  direct correlation of size and poor performance.

889

```
1              During that same analysis, we had the opportunity

2    to hear from Capital the specific reasons why it might be

3    good for a certain set of funds, such as Fidelity --

4    Fidelity, Magellan or -- I think it's called Fidelity Contra

5    Fund -- where they did close.  And yet the differences

6    there, they had one investor with say 70- or $80 billion

7    where at Capital, we had multi-portfolio counselors.

8              Also, they pointed out in that same analysis how

9    Capital had their portfolio managers doing one task.  That

10   one task was making good investors -- investments for their

11   investors, the shareholders.  Where some other groups were

12   into all kind of things -- hedge funds, client relations and

13   things that had been segregated out.

14             The -- making decisions in small groups, along

15   with this portfolio manager, has been always something that

16   I admired looking at Capital because my own business we

17   strive to do many of those same things.  And being in

18   professional technical services, I think, there is a

19   similarity as to how people function the best or incentivize

20   the best.

21   Q    I believe you testified a few minutes ago that in your

22   board meetings, your regular board meetings, you have an

23   opportunity to have conversations with portfolio counselors

24   and the research analysts; is that correct?

25   A    That's correct.
```

1    Q      And have you ever had a conversation with them at some

2    of these meetings concerning the size of the funds and some

3    of the challenges that they as portfolio counselors and

4    analysts may be facing as a result of that growth?

5    A      Yes.  Not only did we ask the portfolio managers, but

6    we would have asked those in the financial administrative

7    area as well.  We asked them in AFS -- I mean:  Are you able

8    to still maintain the Capital culture?  Are you still able

9    to provide the levels of service?  As portfolio managers,

10   did they have sufficient time to make the right investments.

11   Was the research department growing along with the growth

12   and the funds?  And all of the responses were affirmative.

13           It wasn't that they didn't make it clear that they

14   were working harder and it was a challenge, but they felt

15   they could meet that challenge.

16   Q      Did you ever ask for information regarding the size or

17   growth of the funds and not receive it?

18   A      No, we never did.

19   Q      Now, you mentioned moments ago that management

20   provided you with some articles on size both favorable and

21   unfavorable, if you will; is that correct?

22   A      Yes, that's correct.

23   Q      And were some of those articles provided in the White

24   Paper On Size?

25   A      I believe they were.

891

1   Q     Mr. Newman, I would ask you to pick up, please, Joint

2   Exhibit 1, which is the White Paper on Managing Mutual Fund

3   Asset Growth on Size.  It's a separate bound volume before

4   you.

5             Do you see that?

6   A     Uh-huh.

7   Q     Let me turn your attention to Page 1 of the White

8   Paper, which is CORBI 0230589; and, specifically, under the

9   introduction to the second -- first paragraph, and I'll read

10  this into the record:

11            "According to conventional wisdom, fund growth and

12  size correlate with poor investment results.  This view is

13  predicated on three basic underlying assumptions:  A, too

14  much money is being managed by individual investment

15  managers; B, large funds become nothing more than proxies

16  for the market; and C, large funds have liquidity issues and

17  are therefore unable to respond effectively to market

18  opportunities.  Many commentators contend that the only

19  acceptable response to the challenge of managing funds

20  impacted by growth and size is to close them to all or some

21  investors in order to protect results for existing

22  shareholders."

23            Do you see that?

24  A     I do.

25  Q     Now, I would ask you to turn to Tab 1 of this White

892

1    Paper On Size.  And, specifically, to the first page after

2    the tab, which is CORBI 0230601.

3            Are the seven articles which are attached here at

4    Tab 1 examples of articles that represent samples of the

5    conventional wisdom that fund growth and size correlate to

6    poor investment results?

7    A    Yes, they are.

8    Q    And have you reviewed those articles or did you at the

9    time, Mr.--

10   A    I did at the time.

11   Q    Let me turn your attention back to the first page of

12   the cover memo.  And, specifically, here to the third

13   paragraph, which carries over from CORBI 0230589 on to CORBI

14   0230590.  And I'll read into the record the third paragraph:

15           "Notwithstanding conventional wisdom, a body of

16   academic research has concluded that there is no evidence

17   that closing funds protects results or benefits

18   shareholders.  Moreover, our experience in managing

19   relatively large funds for many decades suggests that

20   looking at growth or size in isolation, without specifically

21   analyzing other factors, does not reveal whether a fund's

22   assets can be managed effectively."

23           Do you see that Mr. Newman?

24   A    Yes, I do.

25   Q    Now, would you please turn to Tab 2, and specifically

1    to Pages CORBI 0230619 through 0230621.  Those three pages.

2    A     Yes.

3    Q     And are the six articles, which are summarized there

4    and attached at Tab 2, examples of articles that represent

5    analyses that have concluded either that large fund size

6    does not have an adverse impact on investment results or

7    that closing a fund does not help performance?

8    A     That's correct.

9    Q     All right.  Let me turn you back again to the body of

10   the memo.  And just note for the record that Pages 2 to 4

11   deal with correlating fund size and results.  Pages 4 to 6

12   talk about organization and investment management capacity.

13   Pages 6 to 7 talk about the investment universe.  Pages 7 to

14   9 discuss liquidity.  Pages 9 to 10 talk about investment

15   limits and allocations.

16         Page 10 has a discussion of benefits of growth and

17   size.  Pages 10 and 11 discuss shareholder account

18   administration; and finally, at Pages 11 and 12, they talk

19   about implication of closing funds.

20   Q     Were all these subjects discussed with the fund

21   directors?

22   A     Yes, they were.

23   Q     And do you believe that size or growth of the American

24   Funds has had any negative impact on their investment

25   results?

1    A       No, I do not.

2    Q       What are some of the techniques that CRMC management

3    has followed to be able to effectively deal with growth?

4    A       Well, I think the -- mentioned earlier about the

5    multiple portfolio counselors which was in place long before

6    anybody anticipated this growth -- it was there for other

7    reasons.  The fact that much before we got to the major

8    increase, there was dialogue going on about splitting into

9    two groups the -- so that basically we'd get back to having

10   a smaller-sized entities so that they could deal with the

11   allocations and other potential matters.  That the -- but I

12   think the key reasons that, say, for CRMC versus Fidelity

13   are -- and other funds that perhaps have closed, is just the

14   way they're organized and just the way they're making

15   long-term investments.  It's much easier, obviously, if

16   you're going to make an investment for -- and it's going to

17   stay there for several years than if you're thinking you're

18   going to get in and out of something within six months.  It

19   takes much more time to do the latter.

20           Having the research that they have -- and the

21   research at Capital really came into play particularly in

22   the global because during the same time, as you recall, many

23   people were realizing that the growth opportunities for

24   major cap investments would be outside the United States so

25   that their research around the world also opened many more

1    opportunities for diversification and to manage that growth.

2    Q     Do you believe that the growth of the American Funds

3    has benefited fund shareholders?

4    A     Yes, I do.

5    Q     And how have shareholders benefited from fund growth?

6    A     Well, they benefited, first of all, from the

7    breakpoints and reduction in fees, breakpoints and the

8    waivers; but also it has enabled Capital to hire the best

9    people, to put in even better systems, to provide better

10   service.  Because when you have the retained earnings, the

11   size that Capital ended up with because of the growth, these

12   are all indirect benefits that clearly are of help to

13   somebody who's investing.

14           I gave the example earlier, my own personal

15   accounts I moved to quality, meaning CRMC, when I was

16   worried that cash I had at other certain financial

17   institutions would be there.

18   Q     You mentioned, when you were speaking to Ms. Pollack

19   earlier this morning, the survey, the 2005 survey of

20   investment professionals that was done at Capital Research.

21           Do you remember that discussion?

22   A     Yes, I do.

23   Q     And I believe you testified that at the time that

24   survey was prepared, you were not aware of it, but that you

25   had become aware of it in connection with your preparations

1    for trial here today; is that correct?

2    A      That's correct.

3    Q      And in connection with your preparation for trial here

4    today, did you take occasion to actually review some or all

5    or most of those survey responses?

6    A      Yes, I reviewed many of them.

7    Q      And are these the types of documents that you, as a

8    board member, would expect to be given to you by management?

9    A      No, they would not be.

10   Q      And why is that?

11   A      Well, I think every major company who is looking to

12   have employee engagement, meaning people feel involved --

13   all major corporations or businesses use surveys.

14          I must say in the case of the Capital, they ask

15   more leading questions than we typically would at an AECOM

16   meeting.  They gave them a hint that they wanted to hear

17   about size, so kind of natural for people in the rank and

18   file to come back and talk about size.  But, overall, I

19   think that surveys like this have become very popular in say

20   the last five to ten years.

21          But I know even at AECOM, I don't look at the

22   surveys.  I do from time to time know that they're putting

23   them out.  I do sometimes look when they ask is AECOM a good

24   place to work, and I'm not always happy with the answer; but

25   that's why you do surveys.  You want to find out what I

897

```
 1   might do to be able to be responsive to a lot of different
 2   ideas.  But you have to take into account that a survey is
 3   going to tell you the ideas of someone who has a very
 4   different agenda than running the entire enterprise.  So you
 5   have to take that into account.
 6   Q    And what reaction, if any, did you have to these
 7   survey responses after reading them?
 8   A    I thought the people were quite thoughtful.  I was
 9   very impressed with the answers.  I think that the end
10   results that we saw -- now, we, as directors, I think, knew
11   that management was further advanced with the splitting into
12   the two groups than perhaps some of the people surveyed.  So
13   we were more informed on some of the steps that management
14   was already taking to address the size.  Because those
15   discussions started literally years before we got around to
16   where it was announced that there would be two groups.
17   Q    Now, had most of the concerns expressed in those
18   survey responses been discussed by CRMC professionals
19   directly with the board?
20   A    They would have talked about the, yeah, general
21   implications of size.  They would not have gotten into what
22   individuals would have said.
23   Q    And would it have made any difference to you in
24   deciding whether or not to approve the various fee
25   agreements over the last few years if CRMC had given you
```

898

1   these survey responses or similar documents at the time?

2   A      No, it would not.

3   Q      And why not?

4   A      Well, first of all, what we're interested in, as any

5   board of directors, is what does management think.  And

6   management gets paid to go through, in an organized manner

7   and cull through what the different options are, and then to

8   summarize for a board of directors what the implications

9   are.

10          And, I think, as an example we just saw on that

11  document you showed me showing us what seven different

12  articles would say of why you maybe should close a fund

13  versus another six articles that said you shouldn't, that

14  it's okay to have growth.  But it all comes back to looking

15  at the specific company whose board in which you're serving,

16  whether you're a trustee or a director, and I think that we

17  had all of the information we needed.

18  Q      Now, you mentioned that AECOM, from time to time, your

19  own company, does employee surveys?

20  A      Yes, we do.

21  Q      And do you share those employee survey responses with

22  your AECOM board?

23  A      No, we don't.

24  Q      Did the independent directors ever discuss potentially

25  closing any of the funds over the last six years?

1    A    Well, as we saw in that White Paper, certainly we knew

2    that was an alternative.  I don't remember specific

3    discussions where any -- certainly nobody ever recommended

4    it.  And we, as a board, certainly never recommended it; but

5    it wasn't like it was a word you couldn't talk about.

6    Q    Did you agree with the proposition of not closing the

7    funds?

8    A    Yes, we did.

9    Q    And why is that?

10   A    Because the continuity of service to the shareholders,

11   the -- there are benefits to the growth, and it's not that

12   there aren't challenges, but we felt that the benefits far

13   outweighed them.  And mentioned earlier the economies of

14   scale:  Being able to provide better quality of service,

15   being able to attract and hire the very best people from

16   peer companies or out of the universities.  A whole series

17   of reasons.

18   Q    Okay.  One of the other issues Ms. Pollack discussed

19   with you this morning was the administrative services fee.

20        Do you recall that discussion?

21   A    Yes, I do.

22   Q    Do you believe you've been given sufficient

23   information to make a reasonable business judgment

24   concerning whether or not the administrative services

25   agreement is fair to fund investors?

1   A      Yes, I do.

2   Q      And what is the basis for your belief that you've been

3   given sufficient information?

4   A      Well, we, first of all, have witnessed that the

5   services were being provided, the same level of quality

6   service as if these same services were being provided under

7   the transfer shareholder service agreement, meaning if AFS

8   was doing them, so that the end result was getting there

9   insofar as the recordkeeping and the various shareholder

10  services.

11          As far as the fees were concerned, the 15 basis

12  points, if that was say the maximum number that would have

13  been hit, that those numbers are incorporated in the same

14  consolidated financials we just looked at.  And in that the

15  administrative service fee is an integral part of this

16  overall product, did you -- by looking at the consolidated

17  financials -- have seen that the -- there hasn't been a

18  major change in profitability over those four years that we

19  looked at.

20  Q      Now, did your independent counsel ever advise you that

21  you needed additional information concerning CRMC's

22  profitability or anything else in order to vote on the

23  renewal of the administrative services fee agreement?

24  A      No, to the contrary.  We would ask, and he always

25  answered in the affirmative.

1   Q      That you did not need --

2   A      That we did not need or that we had all the

3   information we needed.

4   Q      Do you believe that you've been given enough

5   information in the quarterly reports and other board

6   materials to approve the Rule 12b-1 plan?

7   A      Yes.

8   Q      Did your independent counsel ever advise you that

9   information you were receiving concerning the 12b-1 fees was

10  not sufficient to approve the plan?

11  A      No.

12  Q      Mr. Newman, since you were aware that Capital Research

13  was or had some concerns about the growth and size of the

14  American Funds in 2004, 2005, 2006, why did you continue to

15  vote to approve the Rule 12b-1 plans?

16  A      Because we felt comfortable that the growth was being

17  managed and that the -- in fact, the quality of service was

18  just as strong as earlier; that the management people were

19  just as responsive as they were.

20          One little example, you asked earlier how much in

21  advance of a meeting would you get your materials.  I've

22  been on another board where as that got closer to the date

23  of the meeting, you realized people were having trouble

24  administratively keeping up with the growth.  And in the

25  case of Capital, nothing changed.  We were able -- very

902

1  comfortable that the growth was being managed.

2  Q    And did you believe that the individual brokers and

3  other financial advisers should be incentivized to

4  service -- provide ongoing shareholder services to fund

5  shareholders, irrespective of whether the fund was growing

6  or declining in assets?

7  A    Yes, I believe that.

8  Q    In your view, would eliminating the Rule 12b-1 plan

9  pose certain risks?

10  A    Yes, I believe it would hurt the shareholders in not

11  having the proper service provided to them and,

12  particularly, at a time when the economy was changing

13  dramatically because it was increasing a lot.  There were

14  changes in regulation.  But also individual shareholders,

15  their station in life changes from time to time.  Where they

16  may be going into retirement, they may have children going

17  to college; so they need to be informed, whether we're

18  growing or not, on what the 529 plan does, and what the

19  benefits of it are.

20  Q    Let me switch gears here, Mr. Newman, and switch to

21  the profit-sharing plan, better known as the special

22  compensation plan.

23       Are you familiar with the special compensation

24  plan in place at Capital Research?

25  A    Yes, I am.

1    Q      What is this special compensation plan?

2    A      Well, special compensation plan is a sharing with

3    approximately 700 associates, I believe, it is.  About half

4    of them would be non shareholders.  These -- this would be a

5    plan that would be based completely on the profitability or

6    the effectiveness of the results of the CRMC; that it would

7    be different than say there are -- there is a bonus plan

8    that would go to some of the portfolio managers or people

9    who are making investments.  I think they call that

10   investment bonus program.  And so this would be typical of

11   an organization such as ours or others that are in a

12   professional service field.

13   Q      And what is the purpose, as you understand it, of the

14   special compensation plan?

15   A      Well, it's, first of all, from the employees' or

16   associates' point of view is to have them properly

17   incentivized and rewarded for results.

18          From CRMC's point of view is to have more of your

19   costs in a variable category than in fixed.  We all know

20   once you give people a salary, it's very difficult to reduce

21   that salary.  If performance isn't there, you just don't pay

22   the bonus; and that keeps your profitability at the levels

23   that are needed in order to continue to build those retained

24   earnings.

25   Q      And are payments made by CRMC under the special

1    compensation plan treated as an operating expense of the

2    company?

3    A     Yes, they are.

4    Q     And has your contracts committee ever asked about the

5    relationship between profitability and compensation at CRMC

6    in order to be sure that the appropriate profitability

7    figures are being used to assess the reasonableness of the

8    advisory fees?

9    A     Yes, we -- we would discuss what the profitability

10   plan was, and as I recall, it's 35 percent of the pre-bonus

11   operating net income.

12   Q     And do you believe it's appropriate to treat these

13   expenses paid, or these moneys paid, to CRMC associates

14   under the special compensation plan as an operating expense?

15   A     Yes, I do.  In addition to my believing that,

16   obviously, the IRS monitors this because they would much

17   prefer it not be compensation.

18   Q     And why do you believe that it's appropriately

19   categorized as an operating expense?

20   A     Well, I think that's true in every business.  Just

21   because it's a variable set of compensation, it's still

22   compensation.  It's a compensation that's required in order

23   for the business to recruit the best people, to maintain

24   those people, to be competitive within the industry in which

25   they're in; so just because it's variable does not mean that

1   it's not an expense.

2   Q     And based upon your experience in corporate America,

3   are these types of incentive compensation plans common among

4   industries?

5   A     Yes, they are.

6   Q     And does AECOM have a similar compensation plan?

7   A     Yes, we would.

8   Q     And are payments made under the plan to AECOM

9   employees treated as an operating expense?

10  A     Yes, they are.

11  Q     Mr. Newman, do you invest in some of the

12  American Funds?

13  A     Yes, I do.

14  Q     And why is that?

15  A     Well, I initially invested because I thought it was

16  important in any company whose board you serve that you be

17  there with the shareholders, but over the past 15, 16 years

18  I've looked at it as the one place that I felt would be a

19  good place to put any excess liquidity I had.

20        Now, because I led this management buyout, I

21  didn't have very much liquidity until perhaps the last five

22  or six years, but since then, I have put virtually most of

23  the money that I would have outside of AECOM into the

24  American Funds.

25  Q     And have you invested in Investment Company of America

```
 1   and Bond Fund of America --

 2   A     Yes, I have.

 3   Q     And have you invested in the six other funds that are

 4   at issue in this litigation?

 5   A     I believe so.

 6   Q     And what is your approximate amount of your aggregate

 7   investments in American Funds?

 8   A     It would be in several millions.

 9   Q     And, Mr. Newman, are the investment advisory, the

10   12b-1 and other fees that you pay, the same as for any other

11   shareholder of the American Funds?

12   A     Yes, they are.

13   Q     Mr. Newman, have you ever felt during your 18 years on

14   the American Funds' boards that management was not keeping

15   you fully informed?

16   A     No, I have not.  And, frankly, I don't think any

17   director would have served on a board if they had that sense

18   in any way.  I think the credibility of management to any

19   director or trustee is the most important item that you can

20   have.

21   Q     And have you ever asked for any information from CRMC

22   management that has not been provided to you?

23   A     No, I have not.

24   Q     Are you generally familiar with plaintiff' allegations

25   in this action?
```

```
 1   A      Yes, I am.

 2   Q      And do you agree with plaintiffs' allegation that the

 3   fees paid by American Funds to Capital Research and its

 4   affiliates are excessive?

 5   A      No, I don't.

 6   Q      And why is that?

 7   A      Because they're among the lowest fees.  I think we've

 8   had full disclosure of what those fees are.  We saw earlier

 9   in the split out of comparing to the eight publicly traded

10   companies how they are among the lowest, if not the lowest.

11   Particularly, when we look at whether it be the level of

12   fees, their level of profitability, and they're getting the

13   quality of service that we would expect our shareholders to

14   receive.

15          MR. BENEDICT:  Your Honor, I have no further

16   questions of Mr. Newman.

17          THE COURT:  All right.  Redirect from the

18   plaintiff.

19          MS. POLLACK:  Thank you, Your Honor.

20                  *REDIRECT EXAMINATION*

21   BY MS. POLLACK:

22   Q      Mr. Newman, I believe you testified just now about the

23   Growth White Paper that was Exhibit 1; is that correct?

24   A      What we just looked at, I believe, that's what it's

25   called.
```

1   Q     Was this the document you were referring to when I

2   asked you some questions about whether the directors had

3   looked at the issue of growth?  I think you couldn't recall

4   what you had seen.

5   A     Yes.  I think this is it.

6   Q     Okay.  And you relied on this Growth White Paper for

7   your understanding of whether growth was affecting -- was

8   affecting the funds or hurting their performance; correct?

9   A     This was one of many items.

10  Q     Are you able to tell me what the other items were?

11  A     Yes.  Well, we watched the performance at every

12  meeting.  We would ask the individual portfolio counselors

13  not only about the performance, what they felt were the

14  trends, what they felt their lessons learned would be.  We

15  would, as I testified earlier, talk with the AFS people, sit

16  in on AFD broker-dealer meetings to see whether the culture

17  of Capital, the long-term investment philosophy, was being

18  maintained, even though there was this surge of growth.

19  Q     Now, I believe you just said that you spoke with

20  portfolio counselors and research analysts at board

21  meetings; correct?

22  A     That's correct.

23  Q     So anything that you talked about with those people

24  would be reflected in the meetings; correct?

25  A     No, that wouldn't be correct.

1    Q     And why would that be?

2    A     Because I think that there's no board meeting where

3    you have general discussion about various topics that you

4    included in board minutes.  Those are just matters that are

5    being discussed.

6    Q     Isn't it true that the fund's secretary takes down

7    what was said at the board meetings in the board minutes?

8    A     No, it's different than a trial.  No, a board meeting

9    does not put down every word that everybody is discussing or

10   else we'd never get through a board meeting.

11   Q     Do you think that the minutes generally capture what

12   was discussed?

13   A     I think that the minutes cover the essential items

14   that cover our director responsibilities as I've reviewed

15   the minutes over the years.

16   Q     Now, the Growth White Paper was given to the directors

17   in May of 2006; correct?

18   A     That's correct.

19   Q     And didn't the Growth White Paper suggest that closing

20   the funds was the only available option to slow or reverse

21   growth?

22   A     No.

23   Q     Do you recall what some of the other suggestions were

24   or options were for slowing or reversing growth?

25   A     Well, I -- I thought you said -- could you repeat the

910

1    earlier question.  Maybe I misunderstood you.

2    Q    Sure.  Didn't the Growth White Paper suggest that

3    closing the funds entirely was the only available option to

4    slow or reverse growth?

5    A    Oh, to slow growth?

6    Q    Yes.

7    A    Okay.  I think the closing would slow growth.

8    Obviously the White Paper maybe didn't say this, but a

9    change in the economy would slow growth.  If you weren't

10   getting reasonable enough performance, despite what great

11   service you provide people, if the American Funds weren't

12   providing the long-term investment results, obviously that

13   could slow growth.  Quality of service, if that were to

14   diminish that would slow growth.  So there's many items -- I

15   don't think the White Paper was trying to say what are all

16   of the matters that would slow growth.

17   Q    Thank you.  My question was, actually, didn't the

18   White Paper suggest that closing the funds was the only

19   available option for CRMC to take that would slow growth or

20   reverse growth?

21   A    If you wanted to slow growth but that is not something

22   that the board was wishing for.

23   Q    Now, I think you talked a little bit about

24   profitability with Mr. Benedict; correct?

25   A    That's correct.

1   Q      And I believe he showed you Exhibit 50, and you

2   looked -- we looked at the profitability chart; correct?

3   A      Yeah.  May I turn to that.

4   Q      Sure, it's in Exhibit 50, 470372.

5   A      That's Tab 7 -- are you looking at the one that

6   compares -- 372?

7   Q      Yeah, 372, correct.  It's within Tab 7.

8   A      Got it.

9   Q      Now, these are only public companies; correct?

10  A      That's correct.  Because you wouldn't know what

11  private companies do.

12  Q      So you have no way to compare CRMC's profitability

13  with any private companies; correct?

14  A      Of course not.  Not unless they told you.

15  Q      Now, weren't the advisers that are listed on here

16  managing much smaller amounts than the assets managed by

17  CRMC?

18  A      CRMC being the leader in the world in mutual funds

19  that would be likely the case.

20  Q      So, for example, you have Waddell and Reed on here

21  which has got $54,900,000, and then you're comparing that to

22  CRMC with $1.2 billion; is that correct?

23  A      That's correct.

24  Q      And would you say that that's comparable?

25  A      Well, I don't think it's comparable, but that's not

912

```
 1    the only one that I would have looked at; and as I testified
 2    earlier, I'm not just looking how CRMC compares to the
 3    peers, I'm looking at how they compare to themselves from
 4    year to year.
 5            So that I think it's not just seeing what Waddell
 6    and Reed are doing, or looking just at the Janus Capital.  I
 7    do feel that there is a better chance with the larger that
 8    you would be able to be more effective, charge lower rates,
 9    which CRMC does, and yet still maintain a reasonable level
10    of profitability.
11    Q     So you would say that these are not all equally
12    comparable to CRMC; correct?
13    A     It is impossible to find somebody that is exactly
14    comparable.  And that would be true, when my board looks at
15    AECOM and looks at what our compensation would be, it's
16    impossible to find any one company that would be identical.
17    Q     Now, do you know if all of these mutual fund companies
18    sell mutual funds in the same way as CRMC?
19    A     I don't know that.  I don't know if they all have the
20    broker-dealers or not.
21    Q     And maybe some of them charge 12b-1 fees, some of them
22    don't?
23    A     I don't know that.  I think they all have 12b-1 fees,
24    but I don't -- I don't know that.
25    Q     I think you testified that because the profitability
```

1    was staying the same percentage over time, that means that

2    economies of scale were shared; correct?

3    A     What I said is that -- either through -- what it tells

4    us is that when the revenues grew as they grew, that the

5    profitability was able to be maintained at the same

6    percentage.  That in order to, therefore, maintain your

7    administrative costs, the cost of producing each unit had to

8    remain about the same percentage.  And therefore if you

9    reduced through breakpoints and waivers what you're charging

10   people, that you must have gotten that profitability to

11   maintain it at the same level.

12         If they're profitability had dropped say from 34

13   to 29, we'd say unfortunately we gave people breakpoints and

14   waivers but either the added cost of Sarbanes-Oxley, or

15   additional systems, or through lack of effectiveness that we

16   were seeing a diseconomy of scale, but that isn't what

17   occurred here as I pointed out.

18   Q    Is it possible that profitability at CRMC could have

19   remained steady over the years, when they were experiencing

20   tremendous growth, because compensation to employees was

21   going up as a result of the profit-sharing plan?

22         MR. BENEDICT:  Objection.  Calls for speculation.

23         THE COURT:  Overruled.

24         THE WITNESS:  One would have to go back and look.

25   If I look at the basic compensation column, I don't think

914

1    there's a dramatic change from year to year compared to the

2    size, but I don't know the answer to your question.

3              I should add -- I mean, what we do know is that

4    the compensation program has been in place, I think, since

5    the '80s.  It's never changed.  That it's been that same

6    35 percent.  So it's not like they have changed the plan

7    because there was the growth.  The plan is what the plan is.

8    BY MS. POLLACK:

9    Q    Correct.  Now, isn't it true that in a very good year,

10   the plan, the profit-sharing plan, will operate to increase

11   the amounts given to the employees and therefore make a

12   bigger deduction of expenses?

13   A    Well, it's true that in a more profitable year, if the

14   operating income before this bonus program was to be greater

15   in year two than year one, then you are taking 35 percent of

16   a bigger number, but you're not taking 40 percent versus the

17   year before; so I think the consistency of that being

18   mathematically the same at the 35 percent from year to year,

19   that if you went through the math, I don't think that

20   it's -- that would cause the impact that you're suggesting.

21   Q    Now, you never asked CRMC what its profit margin would

22   have been without the profit-sharing plan included as an

23   expense; correct?

24   A    Yeah, I don't have to.

25   Q    You don't have to?

1   A      No, I can -- I can figure out what the -- basically

2   what would have been the compensation.  If you're giving

3   somebody 35 percent into this compensation program, it's

4   obvious that 65 percent that is left over is what you're

5   operating income is.  If you hadn't given the 35, you divide

6   the .65 into the number, and you get what it would be

7   beforehand.

8   Q      And what information would you need in order to do

9   that calculation?

10  A      I'm sorry.

11  Q      What information would you need in order to get that

12  information?

13  A      I know that the plan says that it's been's 35 percent,

14  and that's what they've been doing.

15  Q      Would you able to tell them from CRMC's financials?

16  A      I might be able to.  I can't do it sitting up here,

17  but I may be able to.

18  Q      It's your testimony that you could look at CRMC's

19  financial statements and be able to gross up the number?

20  A      I said I can't be sure of that as I sit up here, but I

21  think that you would -- I'm thinking more of my own company

22  and other companies that I've looked at.

23         Right now we're looking at a merger with a

24  different company and theirs is also, coincidentally, 35

25  percent of the net operating income.  And in their case, I

1    can tell you that I know exactly what their number was

2    because I divided by .65 to get the hundred percent, and

3    then the difference is the 35 percent.

4    Q     Did you ever do that calculation here to see --

5    A     No.  What I have depended on is that it's been

6    consistent, the 35 percent; and then the profitability has

7    also been consistent, around 33 or 34 percent.

8    Q     Now, I think you stated that CRMC needed to have this

9    level of profit sharing in order to retain good employees;

10   is that correct?

11   A     That's one -- it's not just having good employees,

12   it's having the good employees perform well.  If they

13   perform well, meaning they do what we would like them to do

14   on their investments.  If they're doing that, or on their

15   research, that would mean that the shareholders are getting

16   what they bargained for, and the funds are likely to grow

17   over time.  And they grow over time, the shareholders are

18   going to get the breaks on the breakpoints.

19          So -- it's -- you know, in any business, when

20   you're incentivizing people, it's not just to keep them,

21   it's not just to hire them, it's also to incentivize.

22   Q     You are not a compensation expert, are you?

23   A     No, I'm not; but I serve on many compensation

24   organization committee meetings and have interfaced with

25   compensation consultants for about 40 years.

1   Q      Did you ever see any information at CRMC that

2   discussed whether that level of profit sharing needed to be

3   paid in order to retain good employees?

4   A      I just know, ma'am, that it's been there since the

5   1980s.  It's working well.  It's working well for the

6   shareholders.  The profits -- the profits that are left are

7   reasonable.  When I compare it to peer groups, the fees

8   they're charging are at the low end, and so I would not be

9   thinking that I should be changing something that's working.

10           MS. POLLACK:  I have no further questions.

11           THE COURT:  Anything further, Mr. Benedict?

12           MR. BENEDICT:  No, Your Honor.

13           THE COURT:  All right.  Sir, you may step down.

14   Thank you.

15           All right.  We'll take our lunch break at this

16   point.

17           We'll be in recess for an hour, and then we'll

18   resume.

19               (Recess taken at 12:07 a.m.)

20

21

22                        -oOo-

23

24

25

```
1                           CERTIFICATE

2

3           I hereby certify that pursuant to Section 753,

4    Title 28, United States Code, the foregoing is a true and

5    correct transcript of the stenographically reported

6    proceedings held in the above-entitled matter and that the

7    transcript format is in conformance with the regulations of

8    the Judicial Conference of the United States.

9

10   Date:  August 7, 2009

11

12

13                           _____

14                           LISA M. GONZALEZ, U.S. COURT REPORTER
                             CSR NO. 5920

15

16

17

18

19

20

21

22

23

24

25
```