1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3             WESTERN DIVISION

4    THE HON. JUDGE GARY ALLEN FEESS, JUDGE PRESIDING

5

6    NICHOLAS J. CORBI, et al.,          )
                                         )
7                    Plaintiffs,         )
                                         )
8         vs.                            ) NO. CV-04-05593-GAF
                                         )
9    THE CAPITAL GROUP COMPANIES,        )
     INC., et al.,                       )
10                                       )
                     Defendants.         )
11                                       )
     IN RE AMERICAN MUTUAL FUNDS FEE     )
12   LITIGATION.                         )
     _____)

13

14

15             REPORTER'S DAILY TRANSCRIPT

16          Volume VI - A.M. Session Only

17            Los Angeles, California

18          Wednesday, August 5, 2009

19

20

21

22

23      LISA M. GONZALEZ, CSR 5920 - Official Reporter
                  Roybal Federal Building
24        255 East Temple Street - Room 181-C
                  Los Angeles, CA  90012
25          (213) 621-7709; csrlisag@aol.com

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:   MILBERG LLP
                            BY:  JEROME CONGRESS
 4                          and JANINE L. POLLACK
                            and ANNA CHRISTINA DOVER
 5                          and JOHN R.S. McFARLANE
                            One Pennsylvania Plaza
 6                          New York, NY  10119
                            (212) 946-9376/9485
 7
                            WEISS & LURIE
 8                          BY:  RICHARD A. ACOCELLI
                            The Fred French Building
 9                          551 Fifth Avenue
                            New York, New York 10176
10                          (212) 682-3025

11    FOR THE DEFENDANTS:   MILBANK, TWEED, HADLEY & MC CLOY LLP
                            BY:   JAMES N. BENEDICT
12                          and SEAN M. MURPHY
                            and LOUIS A. PELLEGRINO
13                          and JAMES M. CAVOLI
                            One Chase Manhattan Plaza
14                          New York, New York  10005-1413
                            (212) 530-5696
15
                            GIBSON, DUNN & CRUTCHER LLP
16                          BY:  ANDREW EDELSTEIN
                            333 South Grand Avenue
17                          Los Angeles, California  90071-3197
                            (213) 229-7734
18

19

20

21

22

23

24

25
```

1          I N D E X

2          CHRONOLOGICAL INDEX OF WITNESSES

3

PLAINTIFFS'                                              VOIR
4  WITNESS              DIRECT CROSS REDIRECT RECROSS DIRE VOL

5  Edward S. O'Neal      1018   1055   1112

6

7

8  DEFENDANTS'                                           VOIR
   WITNESS              DIRECT CROSS REDIRECT RECROSS DIRE VOL
9

   Matt Daryl Lyons      1119   1141
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    *Los Angeles, California, Wednesday, August 5, 2009*

2                              *8:31 a.m.*

3                              *-o0o-*

4           THE COURT:  All right.  We're back on the record.

5    Let's talk scheduling before we start.

6           By my calculation of time, there's roughly --

7    slightly less than 15 hours of testimony time left total.

8    At the pace that we've been going, that means that we would

9    finish or we ought to finish on Friday, but there's very

10   little margin for error; so the plan for today is to go 8:30

11   to noon with a break; 1:00 to 3:00, break; 3:15, 3:20 to

12   5:00, break.  And to 7:00 o'clock.

13          Unless the parties at the -- if the parties --

14   there's a player's option in this situation, and that is

15   this:  If we were to get to 5:00 o'clock and the parties

16   said, "We think we can be finished by 4:00 o'clock

17   tomorrow," I'd say, "Fine."  We'll break at that point,

18   unless the parties wanted to go on because you had a witness

19   who had to get out; in which case, we'd keep going.

20          But it seems to me, to be absolutely certain, if

21   the parties intend to use all of their time -- I don't want

22   to get on Friday and say:  "Gosh, we had a problem come up

23   and we have a witness who may not be able to be here and not

24   be done."  We need to be done because of the scheduled items

25   that are coming up.

1    MR. BENEDICT:  We think, Your Honor, no matter how

2   we play it, we're done by noon on Friday.  There's just

3   absolutely no scenario that we envision that it takes beyond

4   noon on Friday.

5    THE COURT:  Even if we finish at 5:00 today?

6    MR. BENEDICT:  Even if we finish at 5:00.

7    What is your time clock?  I had plaintiffs with

8   six and a half and defendants with ten and a quarter --

9   obviously I have calculated more than Your Honor.

10    What is Your Honor's clock, which is the only one

11   that counts?

12    THE COURT:  Let me see if I can quickly do the

13   math.

14    You had plaintiffs with how much left?

15    MR. BENEDICT:  I had them at six and a half, but

16   we have a very unofficial count on this side.

17    THE COURT:  Let me see.

18    MR. BENEDICT:  But my totals have 16 and

19   three-quarters hours left of trial, which is significantly

20   more than Your Honor just mentioned.

21    THE COURT:  Well, I have them with exactly six.

22    MR. BENEDICT:  Okay.

23    And defendants?

24    THE COURT:  What did you say you had?

25    MR. BENEDICT:  Ten and a quarter.

1013

1    THE COURT:  That's about what I've got.

2    MR. BENEDICT:  Today, Your Honor --

3    THE COURT:  That's actually a little more --

4    MR. BENEDICT:  We're not going to use --

5    defendants are not going to use all of their time under any

6    scenario so -- which is one of the things that helps the

7    scheduling here.

8    The way we envision today, and we can talk about

9    the options, is Dr. O'Neal, plaintiffs' expert economist, is

10   going on.  That's going to take us to about 11:30-ish.

11   THE COURT:  He's starting?

12   MR. BENEDICT:  He's starting.  And there's about

13   three to three and a half hours in there, but we've been

14   going faster than anticipated to date, but in that range.

15   And then Matt Lyons, who's the head trader at Capital, will

16   be the first witness called on defendants' case.  He's going

17   to be very short, less than an hour.  And, then, Dr. Maher,

18   who is defendants' cost accounting expert, he'll go on; and

19   he'll be short, probably about an hour.  And, then,

20   Dr. Peavy, who is defendants' portfolio management expert,

21   if you will, he will go on; and that is going to be maybe a

22   maximum of three hours.  So that got us to about

23   5:00 o'clock with about seven and a half to eight hours of

24   actual testimony.  So one option is to stop at 5:00.

25   We have Dr. Hubbard -- in light of Your Honor's

1   comments yesterday, Dr. Hubbard is on an airplane as we

2   speak and could go on after 5:00 if we needed to, but we

3   wouldn't finish with him in any event.

4        The alternative scenario would be to put Mr. Riggs

5   on first on Thursday morning, and he's going to be short.

6   He's coming in now.  He's on an island on vacation somplace

7   in the Pacific Northwest, but he's getting here; so he would

8   be available first thing tomorrow morning.

9        THE COURT:  Is he a defense or a plaintiffs'

10  witness?

11       MR. BENEDICT:  He's a plaintiffs' witness.  Since

12  he was breaking up his vacation, the plaintiffs -- and he

13  voluntarily accepted the subpoena even though he was outside

14  the jurisdiction, if you will, but the deal was he could

15  stay on vacation until Thursday.  So plaintiffs were

16  cooperative in that regard.

17       And then Dr. Hubbard would then go on after him,

18  and that was maybe a total of about two and a half hours.

19  And we had planned to put Kirk Pendleton, who is the last of

20  the independent directors, on on Friday morning; but we can

21  get him here.  He lives in Pennsylvania, but if we did that,

22  that takes us to -- we're still done by noon.

23       And so --

24       THE COURT:  What about Palmiter, is he not

25  testifying?

1     MR. BENEDICT:  Your Honor didn't permit

2  Dr. Palmiter to testify.

3     THE COURT:  Did I say --

4     MR. CONGRESS:  Yes, Your Honor.  When you decided

5  the Daubert motion, you said we didn't need his oral

6  testimony.

7     THE COURT:  That's right.  We've got his report

8  but not his oral testimony.  Okay.

9     MR. BENEDICT:  So, depending upon how late

10  Your Honor goes, if we put Mr. Bobroff on, who is the

11  defendants' last witness and the industry expert, we would

12  be finished by 4:00 tomorrow, closing at 5:00 today, because

13  we do not envision more than two to two and a half hours

14  with Mr. Bobroff.  That's both plaintiffs' time and

15  defendants' time.

16     THE COURT:  All right.

17     MR. BENEDICT:  And that leaves us Friday for any

18  housekeeping matters or anything that Your Honor -- we're

19  all here so -- and if Your Honor decides you'd like to stop

20  earlier tomorrow, Bobroff is still around on Friday.

21     So is that -- is that okay?

22     THE COURT:  Yeah, that's fine.  Because I don't

23  want to start Hubbard at 5:00 o'clock.  I have some

24  questions for Dr. Hubbard, and I'd like to be awake when I'm

25  doing that.

1    MR. BENEDICT:  Okay.  We will put -- plaintiffs

2    will put Mr. Riggs on first thing at 8:30 tomorrow

3    morning -- 8:30 Thursday -- tomorrow morning -- these days

4    are starting to blend.  I'm sorry -- he will be done by

5    10:00; and Dr. Hubbard will go on, and you'll be fresh.

6    THE COURT:  Okay.  That will work.

7    MR. BENEDICT:  And we're not sure, there's some

8    doubt whether Mr. Pendleton will be called or not, but we'll

9    make a game-time decision tomorrow.  If not, that will just

10   expedite things a little bit more.

11   THE COURT:  Will he be called as a defense

12   witness?

13   MR. BENEDICT:  We have to decide with plaintiffs.

14   If one calls him, the other is going to call him; so it's an

15   all-or-nothing proposition.

16   THE COURT:  So we're talking about O'Neal, Lyons,

17   Maher --

18   MR. BENEDICT:  Peavy.

19   THE COURT:  -- and Peavy.

20   MR. BENEDICT:  And, then, Riggs, Hubbard on

21   Thursday, potentially Pendleton, and then Bobroff.

22   THE COURT:  How long do we think Riggs is going to

23   be on the stand?

24   MR. BENEDICT:  Well, I think plaintiffs intend to

25   cross for about an hour and maybe we have a half-hour or

1   something like that.

2          THE COURT:  So, let's see -- and Hubbard will be

3   how long?

4          MR. BENEDICT:  These are guesstimates.  An hour

5   for plaintiffs, and I generously put us at an hour and a

6   half, but it may be closer to an hour.

7          MR. CONGRESS:  Your Honor, on Mr. Pendleton, we

8   had originally been planning to put in just deposition

9   designations; and when we understood the defendants were

10  going to put him on live, then we decided to put him on

11  live.

12         If the defense decides not to call Mr. Pendleton,

13  then we would like to put on deposition designations from

14  him.

15         THE COURT:  Why don't we just say, look, he's

16  going on, and that way then we -- I mean, it's six, one-half

17  dozen from my standpoint.  You've got the time to do it, why

18  don't we just bring him in and have him testify.

19         MR. BENEDICT:  That will be fine, Your Honor.  Be

20  happy to do that.

21         THE COURT:  So he will go first, then?

22         MR. BENEDICT:  No, Riggs first, Dr. Hubbard

23  second, Kirk Pendleton third, and then Mr. Bobroff will be

24  fourth.  If we finish him, we finish him.  If Your Honor

25  wants to carry him over -- wants to cut off early tomorrow

```
 1   and just Bobroff on Friday morning, that's fine as well.

 2   Then we won't have to split up the direct and the cross.

 3              THE COURT:  I think we should just plan on doing

 4   Bobroff -- because I have the two experts from the other

 5   case testifying tomorrow afternoon; the one that I was

 6   working on last week.  So I have two experts left.  So

 7   tomorrow we'll go Riggs, Hubbard, Pendleton, and then

 8   Bobroff Friday morning.

 9              MR. BENEDICT:  Okay.  Fine.  We're still done by

10   noon.

11              THE COURT:  Okay.  Let's proceed.

12              Plaintiffs, call your witness.

13              MR. CONGRESS:  Your Honor, I call

14   Dr. Edward O'Neal to the stand.

15      EDWARD S. O'NEAL, PLAINTIFFS' WITNESS, SWORN

16              THE CLERK:  Please state your name, spelling your

17   last name for the record.

18              THE WITNESS:  My name is Edward Shannon O'Neal.

19   Last name is spelled O-apostrophe-N-e-a-l.

20                   DIRECT EXAMINATION

21   BY MR. CONGRESS:

22   Q    Good morning, Dr. O'Neal.

23   A    Good morning.

24   Q    You've been retained as an expert for the plaintiffs

25   in this case?
```

1   A     Yes.

2   Q     And in that capacity, you've prepared three reports

3   for submission to the Court?

4   A     Yes, I have.

5   Q     Would you take a look at Tab 2 of -- in your exhibit

6   book from us, which is Exhibit 2669.

7   A     Okay.

8   Q     And is that your original expert report that you

9   filed, that you've prepared?

10  A     Yes, it is.

11  Q     And would you take a look at Exhibit 2671, which is

12  Tab 3, in your book.

13  A     Yes.

14  Q     And that's the reply report that you prepared in the

15  case?

16  A     Yes, it is.

17  Q     And would you take a look at Exhibit 2674, which is

18  Tab 4 in your book, and that's the supplemental report that

19  you prepared?

20  A     Correct.

21  Q     Dr. O'Neal, your credentials are set forth in your

22  original report, and I won't go through them again now so

23  that we can get to the substance of your report.

24  A     Okay.

25  Q     Now, plaintiffs originally retained you to provide

1020

1    analysis and opinion on several topics.

2    A      Yes.

3    Q      Now, one topic was the impact of growth in assets

4    under management on the relative performance of the eight

5    funds in suit and on the trading course of those funds?

6    A      Right.

7    Q      A second topic was to provide an analysis of the

8    advisory fees that CRMC charged those funds with particular

9    reference to whether those fees adequately shared any

10   economies of scale with the funds?

11   A      That's right.

12   Q      The third topic was perform essentially a cost-benefit

13   analysis of 12b-1 fees?

14   A      Right.

15   Q      And in that connection, you also performed a damage

16   analysis relating to 12b-1 fees?

17   A      That's correct.

18   Q      And the analyses you performed and the conclusions you

19   reached on those topics are set forth in your original

20   report and your reply report?

21   A      That's right.

22   Q      Now, what opinion did you reach with respect to the

23   impact of the funds and assets under management on the

24   relative performance of the eight funds involved in the

25   lawsuit?

1    A     The analysis that I performed showed that, for at

2    least five of the eight funds, that the growth that was

3    experienced over this period had a negative impact on

4    performance.

5    Q     And what conclusion did you reach with respect to the

6    relationship between that deterioration and relative

7    performance and the trading costs of those funds?

8    A     That deterioration and performance coincided with a

9    period in which the trading advantage that CRMC enjoyed

10   declined significantly.

11   Q     Now, in formulating your opinion about your

12   relationship between fund size and performance, did you

13   review relevant academic literature?

14   A     Yes, I did.

15   Q     Can you summarize for me what the literature indicates

16   about the existence of any relationship between a mutual

17   fund's relative performance and growth?

18   A     Yes.  The literature suggests that there will be a

19   negative relationship between fund size and performance; in

20   other words, as funds get significantly larger, that may

21   have an impact on performance.

22   Q     Can you give us an example of the academic literature

23   you reviewed and its conclusions?

24   A     Yes.  There's an article that may be in this exhibit

25   book by a person named Arturo Bris and several other

1    co-authors.

2    Q      Would you take a look at Exhibit 2316, which is Tab 5.

3    A      Yes, that's it.

4    Q      Is that the article that you're talking about?

5    A      Yes.

6    Q      What did the authors of that article study?

7    A      The broad topic that they studied was the effect of

8    closing a mutual fund to new investment and whether the

9    closing of a fund was advantageous to the investors in that

10   fund.  But as part of that study, they looked at the impact

11   of growth on performance for a large sample of equity funds.

12   Q      And what is your basis for saying that they looked at

13   a large sample of equity funds?

14   A      In section -- I believe it's Section 3.2 of that

15   article, they talk about the impact of growth and fund flows

16   on performance, and they state specifically in that section

17   of the paper that they use a large sample that basically

18   consists of all U.S. equity mutual funds.

19   Q      And --

20          THE COURT:  Let me ask a question.

21          How in those studies did they control for other

22   market factors?

23          For example, if I'm operating a fund of any size

24   and I close the fund to new investors at a time when the

25   market is about to take off, as it has on a number of times

```
 1    over the past two decades, and assuming for purposes of the

 2    discussion that the shareholders in the fund stay the

 3    course, they're going to do quite well over that period just

 4    because the market is going up.

 5             How does one know, when looking at the question of

 6    whether a closure is beneficial, whether or not it was

 7    because it was closed or because market conditions may have

 8    been such that shareholders reaped the benefit which they

 9    might have reaped anyway?

10             THE WITNESS:  Right.  Most of the studies of

11    mutual fund performance, whether they're looking at closures

12    or other aspects of performance, look at relative

13    performance.  So it's not the raw, absolute performance that

14    is gauged, it is the performance relative to everybody else.

15             So, for example, if the market subsequently took

16    off after the fund was closed, what you're really looking at

17    is how did that fund perform relative to other funds in that

18    same market.

19             THE COURT:  Could that -- might that also, though,

20    might be determined by the asset allocation, by the sectors

21    in which it was invested, for example?

22             THE WITNESS:  Yes, it would, but again, the key

23    there is to control for the performance relative to other

24    similar funds across whatever dimensions you might deem are

25    important.
```

1          THE COURT:  Using like the Lipper categories, for

2   example?

3          THE WITNESS:  Absolutely.  Using Lipper categories

4   or Morningstar categories or just adjusting for the sort of

5   average returns to funds like the fund in question.

6          THE COURT:  Thank you.

7   BY MR. CONGRESS:

8   Q    Dr. O'Neal, what part of the Bris study did you

9   particularly rely on in exploring the relationship relative

10  to performance and growth?

11  A    Well, they basically conclude in the preview section

12  of their paper, they state their ultimate conclusions; and

13  that can be found on Page 955 of this article in the first

14  full paragraph.  They --

15  Q    Let's put that on the screen, Page 9, which is 00055.

16  A    That's correct.

17  Q    Can you point out the paragraph you're talking about.

18  A    Yes, it's the first full paragraph on that page that

19  begins with the words, "We first document."

20  Q    Okay.  Is that the one?

21  A    Yes, it is.

22  Q    Okay.  I'll read that into the record:

23          "We first document that, across the universe of

24  mutual funds consistent with Chen, et al. (2004), fund

25  returns decline with fund size.  However, fund returns do

1025

```
 1    not simply decline linearly with fund size alone.  Fund

 2    returns are also inversely related to fund inflows.  For

 3    funds experiencing low inflows, future performance is not

 4    related to the size of the fund.  The negative relation

 5    between fund size and returns documented by Chen, et al.,

 6    occurs when the funds experience large inflows from

 7    investors."

 8              And that's the paragraph you were referring to as

 9    pertinent to your opinion?

10    A    Yes.  The entire paper obviously, but that pretty much

11    sums up the portion of this paper that's pertinent to my

12    opinion.

13    Q    Okay.  What is it about that finding in this article

14    that you found particularly pertinent to the facts of this

15    case?

16    A    Well, what's pertinent is that the funds in question

17    in this case are large funds that obviously experience large

18    inflows over the period that we're looking at; so that's why

19    this particular statistical finding is pertinent.  And as I

20    said in Section 3.2, they talk about the fact that this

21    result is not simply looking at a group of closed funds, but

22    this is across all equity funds.

23    Q    Did you also look at the academic literature on the

24    impact of size on trading costs?

25    A    Yes, I did.  Yes, I did.
```

1026

1  Q    And please summarize what was pertinent to you in that

2  literature.

3  A    The literature on trading costs shows quite strongly

4  that larger trades are more costly to implement than smaller

5  trades.

6  Q    Now, in addition to reviewing the academic literature,

7  did you perform a study in an effort to determine whether

8  there was any identifiable relationship between the size of

9  the American Funds and what happened to their trading costs?

10 A    Yes, I did.  There were documents made available to me

11 that were, I guess, given to CRMC by Plexus.  I believe that

12 CRMC hired Plexus to study the trading costs of their funds.

13 Plexus is a large provider of trading cost analysis and is

14 hired by mutual funds and other institutional investors.

15 And so I looked at the reports that were given back to CRMC

16 that Plexus performed.

17 Q    What did you see in those documents that you just

18 mentioned concerning how CRMC's orders for securities trades

19 compared with other companies?

20 A    The Plexus reports suggested that the orders that were

21 placed for the American Funds were the largest and

22 potentially most illiquid orders.

23 Q    Beyond that, what was pertinent for you in the Plexus

24 reports?

25 A    What I looked at in the Plexus reports was primarily

1   what sort of relative trading costs that the American Funds

2   were experiencing.  And when I say "relative," what I mean

3   is relative to a benchmark that Plexus puts together that

4   basically takes the trades that the American Funds or any of

5   their clients instigates and compares them to other sort of

6   similar trades from other similar organizations.

7            And by looking at how the trades at American Funds

8   compare to trades of other institutional investors, it

9   appeared that over time any sort of advantage that CRMC may

10  have had with respect to trading declined significantly from

11  about the year 2000.

12  Q    Where is that discussed within your original report?

13  A    Let me see.  I believe it's discussed in a fairly

14  early table.  If you'll give me just a minute, I'll find it.

15  I believe it's in Table 2 of that report.

16  Q    Table 2 is in Exhibit 2669, on Page 16.

17  A    That would be the one, yes.

18  Q    Would you explain what Table 2 shows.

19  A    Yes, Table 2 shows what is termed the "value added" by

20  CRMC's trading office.  Plexus calculates "value added" by

21  looking, as I said earlier, at the trades that CRMC placed

22  and comparing the trading costs that CRMC based on those

23  trades with other similar trades.

24            This table is a little bit more complex than that

25  because in the second quarter of '05, a different

1    methodology for calculating "value added" was instituted.

2    And so if you see the third column there that says "Value

3    Added Original Methodology," that is obviously the "value

4    added" calculation using the formula that was in effect

5    through the first quarter of '05.

6            The fourth column shows that "value added"

7    calculation with the revised methodology.  And although it

8    was revised in the second quarter of 2005, Plexus went back

9    and re-calculated what the "value added" would have been

10   under that new methodology and sort of re-reported it for

11   the period between the fourth quarter of '03 and the first

12   quarter of '05.

13           But if we look at just the third column, which is

14   "Value Added Original Methodology," what you see is that

15   early in the period back to 2000, CRMC's trading office did

16   very well with respect to trading relative to other traders

17   that were trading similar types of securities in similar

18   quantities.  But as you can see that "value added" -- and

19   positive numbers here are good and negative numbers would be

20   bad -- you can see, using that original methodology, that

21   the trading costs pretty much monotonicaly declined from

22   2000 to 2005.

23           In fact, in the fourth quarter of '04 and the

24   first quarter of '05, the "value added" was negative,

25   indicating that their trades, all other things considered,

```
 1   were subtracting value relative to other similar trades.
 2           THE COURT:  Do I understand this, though, if what
 3   you're saying is right, if I'm understanding it correctly,
 4   if it's a plus number, it still is showing that the
 5   American Funds' trading was trading advantageously to the
 6   benchmark; correct?
 7           THE WITNESS:  Yes.
 8           THE COURT:  And, in fact, what the value added
 9   methodology changed, and I don't know what it was before or
10   what it was after, but there are a couple of years where it
11   went from a significant negative number to a positive
12   number; minus 21 and minus 20 in '04-'05 to 2 and 9.
13           THE WITNESS:  Well, that is just the result of the
14   methodology change, yes.
15           THE COURT:  Right.  Right, right.  That's my
16   point.
17           THE WITNESS:  That's correct.
18   BY MR. CONGRESS:
19   Q    Dr. O'Neal, could you also explain what is shown in
20   the column that says "Value Added Revised Methodology."
21   A    Yes.  That also shows a decline.  If you go from 2003,
22   fourth quarter, up through the end of 2007, sort of a
23   decline.  Most of that decline really occurs in the first,
24   probably, six or seven quarters; and then it remains pretty
25   constant after that.  It never reaches back up to the higher
```

1030

```
 1   value added that was apparent earlier on in the period.
 2   Q    What conclusions, if any, did you draw from the data
 3   set forth on Table 2?
 4   A    The conclusion that I draw is that any sort of
 5   advantage that CRMC may have had on its equity trading
 6   declined substantially over this period in which the assets
 7   managed by CRMC increased and their market share of the
 8   mutual fund universe increased.
 9   Q    Now, am I correct that Plexus tracks equity trading
10   costs information?
11   A    Yes.
12   Q    Did you do anything to review fixed-income trading
13   costs?
14   A    I looked at some reports that were provided to CRMC by
15   a company called Elkins/McSherry.
16   Q    What did the Elkins/McSherry data indicate about any
17   change in fixed-income trading costs for CRMC relative to
18   the Elkins/McSherry benchmark during the period we're
19   looking at?
20   A    There was really no clear trend there.
21   Q    Roughly, what proportion of all the American Funds'
22   trades during the relevant period were equity trades?
23   A    Well, of the funds in this case, about two-thirds of
24   the holdings in these funds are equity holdings.  The other
25   one-third is split between bonds and cash holdings.
```

1031

1    Q     Now, in addition to looking at trading costs,

2    Dr. O'Neal, you also did a regression analysis or a group of

3    regression analyses as a way of exploring the relationship

4    between the size of the funds and their relative

5    performance?

6    A     That's right.

7    Q     Would you please explain what a regression analysis

8    is.

9    A     Yes.  A regression is a well-accepted statistical

10   technique for examining or analyzing a data set and trying

11   to figure out whether variables are correlated with each

12   other within that data set.

13   Q     What conclusions did you draw after conducting your

14   regression analyses?

15   A     What I did was look at the performance of the eight

16   funds in question and looked to see whether the growth over

17   this time period impacted that performance; and I think I

18   said earlier, I found for at least five of the funds there

19   was a significantly negative impact of that growth on

20   performance.

21   Q     What was the time frame that you addressed in doing

22   your regression analysis?

23   A     Well, my original analysis looked at the period from

24   2000 to 2008.  That was the period basically the

25   American Funds began to gain market share, beginning in

1   2000.  Beginning in 2003, that market share really began to

2   explode.  So what I did is looked at the period from 2000 to

3   2008.  That gave me a period over which there was

4   significant growth in the American Funds' market share.  It

5   also gave me sort of a period of slower growth followed by a

6   period of more significant growth.

7   Q    And did you consider starting your time period in

8   2003, when the particularly explosive growth started

9   occurring?

10  A    I mean, I thought about it, but my -- my thought on

11  that was that from 2003 forward, the growth was pretty

12  constant; and what I wanted to do was have a period where

13  the growth was -- where there was some variability in the

14  growth so that the regression analysis could pick up sort of

15  the difference in different growth rates and what that

16  impact was on performance.

17  Q    Now, you also did a regression analysis that observed

18  the period from September 1998 to September 2008?

19  A    Yes, I did.

20  Q    Why did you do that?

21  A    First of all, I ran the regression that I spoke of

22  earlier from 2000 to 2008, but then I ran a number of

23  different sensitivity analyses which basically consist of

24  running the same regression analysis with different

25  variables and over different time frames just to sort of

1    examine the robustness of the results in the original

2    regression.

3    Q      In one set of regressions that you compared, you

4    examined each of the eight American Funds in this action

5    separately; is that correct?

6    A      That's correct.

7    Q      I'd like to show you Table 4 from your original

8    report, Exhibit 2669, Page 24.

9    A      Okay.

10   Q      Would you please explain in laymen's terms what that

11   table is showing.

12   A      Yes.  There are a lot of numbers in that table.

13   Basically what I did is run a separate regression for each

14   of the eight funds at issue in the case.  So you can see

15   there's sort of a different panel for each of the eight

16   funds, but other than that, each of the -- sort of

17   techniques for each panel are identical.  So maybe if we

18   just zoom in on one of them, we can talk about the results

19   from that; and the technique is similar for the other eight

20   funds.  So I don't know if it's possible.

21           Can we zoom in on the Growth Fund of America panel

22   that's --

23           Yes, right there.  Okay.  So this is the

24   regression output.  And what the regression attempts to do

25   is discern whether there is a correlation between the --

1034

```
 1   what we call the "dependent variable," which is the variable
 2   we're trying to explain, which in this context is
 3   performance, and the "independent variables," which
 4   primarily what we're looking at here is growth.
 5           And if I can actually -- maybe this is not quite
 6   as clear.  If I can get you to zoom back out from that table
 7   and then capture the -- on the bottom panel, the three
 8   bottom panels beginning at the left where it's sort of --
 9   yes, from right there, over to Growth Fund of America.  Yes,
10   that's better.  Thank you very much.
11           So the two variables that are explanatory
12   variables in this regression are the fund size, which we
13   estimate by the log of total net assets; and then a market
14   performance indicator, which is just an indicator of whether
15   the market was, generally, bearish or bullish over the
16   period.
17           But the coefficient of interest that we're looking
18   at if we look at the Growth Fund of America is what is the
19   sign of the coefficient on the log of total net assets or
20   what is the sign of the coefficient with size.
21           And as you'll see, that number is negative .0057.
22           THE COURT:  You're saying s-i-g-n; right?
23           THE WITNESS:  S-i-g-n, yes.  I'm sorry.
24           THE COURT:  Wait a minute.  Where did the
25   trigenalmetric function come from?
```

1        THE WITNESS:  We will not get to that,

2   fortunately, in this expert report.

3        THE COURT:  Okay.

4        THE WITNESS:  So what is important here is the

5   sign of that coefficient, s-i-g-n, and it is negative as

6   you'll see.  And what that suggests is that there's a

7   negative relationship between size and performance.  As size

8   goes up, performance tends to go down.

9        To the right of the coefficient is a T statistic

10  which shows here as negative 3.09.  A T statistic is simply

11  an indication of how confident we are that the negative sign

12  we see on size is actually the result of a true relationship

13  between size and performance and not just an artifact that

14  we see in the data.

15       T statistic of greater than about 1.7 in absolute

16  value indicates that we are pretty confident that that

17  negative sign is, indeed, not an artifact of the data, but

18  does indicate a negative relationship between growth and

19  performance.

20  BY MR. CONGRESS:

21  Q    Thank you.

22       Now, looking again at Table 4, you see on the

23  lower left there's a reference to an adjusted r squared?

24  A    Yes.

25  Q    What does "r squared" mean?

1036

1    A     R squared is an indicator of what percentage of the

2    variability -- in this context, what percentage of the

3    variability in performance is actually explained by the

4    variables we use here.  So we're using these two variables.

5              The interpretation of an r squared of .08 is that

6    8 percent of the variability in fund performance over this

7    period is captured by the two variables that we've included

8    in the regression.

9    Q     Now, does the fact that the r-squared number is not

10   higher than it is for the Growth Fund of America raise any

11   issue about the reliability of your conclusions?

12   A     No, it doesn't.  The -- when you're looking at

13   analysis of mutual fund performance, there are, obviously, a

14   lot of things that could potentially influence the

15   performance of a fund.  The r squared of 8 percent suggests

16   that 8 percent of the variability in performance is

17   explained by these variables, but as we know, there are many

18   things that might expect -- might influence the performance

19   of a fund, and so that does not cause me any concern.

20   Q     Now, do r-squared statistics, at the level shown on

21   this table, tell you anything one way or another about the

22   importance of looking at alternative time periods for

23   sensitivity purposes?

24   A     No.

25   Q     You recall that Dr. Peavy criticized your regression

1  analysis as suffering from something he calls "the problem

2  of omitted variable bias"?

3  A     Yes, I do.

4  Q     What is your response to that criticism?

5          THE COURT:  Could we say what it means first.

6          MR. CONGRESS:  Yes, Your Honor.

7  BY MR. CONGRESS:

8  Q     Would you explain what the omitted variable bias issue

9  is.

10 A     Yes.  Obviously in a regression like this, we have

11 included a couple of variables that we think impact

12 performance, but as I mentioned earlier, there may be a host

13 of other things that could potentially influence the

14 performance of a fund.

15         THE COURT:  Which is in your r-squared number?

16         THE WITNESS:  That's exactly right.  So there are

17 other things that will influence it, and that is captured by

18 r squared, that's right.  So omitted variables -- you always

19 have omitted variables in a regression analysis because you

20 can't pick up every single thing that might be affecting the

21 performance of a fund or even if regression is applied in

22 any other discipline, but the point, I believe, that

23 Dr. Peavy was making is that that's somehow biased on the

24 result of the variables that we were looking at.

25         And I don't believe that to be true.  I didn't see

```
 1    any indication from him that there were specific variables
 2    that he suggested would cause that negative relationship
 3    between growth and performance to not be there or to
 4    disappear.  So I don't think there's omitted variables bias
 5    in this instance.
 6    BY MR. CONGRESS:
 7    Q    Now, in addition to what's on Table 4, Dr. O'Neal, you
 8    did additional regression analyses with respect to the eight
 9    funds involved in this action?
10    A    That's correct.
11    Q    How did you do those additional analyses?
12    A    I did additional analyses by adding other variables to
13    the regression by looking at various time periods.  The idea
14    is to run a number of different sensitivity tests to see if
15    those results continue to shine through the data.  So I
16    think I ran maybe a total, including the ones we just looked
17    at, of 64 different simulations.  And, again, it's just a
18    robustness check on the original regression.
19    Q    And those additional sensitivity analyses are set
20    forth in Tables 5 to 11 of your original report?
21    A    Yes, they are.
22    Q    And in what ways did those sensitivity analyses differ
23    from your original results in Table 4?
24    A    As I said, the time frames of the regressions
25    differed, as did -- I included a number of different other
```

1039

1    variables in the regressions.

2    Q     And what was your overall conclusion after you ran

3    those sensitivity analyses?

4    A     Well, like I said, I ran about -- I ran 64 of those

5    and looked at the coefficients on the growth variable, and

6    80 percent of the time those growth variables were negative;

7    so it caused me not to change my conclusion at all with

8    respect to the sensitivity, especially of those five funds,

9    the sensitivity of their performance to growth.

10   Q     Okay.  Could we put Table 4 back on the screen,

11   Page 24 of Exhibit 2669.

12             And you see that with respect to three of the

13   funds, Capital Income Builder, Capital World Growth, and

14   Income and Investment Company of America, you do not show

15   statistically negative results.

16             Do you see that?

17   A     Yes, I do.

18             And, again, Capital Income Builder is at the top

19   on the right, and then Capital World Growth Income is at the

20   bottom on the left, and Investment Company of America is on

21   the bottom on the right.  So those are the three that you're

22   referring to.  For two of those, Capital Income Builder and

23   Capital World Growth, that coefficient is negative but not

24   statistically significant.

25             For Investment Company of America, it is positive

1040

1   but not statistically significant.

2   Q    What impact, if any, does the fact that you didn't get

3   statistically significant negative results on those three

4   funds, what impact, if any, does that have on the robustness

5   of your conclusions with respect to the five funds that do

6   have statistically significant results?

7   A    It does not change my conclusions at all.

8   Q    And why is that?

9   A    Well, obviously, for the five funds we found a

10  statistically significant result, but as I said earlier,

11  there's a lot of noise involved when you're attempting to

12  describe or explain the performance of the funds.  So it may

13  just be that the return series in those three funds was more

14  noisy and the regression analysis just had more difficulty

15  sort of discerning a significant relationship.

16  Q    Now, you've also done what I think you called a

17  "pooled regression analysis" with respect to the eight funds

18  in suit?

19  A    Yes.

20  Q    What is a "pooled regression analysis," and what did

21  you do with respect to the eight funds in that regard?

22  A    A pooled analysis takes all eight funds and puts them

23  together in a single data set.  These -- the ones that we're

24  looking at now on the screen are eight individual

25  regressions.  If you take all of the data and put it into a

1041

1   single data set and run one regression, which you can do,

2   that's what the pooled regression is.  And I did that

3   simply, again, as sort of a first pass to look at the

4   relationship and as an additional robustness check on the

5   data.

6   Q     What results did you obtain from doing your pooled

7   regression model with respect to the eight funds?

8   A     There was a significantly negative relationship

9   between the size of the funds and performance.

10  Q     Do you recall that Dr. Peavy criticized your report on

11  the grounds that your regression analysis suffered from a

12  potential "regression to the mean" problem?

13  A     Yes.

14  Q     Could you please explain what a "regression to the

15  mean" problem is.

16  A     Yes, a "regression to the mean" problem -- and I'm

17  going to put it in the context of what we're looking at

18  here -- a "regression to the mean" problem for us would be

19  if there was an aberrationally high performing year for a

20  particular fund and followed the next year by a performance

21  that wasn't very good.  We call that sort of a "regression

22  to the mean."  You have a great year, or you can potentially

23  have a very bad year, but in the following year, you sort of

24  get back to average.

25            And the potential problem with that, I think, that

 1   Dr. Peavy was talking about, is that that might cause the

 2   regression analysis to pick up sort of an aberrational

 3   relationship between growth and performance.  Because you

 4   have a very good year, and then the very next year a lot of

 5   people would pile into the fund because they're following

 6   the performance of that fund, the fund would grow, but it

 7   would sort of revert back to mean performance.  So that's

 8   sort of what the problem would be, would be that that would

 9   potentially make the regression or force the regression to

10   find a relationship that was driven by that "regression to

11   the mean."

12            THE COURT:  Does it work the other way?  If you

13   had an abnormally bad year that you would expect under the

14   "regression of the mean" analysis, that it would improve,

15   same idea?

16            THE WITNESS:  Yes.

17   BY MR. CONGRESS:

18   Q    Do you have an opinion as to whether there is a

19   "regression to the mean" analysis with respect to the

20   American Funds?

21   A    Yes, I don't think that that is a problem.

22   Q    And could you explain why you don't think it's a

23   problem.

24   A    Yes.  I have looked at the returns of these funds as

25   may have been brought up in the case before.  If you look at

1043

```
 1   the sort of relative returns of these funds over this
 2   period, on average, they were probably above average; so I
 3   didn't see any indication that those returns were somehow
 4   aberrational or lucky and would have been followed by some
 5   kind of "regression to the mean."  I just didn't see that in
 6   the data.
 7   Q     Now, did you also, as part of your work for this case,
 8   analyze the extent to which CRMC had enjoyed economies of
 9   scale from growth in the operations of the funds?
10   A     Yes, I did.
11   Q     How did you do that?
12   A     I did that in a couple of ways.  First, I did a more
13   traditional economies of scale analysis, which looks at -- a
14   traditional economies of scale analysis looks at costs to
15   discern how costs change as the scale of a firm changes.  So
16   what I did was to look at how the expenses that were
17   incurred by CRMC changed from the period from 2003 to 2004,
18   which was also a period of significant growth for the
19   American Funds complex.
20           I found that if you looked at those expenses, that
21   the expenses actually did not increase nearly as much as you
22   would expect if there were not economies of scale.  And I
23   interpreted that sort of lack of increase in expenses as the
24   existence of economies of scale and determined that those
25   were economies of scale that were captured by CRMC.
```

1044

```
 1            I compared that to the economies of scale that
 2    were realized by the fund shareholders, and to do that I
 3    looked at how the management fees changed over that same
 4    period.  And the management fees as a percentage of assets
 5    under management declined by a small amount and sort of
 6    generated realized economies of scale for shareholders of
 7    about $18 million.
 8            The decline -- or the lack of increase in expenses
 9    was about $220 million for CRMC.  So if you compared those
10    two, it looked like the shareholders enjoyed maybe 8 percent
11    of the generated economies of scale and CRMC enjoyed
12    92 percent.
13    Q    And I think you said you also -- you applied two
14    different methodologies.
15            Can you describe the second methodology you used
16    to analyze economies of scale.
17    A    Yes.  With the second methodology, what I did was to
18    look at both revenues and expenses, and the reason for that
19    is it's my understanding that the directors were -- were
20    looking more at profits of the company when they were
21    attempting to think about what economies of scale were.  So
22    in order to sort of look at it in the same way, I needed to
23    look at revenues.  And so in that portion of the report, I
24    have looked at how the revenues changed from one period to
25    the next.
```

1045

```
 1              For example, again, 2003 to 2004, and shown that
 2    if you -- if you look at that, the revenues increased
 3    substantially for CRMC.  Again, the shareholders realized
 4    about $18 million in economies of scale.  The revenues that
 5    were -- that accrued to CRMC were in the 250- to
 6    $280 million range, and I also looked, specifically, at the
 7    profit-sharing portion of the compensation benefits that
 8    were paid and determined that a significant portion of the
 9    economies of scale that were realized by CRMC were
10    distributed to employees in the profit-sharing plan.  If I
11    look at that for CRMC, it looks like the total economies --
12    of the total economies, about 4 percent are shared with
13    shareholders.
14              THE COURT:  Did you have data that showed, in the
15    relevant time period, exactly how much was paid out in
16    profit sharing, or did you make -- did you have to draw
17    assumptions and inferences to get the right number?
18              THE WITNESS:  I had to draw an assumption or
19    inference on that number, and I can -- there are documents
20    that suggest that of the total amount of compensation that
21    is paid, approximately X percent is profit sharing and the
22    remainder is extra compensation, so I applied that
23    percentage to the total amount of compensation.
24              THE COURT:  And what percentage did you use?
25              In other words, if you look at the information in
```

1  the directors' information books, they were provided with

2  information talking about total compensation paid.  It's

3  salary, bonuses, plus profit sharing, but there was no

4  breakout.  And one of the witnesses said you couldn't from

5  that determine how much profit sharing was.

6         So what I'm asking you is when you looked at the

7  figure of total compensation, what percentage did you apply

8  to that number to get the profit sharing?

9         THE WITNESS:  There is a document and I can -- I

10 mean, I've got the document.  If we look on Page 59 of my

11 original expert report, there's a document on which, to my

12 recollection, shows what the percentages are.  So that's

13 what I used.

14        I believe that 29 -- there was a 43 percent

15 increase in employee compensation from '03 to '04, and I

16 believe of that 43 percent, 29 percent was profit sharing

17 and the remaining 14 percent was regular compensation.

18 That's what -- if we look at the bottom -- there's a

19 footnote at the bottom of that page.  If you can -- yeah,

20 it's in Footnote No. 2.  That document at the very end of

21 that footnote is where I got that information.

22        THE COURT:  All right.  I remember reading this

23 and wondering when you said 43 percent of -- what figure

24 were you looking at?

25        THE WITNESS:  The -- okay.  I'm sorry.  I'm not

1    being clear here.  If you look at -- if we can go up on the

2    table and look at line No. 13, just kind of highlight line

3    13 and a few lines below it.

4            Yes.  From 2003 -- from 2003 to 2004, there was a

5    net employee compensation from 453 to 678.  That's an

6    increase of about 43 percent; and so approximately 29

7    percent of that, I believe, is what the document said was

8    due to profit sharing.  And so the remainder was due to

9    nonprofit sharing, which I've broken out as 75 million

10   there.

11           THE COURT:  All right.  I see that.  Thank you.

12           THE WITNESS:  Okay.  You're welcome.

13   BY MR. CONGRESS:

14   Q    Dr. O'Neal, your report addresses whether economies of

15   scale should be analyzed on a consolidated level or just on

16   a CRMC level.

17           What was your analysis and conclusion about that?

18   A    Well, I originally did this analysis just on the CRMC

19   level, and that's what shows up in my original expert

20   report.  I believe that that is the correct way to analyze

21   it.  In subsequent reply reports, I looked at it with AFD

22   and AFS sort of aggregated in, but only did that because of

23   criticism from other experts.  I still believe that the CRMC

24   level is correct.  That is where the economies of scale

25   would be expected to accrue in the investment management

1048

1    portion of the business.

2            I had no indication or no evidence that there was

3    any sort of economies of scale in either the service

4    component of the business or distribution.  And, therefore,

5    in my opinion, an appropriate place to look for economies of

6    scale is in the investment management function.

7    Q    Did you also consider whether different contracts

8    between the funds and the defendants were involved for the

9    different services --

10   A    Yes.  Obviously the different services are negotiated

11   in separate contracts, and so to the extent those contracts

12   are separate, it would make sense to analyze the economies

13   of scale, you know, at each different contract level.

14   Q    Now, you recall that AFS provides transfer agent

15   services at cost?

16   A    Yes.

17   Q    What significance, if any, did you accord to that in

18   doing your economies of scale analysis?

19   A    I didn't really -- I mean, I thought about that,

20   obviously, but just because they provide that at cost

21   doesn't necessarily mean there are economies in that

22   business; so just the provision of that service at cost does

23   not necessarily suggest to me that there would be economies

24   of scale there.

25            Economies of scale in service would only accrue if

1049

1    there were increases in the average account size, and I

2    don't believe, at least early in this period, that there's

3    evidence that average account size increased.

4    Q      Now, you have a section in your report entitled

5    "Indicated Returns to Shareholders From 12b-1 Spending."

6           What topic do you discuss in that section?

7    A      In that section, I look at the amount of 12b-1 fees

8    that were paid from the funds and look at how the amounts of

9    those 12b-1 fees compared with savings generated from

10   breakpoints and fee waivers of the mutual funds.

11   Q      And why did you make that comparison?

12   A      Because one of the justifications for 12b-1 fees is

13   that -- and the only real quantifiable justification for

14   12b-1 fees is that by increasing the size of the fund and,

15   therefore, using fund assets to specifically market the

16   funds is that that larger growth of larger size that it is

17   achieved will lead to lower fees for shareholders.

18          And so one way, obviously, to look at that is to

19   compare what they are paying to grow the fund and whether

20   that subsequent growth had a large enough downward movement

21   on other fees to fully recoup the 12b-1 fee, in which case

22   it would obviously be a good deal for the shareholders.

23   Q      And are the results of that analysis set forth in

24   figures 5 to 12, toward the end of your report?

25   A      Yes, they are.

1050

1    Q      What conclusions did you draw with respect to the

2    information set forth in figures 5 to 12?

3    A      I just draw the conclusion that the amount of 12b-1

4    fees was -- was far higher than the savings that

5    shareholders realized in terms of fee waivers and

6    breakpoints.

7    Q      Now, are you aware that a substantial portion of all

8    12b-1 fees paid by the American Funds are called "service

9    fees"?

10   A      Yes, I am.

11   Q      Did you perform any analysis that looked solely at the

12   impact of the non-service fee component of 12b-1 fees?

13   A      Yes, I did.

14   Q      And is that set forth in the damage analysis in your

15   reply report?

16   A      Yes, it is.

17   Q      Would you describe that analysis.

18   A      Yes.  What I did was to look at the total amount of

19   12b-1 fees that were paid by the eight funds at issue in

20   this case.  The total amount of 12b-1 fees were

21   approximately $1.4 billion over the period from '05 to '08.

22   I realized that there -- that a portion of those 12b-1 fees

23   are considered service; so what I attempted to do is break

24   out the portion of 12b-1 fees that were specifically for

25   marketing and distribution.

1    And there is a document, a discovery document that

2    suggests that of the total 12b-1 fee, about 65 percent of

3    that is used for service.  So what I did was take the

4    remaining 35 percent of that fee and assume that that was

5    the portion of the fee used for marketing the funds.

6    If you take that 1.4 billion, you can look at what

7    the -- what that 35 percent is -- and let me -- if I can

8    just look at the report in that section.  I want to make

9    sure that I'm getting these numbers correct.  I don't want

10   to do these numbers from memory.

11   Q    You're looking at your reply report?

12   A    Yes, I am.  I'm looking at the reply report at

13   Page 47, Table No. 5.

14   Q    Okay.  We're in that -- the reply report is

15   Exhibit 2671, which is Tab 3 of the book?

16   A    That's correct.

17   All right.  And what this table shows is the 12b-1

18   fees that were paid in '05 and '06, and I think the first 11

19   months of '07, which is the data I had at the time I

20   conducted this study.  And if you look at the total, 12b-1

21   fees are shown sort of in the first panel there along the

22   bottom.  What I've done is for each of those years, take

23   35 percent of that total, and that is shown in the second

24   panel and that amounts to $1.38 billion is the sum of all

25   years.

1052

1       And, again, that's the 35 percent of the 12b-1

2   fees that company documents suggests are used for marketing

3   and promotion.

4       As an additional step, I was informed by counsel

5   that there may be some legal reason that only the part of

6   that fee that's retained could be considered damages in the

7   case.  So the final panel there just takes information from

8   some answers to interrogatories, I believe, and -- or

9   stipulated facts.  I can't recall which it is from, but

10  basically takes the amount that was retained and sums that.

11      So the 35 percent of marketing and promotion

12  which -- 35 percent of the total was for marketing and

13  promotion.  From an economic standpoint, that would be a

14  damage number.

15      The 239 is the sum for all years.  The very

16  bottom, that just shows what was retained, which, again, I

17  was informed, was a legal issue.

18  Q    What assumptions have you made, if any, about whether

19  the dollar amount of 12b-1 fees retained by defendants

20  represents fees paid for marketing purposes for alternative

21  legal services purposes?

22  A    I would assume that since that's the distribution arm

23  of CRMC, that all of those fees would be used for marketing

24  and promotion of that 35 percent and of that retained.

25  Q    Yes.  Thank you.

1053

```
 1              Now, in your reply report, you also address

 2   Professor Hubbard's discussion of the competitive nature of

 3   the mutual fund industry with respect to fees.

 4   A     Yes.

 5   Q     Do you recall that Professor Hubbard contends that

 6   customers will vote with their feet if mutual fund fees are

 7   not competitive?

 8   A     Yes, I recall that.

 9   Q     What is your reaction to that?

10   A     I think that's a very simplified view of how the

11   mutual fund industry works.  There are a number of

12   constraints to investors simply walking or talking with

13   their feet, or voting with their feet.  A couple of which,

14   first of all, investors in funds that have appreciated

15   significantly would face a significant capital gains tax if

16   they decided to liquidate their fund.  So from that

17   standpoint, that is a constraint to investors voting with

18   their feet, and that's obviously if the investor's in a

19   taxable account.

20              Many investors are in nontaxable retirement

21   accounts, but even in, for example, 401(k) plans, which

22   represent the largest percentage of assets in retirement

23   accounts, in 401(k) plans, the typical setup of a 401(k)

24   plan is to only have a few options; and, therefore, it's not

25   competitive across all funds in the universe, because as a
```

1    401(k) investor, you may only have one or two, for example,

2    fixed-income funds in your portfolio; and, therefore, you

3    can't really go out and choose among a number of different

4    funds.  So those are a couple of reasons.

5           Another thing which specifically relates to the

6    American Funds is that because American Funds' shareholders

7    are going through brokers, it's really the brokers who

8    probably is making -- certainly not the final decision, but

9    at least a recommendation.  And brokers' recommendations

10   might sort of have adverse incentives to those of

11   shareholders.  Obviously, brokers get compensated with 12b-1

12   fees, and brokerage firms further get compensated by revenue

13   sharing that is paid from mutual fund companies.

14          So to the extent those 12b-1 fees and/or

15   revenue-sharing agreements would cause more compensation for

16   brokers or brokerage firms selling one fund family versus

17   another, that's another impediment to investors really being

18   able to vote with their feet if they're going through a

19   brokerage firm.

20          I would also note that, you know, if you see

21   promotional materials for funds, they rarely talk about what

22   their expense ratios are.  They're usually talking about how

23   good their performance is.  So I would say certainly the

24   funds compete much more heavily on performance than they do

25   on fees.

1    Q     In the course of observing the mutual funds industry,

2    have you developed the sense of how often the mutual fund

3    boards terminate their advisors?

4    A     Very rarely, if ever.

5    Q     Now, did Professor Hubbard also suggest that the

6    number of mutual fund complexes entering the market also

7    complicates competition?

8    A     I believe so, yes.

9    Q     What is your reaction to that?

10   A     I've looked at Dr. Hubbard's analysis, and what I find

11   or what I see in his analysis is that there are some very

12   large mutual fund complexes and that it doesn't appear that

13   there is -- are significant inroads made by the smaller fund

14   families when they -- when they open and try to enter the

15   business.

16         MR. CONGRESS:  Thank you, Dr. O'Neal.  I don't

17   have any further questions for you right now.

18         THE COURT:  All right.  Mr. Benedict or

19   Mr. Murphy.  Go ahead.  Examination.  All right.

20                    *CROSS-EXAMINATION*

21   BY MR. MURPHY:

22   Q     Good morning, Dr. O'Neal.

23   A     Good morning, Mr. Murphy.

24   Q     Have you ever worked in the mutual fund industry in

25   any capacity?

1    A      No.

2    Q      And can we start with economies of scale while it's

3    still fresh in your mind?

4    A      Okay.

5    Q      Would you agree that identifying and quantifying

6    economies of scale with precision is difficult in the mutual

7    fund industry?

8    A      It can be identified, in my opinion, quantitatively.

9    Can it be identified with exact precision, it's somewhat

10   difficult, but you can certainly get a reasonable ballpark

11   figure of what it is.

12   Q      Well, can costs change for reasons other than

13   economies of scale?

14   A      Yes.

15          When you say "costs," do you mean percentage

16   costs?

17   Q      Just can a cost of providing the mutual fund service

18   change for reasons other than economies of scale?

19   A      Yes, it could.

20   Q      And did you undertake any analysis to determine that

21   the cost reductions that you observed at CRMC were

22   attributable to economies of scale versus, for example, a

23   management change or some other aspect of the business?

24   A      I -- to my knowledge, there was no data for me to

25   undertake that analysis.

1  Q     So you just assumed any reduction in costs that you

2  observed was the result of economies of scale?

3  A     Yes.

4  Q     Based on any of the economies of scale analysis that

5  you did in this case, are you able to determine how much

6  CRMC's per unit cost of operating the fund decreased as the

7  fund's assets increased?

8  A     I was not given any per fund information.  I didn't

9  see any of that in discovery.

10 Q     Do you recall discussing with Mr. Congress that your

11 economy of scale focused on CRMC only?

12 A     Yes.

13 Q     And it excluded AFD and AFS?

14 A     Yes, it did.

15 Q     Can we call up Plaintiffs' Exhibit 2669, which is your

16 expert report in this case.

17 A     Okay.

18       THE COURT:  While that's being done, I want to

19 make sure that I'm clear on the concept at this point.

20       As I understand what you did is you looked at the

21 costs that were being incurred over time, determined that

22 while asset growth -- assets under management grew

23 substantially over the period in 2003, 2004, and so forth,

24 that the costs relative to that stayed fairly -- stayed the

25 same, roughly the same, and because the costs stayed the

1  same, while the assets were growing substantially, you

2  inferred from that the existence of economies of scale?

3          THE WITNESS:  That's right.

4  BY MR. MURPHY:

5  Q    And, Dr. O'Neal, you just said the costs stayed the

6  same; they went up; correct?

7  A    Yes, I don't mean to oversimplify.  But the costs were

8  increasing, but not at the rate of asset --

9          THE COURT:  At a lower rate?

10         THE WITNESS:  Correct.

11         THE COURT:  Right.

12         The problem was my question.  He had said that

13  they had gone up before, but I was simplifying.

14  BY MR. MURPHY:

15  Q    Can we blow that up a little bit.

16  A    I'm sorry.  This is the original expert report?

17  Q    Yes.  This is Table 24.

18  A    Okay.

19  Q    And I think if you have the defendants' binder, if you

20  want to look at the hard copy, it's Tab 1 in the -- if you

21  switch binders, it's the defendants' binder, but it's also

22  on your screen.

23  A    Maybe I should do that.  Tab 1?

24  Q    Tab 1.  And I believe it's Page 60, Table 24.

25  A    Okay.  Yes, I'm there.

1059

1   Q     And this is your analysis of economies of scale of

2   CRMC only; correct?

3   A     Yes, it is.

4   Q     And can you tell looking at this, am I correct that

5   the economies of scale that were shared with fund

6   shareholders over the period 2004 to 2007 cumulatively,

7   including the entire period, was $596 million?

8   A     Yes.  And that is shown -- kind of -- it's line 24 of

9   the hard copy, yes.

10  Q     And that number -- this is just CRMC; correct?  And

11  that number is below the amount of breakpoints and waivers

12  that were shared with fund shareholders; correct?

13  A     Yes.  I was shown some documents -- I believe at a

14  deposition -- that purported to show the dollar amount of

15  waivers and or breakpoints, and that amount, 596, is lower

16  than that, yes.

17  Q     And, in fact, are you aware that there's evidence that

18  just for the eight funds there was through breakpoints and

19  waivers, $1.2 billion?

20  A     I have seen a chart that you have prepared on that,

21  yes, or that CRMC has prepared.

22  Q     And that was just the eight funds.  There would be

23  additional savings if you went through the entire complex;

24  correct?

25  A     Presumably, yes.

1060

1    Q     And how is it that you're able to show only 596

2    million in sharing of economies of scale if you assume the

3    waivers and breakpoints were greater than that?

4    A     Because the way that I calculate economies of scale in

5    this analysis is to start in 2003 as the baseline.  And in

6    2003, I calculated what the average fee, the average sort of

7    revenue was as a percentage of assets.  And what actually

8    happened is that ---and so what I assumed is that was the

9    baseline.  I took 2003 as a baseline and assumed that any

10   sort of reduction from the 2003 baseline was an economy of

11   scale.  As it turns out, the baseline actually increased.

12          So if you look at what the fees would have been to

13   shareholders prior to fee waivers and breakpoints, those

14   fees actually would have been higher in '04 and in periods

15   after that than they were in 2003.

16          And so the way that CRMC has calculated their

17   delivery of economies of scale through breakpoints and

18   waivers appears to sort of give them credit for bringing the

19   fees from, say, 2004 level, down to 2003, and then back

20   below that level.  And mine just takes it from, you know,

21   the point at 2003, which was the initial year in this -- in

22   my analysis.

23   Q     So you believe the fees went up?

24   A     I said the fees prior to fee waivers and breakpoints

25   would have been higher, yes, in '04 and other years, after

1061

1    2003.

2    Q    And do you know if any funds in the complex or these

3    eight funds in particular had higher fees from 2003 to 2007?

4    A    Not after breakpoints and waivers.

5    Q    So do you have an understanding of what caused the

6    increase in fees?

7    A    It's -- my analysis suggested that there were a couple

8    of reasons for that.  There were some additional fees that

9    increased at a quicker rate than assets did, but the primary

10   impact was because the -- the mix of AFD funds changed over

11   time, so that in years like 2004 and 2005, more assets were

12   driven into the higher expense funds.  And, therefore, when

13   you look at sort of a weighted average expense ratio, it's

14   higher because the promotional efforts were causing

15   investors to buy the higher expense funds.

16   Q    So what you observed was that the average management

17   fee rate in the complex went up because the asset mix was

18   shifting?

19   A    Because investors were purchasing funds with higher

20   expense ratios, yes.

21   Q    And if you assume -- let's assume that equity funds

22   are higher expense ratios than fixed-income funds --

23   A    Okay.

24   Q    -- could one of the things that could have caused that

25   is more investors at American Funds were buying equity funds

1062

1   rather than fixed-income funds?

2   A      It could be that.  It could be that more investors

3   were buying smaller funds that had higher fee rates.

4   Q      And if you assume that's the case, that would drive up

5   the average management fee rate?

6   A      That would cause a management -- yes, it would.

7   Q      And, in your opinion, that would be taking back some

8   of the economies of scale from these eight funds that were

9   shared with shareholders through breakpoints and waivers?

10  A      It just causes the analysis to sort of give credit for

11  the fact that investors were buying higher expense funds.

12  Q      I know your analysis does it, but if there were

13  1.2 billion shared with shareholders in the eight funds, if

14  more people bought equity funds than fixed-income funds, how

15  would that detract from the $1.2 billion for the

16  shareholders in these eight funds?

17  A      Well, these eight funds are obviously included in this

18  analysis.  I guess, I don't know if I even said that.  The

19  analysis I did was that CRMC level was not just the eight

20  funds, it was all funds in the complex.  But -- and all I've

21  done in terms of economies of scale is just to look at the

22  complex as a whole.  I haven't looked at it on a

23  fund-by-fund basis.

24  Q      I'm not sure that answers my question.

25  A      I'm sorry.

1063

1   Q      I just want to know -- let's say there is a shift in

2   asset mix --

3   A      Okay.

4   Q      -- and more investors were investing in equity funds

5   instead of fixed-income funds, how does that deplete the

6   number of sharing for the shareholders in the eight funds at

7   issue in this case?

8          How do you bring down the amount of sharing

9   through breakpoints and waivers through a change in asset

10  mix?

11  A      I don't think specifically for those eight funds it

12  would.

13  Q      So this analysis wouldn't necessarily apply to the

14  eight funds?

15  A      It applies to CRMC overall.

16  Q      I believe you also said you think there were some

17  other fees that were increasing in addition to the average

18  management fee?

19  A      Yes.

20  Q      And I believe you said that CRMC took back some of the

21  economies of scale that it shared with fund shareholders

22  through higher fees?

23  A      I don't know if I used that term, but I said that

24  those higher fees sort of drove part of the difference

25  between the 1.2 that you've talked about and the data in

1   this table.

2   Q     Do you know which fees were increasing such that you

3   believe CRMC took back some of the economies of scale it had

4   shared with fund shareholders through breakpoints and

5   waivers?

6   A     No.

7   Q     Do you recall discussing that you believed it was

8   primarily the administrative service fees that were

9   increasing?

10  A     Yes, I believe that's correct.

11  Q     And as you sit here today, do you believe that the

12  administrative service fees were increasing?

13  A     On a dollar basis, they were.  On a percentage basis,

14  they were -- I think they were fairly flat -- on a

15  percentage basis fairly flat through the first two or three

16  years here, through about 2005, but because the percentage

17  fee was flat but the assets were rising, the dollar amount

18  of those administrative fees were increasing.

19  Q     But in determining your analysis -- for your analysis,

20  you wouldn't look at dollar increases; right?  You would

21  look at the rate being charged?

22  A     Well, this analysis is all -- these are dollars on the

23  screen.  I guess I'm missing your question.

24  Q     But in terms of analyzing whether fees were taking

25  back economies of scale, you would look at the rate being

1065

1    charged; correct?

2    A     That's right.  I said the rate being charged remains

3    the same, as the assets increased, that would be not

4    delivering economies of scale.

5    Q     Right.  And do you know if the rate for administrative

6    service increased during this time?

7    A     As I think I said, I believe it was flat in '03, '04,

8    and '05 and may have began to decrease toward the end of

9    this sample period.

10   Q     And if it was flat or going down, how is it that you

11   are able to show that CRMC took back economies of scale it

12   shared through breakpoints and waivers through higher

13   administrative service fees?

14   A     I didn't say if it was decreasing, but if it was flat,

15   that would effectively not deliver economies of scale over

16   that period if they existed.

17   Q     But your analysis picks up that it was actually taking

18   back economies of scale, doesn't it?

19   A     Yes, because that's on a dollar basis.

20   Q     Didn't we just discuss that it doesn't matter if it's

21   on a dollar basis, it needs to be the rate?

22   A     I don't know what you're pointing to that we just

23   discussed.  All I'm saying is that the percentage of the

24   administrative fees were flat for two or three years and

25   then they began to decrease.  So in an environment where you

1  have assets increasing, if the administrative fees remain

2  flat, then that would cause there to be no delivery of those

3  economies of scale to the extent they existed.

4  Q    So if they were flat or decreasing, they wouldn't take

5  back any economies of scale; that's correct?

6  A    No, I think I just said -- you're using the term "take

7  back," and all I'm saying is that if there are economies of

8  scale that are realized, then the fact that the

9  administrative fee on a percentage basis remains the same,

10  it's not delivering those economies of scale.  So I don't

11  know if there's semantic issues between "take back" and "not

12  deliver."

13  Q    Can we look at his supplemental report, which is

14  Plaintiffs' Exhibit 2674, Page 8.

15  A    I'm sorry.  Mr. Murphy, what page did you say?

16  Q    Sorry.  Page 8, I believe.  Paragraph 13 if you can

17  highlight that at the bottom.

18        Paragraph 13 reads:  "CRMC's approach applies to

19  management fees alone, as in the analysis above, ignores

20  another significant, quote, 'take back,' in the form of

21  higher revenues from other sources."

22        And can you highlight Footnote 11, which is the

23  footnote:

24        "According to CRMC's financial statements, other

25  revenues are primarily administrative service fees";

```
1    correct?
2            Do you see that?
3    A    Yes.
4    Q    And "take back of economies of scale" were the words
5    you used; correct?
6    A    Right.  And that was probably not a correct term to
7    use.  What I'm saying is that it failed to deliver.  So if
8    you want to call that "take back," I mean, I guess you can
9    call it that.
10   Q    Well, didn't this report -- wasn't the premise of it
11   trying to show how you were able to show less sharing than
12   just the breakpoints and waivers?
13           THE COURT:  Counsel, I think you're beating a dead
14   horse here.  I think "not deliver" and "take back," I think
15   we now understand what the witness has to say about that.
16   So --
17           MR. MURPHY:  Okay.
18   BY MR. MURPHY:
19   Q    Do you know if any of the costs of providing
20   administrative services are in AFD's financial statements?
21   A    I believe they may be, yes.
22   Q    And your analysis looked at revenues from the
23   administrative service fees; correct?
24   A    Yes.
25   Q    And if that were the case, if some of the -- if you
```

1  weren't picking up some of the costs in your analysis, could

2  that change your economies of scale analysis?

3  A    Well, in fact, as I mentioned earlier, I actually did

4  an economies of scale analysis that aggregated AFD along

5  with CRMC; and if you look at that analysis, which shows up

6  in the reply report, the economies of scale are actually a

7  smaller percentage for the shareholders than if you just

8  look at CRMC as a whole.

9  Q    So do you think that in order to pick up all of the

10  costs of administrative services, you should look at the

11  CRMC and AFD consolidated?

12  A    No.  That's not what I'm saying.  All I'm saying is

13  that I did do it that way, and the results are basically the

14  same as when I did it with CRMC stand alone.

15  Q    Do you think in terms of your economies of scale

16  analysis of CRMC only, you think it's appropriate to look at

17  increases in revenue from administrative service fees, but

18  not look at the -- any increases in costs that are in AFD's

19  financial statements?

20  A    As I said, I did look at it that other way.  I think

21  that those effects would be small.  And if you look at it,

22  in fact, by aggregating AFD with CRMC, you find that the

23  economies of scale still raise the same.

24  Q    And I just want to know, do you think it's appropriate

25  to look at it without looking at both?  I know you looked at

1    both, but do you think one is better than the other?

2    A    I think on a stand-alone basis, it's probably more

3    illustrative but, obviously, I did it both ways.

4    Q    And we discussed that you looked at CRMC only because

5    that is where, I think you said, economies of scale would be

6    expected to accrue; is that correct?

7    A    Yes, that's the most likely place for that to accrue,

8    yes.

9    Q    And I think you said there is no evidence of the

10   economies of scale on the service portion of the business;

11   is that correct?

12   A    I didn't see any documentation that suggested there

13   would be significant economies of scale there.

14   Q    And you discussed with Mr. Congress that AFS is run at

15   costs; correct?

16   A    Yes.

17   Q    And thus because of that, AFS automatically shares any

18   economies of scale that are accrued with shareholders?

19   A    If there are economies of scale and you're running it

20   at cost, they would be shared.  If there were diseconomies,

21   those would also accrue to shareholders as well.

22   Q    Automatically; correct?

23   A    Right.

24   Q    If you add AFS to your economies of scale analysis,

25   you found that it adds another $1.2 billion in sharing of

1  economies of scale with fund shareholders for the period

2  2004 to 2007; is that correct?

3  A    I don't know if that specific number is correct.  If

4  you'll point me to the table, I'll verify that.

5  Q    Why don't we look at your deposition, Page 402, lines

6  17 to 22.

7          *(Videotape excerpt displayed.)*

8  BY MR. MURPHY:

9  Q    Do you recall that testimony?

10  A    Yes.

11  Q    And do you recall if you include AFD in your economies

12  of scale analysis, if that would add an almost 500 million

13  in sharing of economies of scale?

14  A    I recall that, if you're looking through to 2007, that

15  that would be the case.  If you confine yourself to 2004,

16  it's quite a different story.

17  Q    But cumulatively, if you look at the entire period,

18  AFD would have shared an additional 500 million in economies

19  of scale through the period 2004 to 2007?

20  A    That's what that analysis showed.

21  Q    And can we call up Plaintiffs' Exhibit 2671.  Go to

22  Page 42, which is your expert reply report.

23  A    Okay.

24  Q    And does this reflect your analysis of the economies

25  of scale you did that included CRMC, AFD, and AFS?

1071

1    A    It reflects -- the highlighted sections reflect part

2    of that analysis, yes.

3    Q    Well, you can look at the entire page.  It's Page 42

4    in your reply report.

5    A    Right.

6    Q    Does it, in fact, reflect your analysis of economies

7    of scale of CRMC, AFS, and AFD?

8    A    Page 42 does, yes, the whole table.

9    Q    And can you tell me what line 23 represents.

10   A    Line 23 represents the cumulative effect of economies

11   of scale for shareholders if you're including AFS and AFD in

12   the analysis; and that particular section of the table

13   assumes that no economies are captured by the employees

14   through the profit-sharing plan.

15   Q    And it shows $2.262 billion were shared with

16   shareholders through the period 2004 to 2007?

17   A    Yes, it does.

18   Q    And you said it assumes no profit sharing.

19        Does that number change at all if you treat profit

20   sharing differently?

21   A    No.

22   Q    So it shared 2.26 billion no matter how you treat

23   profit sharing; correct?

24   A    That's the way that analysis came out, yes.

25   Q    And if you look at line 26, am I reading that

1072

```
 1   correctly that the 46 percent shows that for the entire
 2   period 2004 to 2007, shareholders received 46 percent of all
 3   economies of scale that were realized through all three of
 4   these entities, based on your analysis?
 5   A    Yes, that's what that analysis shows.
 6   Q    And if you go up to line 18, am I correct that even if
 7   you exclude profit sharing from the analysis, as you did in
 8   some of your economies of scale analysis because you treated
 9   it as profit, the amount of economies of scale shared with
10   fund shareholders through the entire period 2004 to 2007 was
11   43.3 percent of all economies of scale realized?
12   A    Just to be clear, I think, at the beginning you said
13   that the economies of scale were excluded.  They were
14   included -- I'm sorry, the economies of scale for profit
15   sharing are included in that analysis that you've -- well,
16   the middle part of that highlight there is that analysis;
17   so, yes, that's what the analysis found.
18   Q    Correct.  So it's 46 percent of all economies of scale
19   were shared if you don't count profit sharing; and if you
20   do, it's 40.3 percent?
21   A    Yes, as of 2007.
22   Q    Well, as of 2007, isn't that cumulatively?  If you
23   look at every year, that adds up to 46 percent of all
24   economies of scale that were shared during that time period;
25   that's not just 2007, is it?
```

1    A       That's right.

2    Q       And did any of your analyses, either the ones you

3    covered with Mr. Congress or other ones in your report, did

4    any of those economies of scale analyses focus on just the

5    investment advisory agreement?

6    A       They focused just on CRMC.

7    Q       I understand that.

8    A       Okay.

9    Q       Did they focus just on the investment advisory

10   agreement?

11   A       I believe they looked at all revenues of CRMC.

12   Q       And, in fact, there are multiple agreements in there?

13   A       There may be multiple agreements, yeah.

14   Q       Isn't the administrative service fee agreement in

15   there?

16   A       With AFD.

17   Q       Well, did you believe the administrative service fee

18   agreement is with AFD?

19   A       I believe that the administrative service agreement is

20   included in CRMC, yes.

21   Q       So at least the analysis you looked at included at

22   least the investment advisory agreement and the

23   administrative service agreement?

24   A       I believe so.

25   Q       And none of your analysis just isolated the investment

1074

1  advisory agreement?

2  A     No.

3  Q     Do you recall saying that the 12b-1 fees exceeded the

4  breakpoints and waivers in your testimony earlier today?

5  A     Yes.

6  Q     But if you were analyzing the benefits of Rule 12b-1

7  fees, wouldn't you look at the all-in fee reductions

8  regardless of whether it was in breakpoints or waivers?

9  A     Yes, you could do that.

10 Q     You could do that or you would do that?

11 A     To the extent you're looking for the advantages of

12 12b-1 fees, I think they would be very small in those other

13 fees, but you would include those as well, yes.

14 Q     Well, you just said you assumed they would be very

15 small.

16       Didn't we just discuss that AFS returned

17 $1.2 billion in economies of scale?

18 A     The economies of scale analysis that I performed was

19 performed at the CRMC level.  All I did was take that

20 analysis and apply it with AFS and AFD.  I don't have any

21 reason to believe, specifically, that those are the true

22 economies of scale that were shared, but the answer to your

23 question is, yes, you would look at economies that -- I'm

24 sorry.  You would look at reductions in fees at the

25 investment advisory fee level, at the waiver level, and

1    other fees as well.

2    Q      Which would include the $1.2 billion in reductions in

3    fees at AFS?

4    A      It would include AFS.

5    Q      And AFD?

6    A      Yes.

7    Q      And you said that the AFS wasn't, quote, "true

8    economies of scale" just now.

9           Is there any difference between your analysis of

10   AFS and CRMC that you did?

11   A      No.  I treated AFS just like CRMC in my additional

12   analysis.  I guess my point there is that with respect to

13   investment advisory functions, there is certainly evidence

14   that -- apart from this case, that there are economies of

15   scale and investment advisory services.  So those findings

16   are consistent with that.  I would not expect there to be as

17   much at the administrative level as I do at the investment

18   advisory level, but when I ran -- when I ran those analyses,

19   I just applied the same sort of method of trying to examine

20   the economies of scale and investment advisory to the

21   administrative services.

22   Q      But for at least analyzing the benefits of 12b-1, you

23   would look at the $2.3 billion reduction in fees?

24   A      I think you would look at any sort of percentage

25   reduction in all fees.  The analysis I performed was a

1    percentage reduction in management fees through fee waivers

2    and breakpoints.

3    Q    And I believe you said that you relied on an e-mail

4    for determining how much of the 12b-1 fee was distribution

5    versus service.

6            Do you recall that?

7    A    I don't know if I said it was an e-mail, but -- that

8    reminds me, I think it was an e-mail, yes.

9    Q    And can we call up Plaintiff's Exhibit 2663.

10           THE COURT:  Is that what you referred to

11   previously as "a discovery document"?

12           THE WITNESS:  Yes, it is.

13           MR. MURPHY:  Thank you, Your Honor.

14           THE COURT:  Now, Mr. Murphy has refreshed your

15   recollection as to what it was?

16           THE WITNESS:  Yes.

17           THE COURT:  E-mail?

18           THE WITNESS:  Yes, it was.

19   BY MR. MURPHY:

20   Q    I apologize.  Can you blow up the top.

21           Is this the discovery document you were referring

22   to?

23   A    Yes.

24   Q    And if I'm reading it correctly, it says:  "According

25   to RMR, the 25bps service fee represents 60 to 65 percent of

1    all 12b-1 fees complex-wide."

2    A    Correct.

3    Q    Is there anything else in this document that you're

4    referring to as your source for splitting it 60 to 65

5    percent of 12b-1 fees?

6    A    I think I split it 65 to 35 but, no, there is nothing

7    else in the document.

8    Q    Thank you.

9         Do you understand that the 25 basis point service

10   fee, do you have an understanding what that represents?

11   A    60 to 65 percent of all 12b-1 fees.

12   Q    Do you know, for example, is that a reference to, for

13   example, the 25 basis point service fee just on A shares

14   which have a 25 basis point ongoing shareholder service fee?

15   A    I'm not sure if it just applies to the A shares or it

16   applies to other shares as well.

17   Q    Do you know if that could mean that the -- just the A

18   share 25 basis point ongoing shareholder service fee

19   accounts for 60 to 65 percent of all 12b-1 fees charged?

20   A    It could.

21   Q    And if that's the case, do you know if there's any

22   service fees on B or C shares?

23   A    Yes.

24   Q    And would that change your analysis of the split

25   between service and distribution on 12b-1 fees?

```
1    A     Well, I would assume that the 25 basis point service
2    fee on all of those shares was referred to in this e-mail.
3    I didn't have any reason to believe that it was specifically
4    just A shares and not also referring to B, C, or any other
5    share class.
6    Q     You don't know one way or the other?
7    A     No.  I just took it as referring to all service fees.
8    Q     And some of your analysis we discussed treat profit
9    sharing as profit; is that correct?
10   A     Well, the analysis -- you're talking about my
11   economies of scale analysis?
12   Q     Yes.  I apologize.
13   A     That's okay.
14           Yeah, I treated in some of the analyses --
15   analysis, I treated the profit sharing as sort of
16   distributing economies of scale to employees.
17   Q     And I believe you, in your expert report, you said --
18   your opinion is that profit sharing is not an expense
19   necessary to generate revenue; is that correct?
20   A     Yes.
21   Q     Do you consider yourself an expert on profit sharing
22   or compensation programs?
23   A     No.
24   Q     Do you have any experience at all in analyzing
25   profit-sharing information or data?
```

1079

```
1    A      None.

2    Q      In terms of your opinion that profit sharing is not

3    necessary to generate revenues, if CRMC needed its

4    compensation -- its profit sharing to make its compensation

5    competitive to keep its employees coming to work every day,

6    would that make a difference as to whether it was necessary

7    to generate revenues?

8    A      I don't remember seeing any documentation about the

9    competitiveness or lack thereof of the compensation that was

10   paid to employees.  I had no way to analyze that from a

11   quantitative standpoint.

12   Q      I understand that.

13   A      Okay.

14   Q      But if profit sharing was needed in order to make

15   CRMC's compensation competitive and keep employees coming to

16   work every day, wouldn't profit sharing be important to

17   generating revenues?

18   A      You know, I haven't really thought about that.  I

19   don't think I have an opinion about that.

20   Q      Well, did you say -- well, why don't we show your

21   deposition, 243, line 17 to line 24.

22               (Videotape excerpt displayed.)

23   BY MR. MURPHY:

24   Q      And was that accurate testimony?

25   A      Yes.
```

1  Q     Is it fair to say that if profit sharing was needed to

2  make CRMC's compensation competitive, it could influence

3  your decision as to whether profit sharing is an expense

4  necessary to generate profit?

5  A     Perhaps, if I'd had any quantitative data on that.

6  Q     And we talked a little bit about the amount of profit

7  sharing, how you are able to extrapolate the amount?

8  A     Yes.

9  Q     Does the amount of profit sharing matter to you at all

10 in terms of your assessment of whether to include it or

11 exclude it from your economies of scale analysis?

12 A     No.

13 Q     And it doesn't matter whether it's $300 or $300

14 million?

15 A     No.

16 Q     I would like to turn to your regressions on fund size.

17 Switching gears --

18        THE COURT:  Before you do that, I want to ask a

19 couple of questions about compensation.

20        Was there anything in any of the data that was

21 given to you that identified the specific compensation paid

22 to any employee at CRMC?

23        THE WITNESS:  No.

24        THE COURT:  Was there anything that was given to

25 you showing how much any category of CRMC employee was

1081

1    compensated?

2            THE WITNESS:  No.

3            THE COURT:  Were you given any information that

4    broke down percentage of compensation as salary versus bonus

5    versus profit sharing?

6            THE WITNESS:  None, other than the document that

7    we discussed.

8            THE COURT:  What you tried to infer from the data?

9            THE WITNESS:  That's correct.

10           THE COURT:  Were you provided with any market

11   surveys that dealt with the question of how much people in

12   positions like portfolio counselor were paid, how much

13   competitors were paying, and how much CRMC was paying?

14           THE WITNESS:  No.

15           THE COURT:  Why don't we take our morning break.

16           MR. MURPHY:  Okay.

17           THE COURT:  We'll be in recess for about

18   15 minutes.

19                *(Recess taken at 10:12 a.m.;*

20           *proceedings resumed at 10:30 a.m.)*

21           THE COURT:  All right.  We're back on the record.

22           Before we start with the witness, I want to put

23   something on the record that I've been thinking about and

24   meant to mention, but it slips my mind from time to time.

25           As you probably know, given the time of the year,

1   law clerks will be changing in the next six weeks or so.

2   One of my new law clerks is a Milbank associate or was a

3   Milbank associate until very recently.  I don't know whether

4   she ever had anything to do with this case or not, but it

5   does not matter.  The plaintiffs should rest assured that

6   she will get nowhere near this litigation.

7            She will not be consulted, spoken to, given any

8   paperwork, whatever.  She will have utterly nothing to do

9   with this case.  We will keep her walled off from it.  So I

10  didn't want you to read in the paper or come to the

11  realization:  Wait a second.  There is a Milbank person in

12  chambers.  There is going to be, but she's not going to have

13  anything to do with this one.

14            MR. CONGRESS:  Thank you, Your Honor.

15            THE COURT:  Mr. Murphy.

16            *CROSS-EXAMINATION* (Cont'd)

17  BY MR. MURPHY:

18  Q    Turning to your regressions on fund size, Dr. O'Neal,

19  you're not suggesting in your opinions that the funds, the

20  eight funds at issue here did not perform well; correct?

21  A    No, I don't have an opinion on that, no.

22  Q    But you're aware that the funds' investment results

23  were as good or better than peer firms?

24  A    I would characterize them as above average, when

25  compared to peer funds sort of over this period on average.

1083

1  Q    And that's considered good performance?

2  A    It's better than average.

3  Q    It's considered good performance, though, isn't it?

4  A    I don't know how you really characterize "good."

5  Obviously, it's better than average.

6  Q    Can you play deposition, Page 17, line 23, to Page 18,

7  line 24.

8        THE COURT:  Did he say it was good in his

9  deposition?

10        MR. MURPHY:  Yeah.  Do you not want me to play it?

11        THE COURT:  It's better than average.  We can use

12  whatever semantics we want to describe what that means.

13  BY MR. MURPHY:

14  Q    Is it your opinion, Dr. O'Neal, that some of the

15  funds' investment results would have been even better if

16  they had been smaller?

17  A    Yes, it is.

18  Q    But I'm correct that you didn't do any analysis to

19  show how the funds would have performed if they had lower

20  assets under management?

21  A    No.

22  Q    And you can't tell me how much of the change in

23  performance was caused by size?

24  A    Not specifically, no.

25  Q    And in looking at whether fund size negatively

1084

```
 1    impacted investment results, you mentioned some academic

 2    articles, including Bris?

 3    A    Yes, that's right.

 4    Q    And you believe the literature suggests that there was

 5    a negative impact on performance from size; is that what you

 6    said this morning?

 7    A    Yeah, I think what I said this morning is there's

 8    reason to believe that that may be the case and that some

 9    empirical studies have demonstrated that.

10    Q    And you didn't cite any of your own academic work; is

11    that correct?

12    A    I don't believe so.

13    Q    Did you ever note in any of your academic work that

14    mutual fund size could have a positive impact on

15    performance?

16    A    Did I know that it could or that empirically it did?

17    Q    I'll take either one.

18    A    I believe that I have looked at -- I have looked at

19    the impact of a number of variables on performance, and size

20    may have been one of them, yes.

21    Q    Can we show Defendants' Exhibits 2253, please.

22         Is this an article that you co-authored,

23    Dr. O'Neal?

24    A    Yes.

25    Q    "Real Estate Mutual Funds:  Abnormal Performance and
```

1085

1 Fund Characteristics"?

2 A     Yes.

3 Q     And if we go to Page 243, if you can pull up that

4 highlighted sentence, which I've highlighted, by the way,

5 Dr. O'Neal.

6 A     "We expect size to have a positive effect on

7 performance as larger size should lead to economies of scale

8 and management and realize trading costs."

9       Did you write that?

10 A     Yes, I did or my co-author did; but, yes, it was in my

11 paper.

12 Q     Can you pull up Defendants' Exhibit 2554.

13       Is this another article that you co-authored?

14 A     Yes.

15 Q     And if you'd turn to Page 17.  Bring up those last two

16 sentences which, again, I've highlighted, Dr. O'Neal:

17       "Philpot, Herth, Rimby, and Shulman, 1998

18 document.  A similar negative relationship between

19 performances and expenses and turnover for bond mutual

20 funds.  In addition, they find that size is positively

21 related to fund performance, presumably due to economies of

22 scale in asset management."

23       Did you write that sentence?

24 A     Yes.  And this is similar to the statement in the

25 previous paper as well.  And, obviously, the point here is

1  that size can bring down expenses and that could have a --

2  you know, could obviously improve performance if size led to

3  a significant reduction in expenses.  That's what that's

4  about.

5  Q    Sorry.  Were you done?

6  A    Yes, I was done.

7  Q    And you didn't cite -- you cited a number of articles

8  in your reports here, but you didn't cite the Philpot

9  article, did you?

10 A    No.  Again, that's a relationship between size and

11 performance that's driven by economies of scale.

12 Q    Do you know if a number of the funds here, four of the

13 funds here hold fixed incomes or bond, securities?

14 A    Some of them do, yes.

15 Q    And turning to your analysis, I believe you testified

16 about a regression you did from 2000 to 2008 that showed for

17 five of the eight funds, size negatively impacted

18 performance?

19 A    Yes.

20 Q    Can you tell me based on that performance in which

21 years size was hurting performance for the funds?

22 A    No.

23 Q    I was done.

24      So the impact of size on performance could have

25 taken place in 2000, for example?

1   A     Well, the data in that study was month by month; so

2   what that -- what that analysis shows you is that over this

3   time period in aggregate there was a negative impact of size

4   on performance, but it doesn't specifically say that:

5   "Well, in June of 2004 was when size was negatively

6   impacting performance."  It can't do that.

7   Q     The negative impact on performance could have taken

8   place in any of the years from 2000 to 2008; correct?

9   A     Well, the fact that it showed up in data -- I guess, I

10  just want to make sure what your question is.  It doesn't

11  mean that there's one month where it occurred and that's

12  driving the entire result.  It's over that entire time frame

13  on average that growth in fund size was hurting performance.

14  Q     Why don't we play Page 140, line 19, to Page 141, line

15  4.

16              (Videotape excerpt played.)

17  BY MR. MURPHY:

18  Q     And are you aware that CRMC split into two investment

19  groups at some point in 2005?

20  A     Yes.

21  Q     Is it possible that some of the impact of size that

22  you're showing as statistically significant took place

23  before the split of the investment group?

24  A     Yes, it's possible.

25  Q     And you also, in your report, did you not analyze how

```
 1    net sales into the funds were affecting performance?

 2    A      I think I added that as explanatory variable in some

 3    of the sensitivity testing, yes.

 4    Q      And, in fact, you found no evidence that net flows or

 5    net sales into the funds were having a statistically

 6    significant impact on the performance of the funds; correct?

 7    A      That particular variable did not show up as

 8    significant in most of the regressions, yes.

 9    Q      And counsel asked you about a regression you did from

10    2000 to 2008, and I believe you said you also ran a

11    regression where you went back another 14 months or 16

12    months to September 1998.

13           Do you recall that?

14    A      Yeah.  Maybe I misspoke.  I did a number of different

15    sensitivity analyses, and a number of them, you know, I

16    changed the time period and went back to '98, yes.

17    Q      And when you included another 16 months of data going

18    back to September of 1998, how many of the funds showed up

19    as size impacting performance in a statistically significant

20    way?

21    A      It was fewer than the five, but I don't recall the

22    number.  I'm sorry.

23    Q      In fact, it was only one of the eight, wasn't it?

24    A      It may have been.

25    Q      Why don't we show Page 150, lines 5 to 14.
```

1089

1    A    Which exhibit are we on now?

2    Q    I'm just going to refresh you with your testimony.

3    A    I'm sorry.

4    Q    I believe it's in your original report if you do want

5    to look at it.

6    A    Okay.

7         *(Videotape excerpt played.)*

8    BY MR. MURPHY:

9    Q    So does that refresh your recollection that there was

10   only one of the eight funds that had size negatively

11   impacting performance for the period September 1998 to 2008?

12   A    Only one of them had a statistically significant

13   negative coefficient, yes.

14   Q    And if it's not statistically significant, does that

15   mean you can't conclude anything about it; it might be just

16   randomness?

17   A    It means that the regression -- because of the

18   additional noise in the regression, it's difficult to pick

19   up a relationship.  Even if it's there, too much noise sort

20   of confounds the ability of the regression to pick it up.

21   Q    And you believe the analysis you did in 1998 to 2008

22   where you only showed one fund impacting performance was

23   accurate; correct?

24   A    Did I perform it accurately?

25   Q    Do you believe it's accurate?

1    A      Yes.

2    Q      And you think starting in 1998 would be a reasonable

3    time to start?

4    A      I think I said that, you know, what I originally did

5    was start in 2000.  I backed it up by a year or two and went

6    to '98.  What I really wanted to do was run this a number of

7    different ways and see in aggregate what the results were.

8    So when you look at them in aggregate, it suggests that

9    there's a significant relationship between size and

10   performance.

11   Q      But starting in September of 1998 would not have been

12   an unreasonable time to start the analysis?

13   A      No.  I think I did it on about that day, starting

14   then, coming forward, and other periods as well.

15   Q      I believe you said you thought about doing an analysis

16   to see if size impacted performance in the period relevant

17   to this lawsuit, which is 2003, to 2008; is that correct?

18   A      Did I say that earlier today or in previous --

19   Q      Sorry.  You said it today.  You thought about it but

20   decided not to; is that correct?

21   A      I understand -- I believe that in one of the rebuttal

22   expert reports, it may have been Dr. Peavy, did a regression

23   over that period because that was sort of a period in this

24   lawsuit; so that was sort of a legal reason, but that didn't

25   strike me, you know, as any real economic reason to look at

1    only that period.  So I did not do it.

2    Q    And you're aware when Dr. Peavy did his analysis for

3    the shorter time period, 2003 to 2008, it showed no

4    statistically significant impact of size on performance?

5    A    I don't recall his report specifically, so I'm not

6    saying that's not true.  I just don't recall the details of

7    his report on that.

8    Q    If you assume that Dr. Peavy's results show that, if I

9    were to sum up then, I would say your results from 2000 to

10   2008 show five of the eight funds had an impact.  If you go

11   back 16 months, only one of the eight funds.  If you do a

12   slightly shorter period of time, none of them show an impact

13   on size.

14        Would the differences in the time period, the fact

15   that the results are varying across different time periods

16   give you less confidence in your results?

17   A    No, I don't think so.  I mean, obviously what I looked

18   at was a period where there was gain in market share which

19   began in 2000, and that growth that produced a gain in

20   market share was slower from 2000 to 2003 and then more

21   rapid after that.  And so, in order for a regression to pick

22   up any relationship between growth and performance, you've

23   got to have different growth rates.

24        If the growth rate was the same in every period,

25   it would be difficult for the regression analysis to pick up

1    how differing growth rates affect performance.  So it

2    doesn't give me pause.  I still feel like the analysis that

3    I conducted shows that there is likely a strong relationship

4    between growth and performance.

5    Q    Do you want your results as an economist to be what

6    they call "invariant" over time?

7    A    Well, it depends on, you know, what you're looking at.

8    Q    Well, if you were trying to show a relationship,

9    wouldn't it give you more confidence if the results were

10   invariant over time, meaning you'd showed them in different

11   periods?

12   A    Well, obviously when you run a series of sensitivity

13   analyses, it's not going to come out exactly the same at all

14   times.  I mean, obviously, the best-case scenario would be

15   you run the sensitivity analyses in a number of different

16   time periods and with a number of different variables and

17   come up with exactly the same results as sort of your

18   original regression; so that would be optimal.

19   Q    What about -- you're saying where the results are

20   exactly the same across different time periods.  Here, in

21   the period you looked at, you have a result, and in other

22   periods, it completely goes away; that's not exactly the

23   same; correct?

24   A    It's not the same, no.

25   Q    And does that give you less confidence in your result

```
 1   in terms of it being not invariant over time?
 2   A     Not invariant over time, so that means variant over
 3   time.  I'm not saying that the relationship remains the same
 4   over time.  It may be in some periods that growth has more
 5   of an impact than other periods.  So --
 6   Q     If we can pull up Plaintiffs' Exhibit 2669, which is
 7   your expert report, and pull up Table 4 on Page 24.
 8              If you want to look at it, it's Tab 1, I think, in
 9   your binder.
10   A     Thank you.
11   Q     And if we could just blow that up a little bit.
12              And looking at this Table 4, you found that
13   performance of the Capital Growth and Income Fund was not
14   impacted by size; is that correct?
15   A     Capital World Growth and Income?
16   Q     Correct.
17   A     I found that it was a negative relationship, but that
18   relationship was not statistically significant, yes.
19   Q     So it's not one of the five funds that you showed an
20   impact of size?
21   A     Right.
22   Q     And the same for Capital Income Builder?
23   A     Same for the Capital Income Builder.
24   Q     Do you recall that in your other analysis, you did not
25   show a statistically significant impact for those two funds
```

1094

1    as well?

2    A     I think that's correct.

3    Q     And do you recall that those were two of the largest

4    and fastest-growing funds in the complex at the time?

5    A     Yes.

6    Q     And do you also recall discussing that these two funds

7    were among the best-performing funds in the complex at the

8    time?

9    A     I don't remember discussing that but that would not

10   surprise me.

11   Q     And what would explain why two of the largest,

12   fastest-growing funds in the complex were not showing any

13   impact on size?

14   A     Well, as I said earlier, regression analysis is an

15   attempt to take what is obviously a noisy data set and sort

16   of discern whether there are any underlying relationships or

17   correlations among the variables.  So I can't tell you why

18   or why not they were not negatively significant, except to

19   say that those data sets may have just been more noisy than

20   others.

21   Q     And is it inconsistent with your results that two of

22   the fastest-growing and largest funds in the complex were

23   also the best-performing?

24   A     No.  As I said, there are a number of things that

25   could affect performance that can't be controlled.

1095

1  Q     Can we play deposition Page 154, line 15, to Page 155,

2  line 13.

3            (Videotape excerpt played.)

4  BY MR. MURPHY:

5  Q     Do you know, Dr. O'Neal, your analysis includes data

6  through 2008; correct?

7  A     I believe so, yes.

8  Q     And what is the earliest point in time that you would

9  have been able to discern an impact on size from

10 performance?

11 A     I don't know.

12 Q     Do you have any opinion on that?

13 A     No.

14 Q     Do you know if you had analyzed this issue in, say,

15 2005 or 2006, if you would have been able to have shown size

16 was impacting performance?

17 A     I'm not sure.

18 Q     But with hindsight, as you sit here today, if you go

19 through 2008, you show your results?

20 A     I don't know about with hindsight.  I've gone through

21 2008 and the result is there.  I don't know -- I didn't run

22 it any other -- the only time frames that I ran it over are

23 the ones that showed up in the report.

24 Q     Last topic, Dr. O'Neal.  Trading.  You'd be happy to

25 know.

1096

1    A     Okay.

2    Q     Earlier you said the literature on trading costs

3    suggests that larger trades are more costly to implement

4    than smaller trades; correct?

5    A     Right.

6    Q     Have you done any research to confirm that as funds

7    get larger, their trading costs increase?

8    A     I have looked at trading costs before.  I can't recall

9    specifically whether I looked at that particular issue, but

10   it may have been in some other research that I did.

11   Q     Okay.  We'll get to that.  You relied on Plexus data

12   here, though, correct, not your own academic work?

13   A     Correct.

14   Q     And the Plexus data is based on trading costs for how

15   many funds?

16   A     It's my understanding that Plexus applied to all the

17   funds in the CRMC complex.

18   Q     So the eight funds at issue, plus the other funds

19   managed by CRMC?

20   A     Yes.

21   Q     Do you know about how many that is?

22   A     Approximately 28 total funds.

23   Q     Is it possible that the other funds that were included

24   in your analysis have higher trading costs than just the

25   eight funds at issue?

1    A     It might be possible, but I wouldn't really expect it

2    because these funds were the largest of the funds in the

3    complex or some of the largest funds in the complex.  I

4    wouldn't have expected the other smaller funds to have

5    higher trading costs.

6    Q     But you didn't do any fund-by-fund analysis to

7    determine whether or not that was the case?

8    A     No.  I didn't have any data on that.

9    Q     And do you know if the eight funds at issue in this

10   case generally hold more liquid stocks than the other funds

11   in the complex?

12   A     I didn't do any work on that either.

13   Q     That's something that could impact your analysis one

14   way or another of the trading costs of the eight funds;

15   correct?

16   A     Obviously, if a fund is holding more liquid securities

17   than those trading costs, all other things being equal,

18   would be lower.

19   Q     And I believe you said you looked at the fixed-income

20   data, when Mr. Congress was questioning you?

21   A     Right.

22   Q     But you didn't rely on that in your report; is that

23   correct?

24   A     I don't believe so.

25   Q     And I think it's because you said there was no clear

1  trend in the data; is that correct?

2  A    Yes.

3  Q    And is it fair to say by "no clear trend," you mean

4  you couldn't discern a trend that was impacting performance

5  in one way or the other?

6  A    I didn't see a trend over time one way or the other.

7  Q    And the trend was trading costs and its relative

8  advantage versus competitors?

9  A    Yes.

10  Q    Can we pull up Plaintiffs' Exhibit 2671.

11        Oh, this is Page 27 of it.  We'll jump right to

12  it.

13        The third column of this chart reflects CRMC's

14  equity trading costs over time; is that correct?

15  A    Wait a second.  Let me turn to it.  Okay.  I'm sorry.

16  I missed the question.

17  Q    The third column labeled "CRMC's Trading Costs."

18        Is that CRMC's total trading costs over the time

19  period:  Fourth quarter 2003 to third quarter 2007?

20  A    Yes, that is the trading costs in basis points over

21  that time.

22  Q    Okay.  And the -- just looking at this chart, the

23  fourth quarter of 2003, the trading costs were 55 basis

24  points; is that correct?

25  A    Yes.

1  Q     And, then, if you look at 2007, the trading costs were

2  49 basis points, 52 basis points, 34 basis points; is that

3  correct?

4  A     Yes, that's correct.

5  Q     So the trading costs, at least looking at 2003 to

6  2007, were not going up; correct?  They were, in fact, going

7  down a little?

8  A     I interpret that as being fairly flat.  Those are the

9  raw trading costs, you know, just the trading costs of the

10 funds, but I didn't interpret there to be any clear trend

11 there one way or the other in terms of the raw trading

12 costs.

13 Q     In fact, there were a lot of quarters where assets

14 increased and the trading costs went down; correct?

15 A     Yeah, trading costs vary from quarter to quarter.  So,

16 yeah -- and obviously assets were increasing throughout this

17 period, but I think the point, obviously, of this table was

18 that the benchmark trading costs, indeed, came down pretty

19 significantly over the same period that CRMC's costs remain

20 basically flat.

21 Q     So the raw trading costs, you believe that third

22 column shows that they were relatively flat, they didn't go

23 up as the assets increased; correct?

24 A     Fairly flat, yes.  I couldn't discern a clear, clear

25 trend on that.

1100

1   Q      And your opinion is that our advantage over the

2   competitors went down over the time period 2003 where it

3   started at 98 and went down to 46; correct?

4   A      Yes.

5   Q      And so our advantage in 2003 would be 98 minus 55; so

6   that would be a 43 basis point advantage?

7   A      In that quarter, yes.

8   Q      And that's referred to as "value added"?

9   A      Yes.  That's similar, at least, to the concept that

10  the Plexus presents, yes.

11  Q      And do you know how CRMC was able to add so much value

12  versus its competitors in any of these years; 2003, in

13  particular?

14  A      No.

15  Q      Could it be that CRMC's traders are more skilled?

16  A      It could be.

17  Q      Do you know if CRMC's size allows it to attract and

18  retain more skilled traders?

19  A      I don't know about that.

20  Q      You don't know one way or the other?

21  A      Right.

22  Q      Do you know if CRMC's size and revenue base might

23  allow it to make more investments in its trading systems?

24  A      I don't know.

25  Q      If you look at the -- we discussed the difference, the

1101

1   advantage that CRMC had in 2003 was 43 basis points;

2   correct?  The 98 minus the 55.

3   A    Yes.

4   Q    And your opinion is that that advantage, that 43 basis

5   point advantage, decreased over time?

6   A    Yes.

7   Q    And by the end of the time period, which is third

8   quarter 2007, that advantage -- the Pagel benchmark went

9   down to 46 basis points; correct?

10  A    Yes.

11  Q    So to maintain the 43 basis point advantage we had,

12  CRMC had, you would have to have brought their trading --

13  CRMC would have to have brought their trading costs down to

14  three basis points; is that correct?

15  A    In that mathematical sense, I think that would be -- I

16  think that math is right.

17  Q    And is it realistic that CRMC would have been able to

18  bring down its raw trading costs to three basis points?

19  A    I don't think they could bring it down that low.  The

20  point I was making simply was that they -- their advantage

21  decreased as they got larger.

22  Q    But it's not realistic to assume they could have

23  maintained the same level of advantage from fourth quarter

24  2003, to third quarter 2007; correct?

25  A    Maybe not on a basis point sort of relation.

1  Q     And through the entire time period, CRMC tended to

2  have an advantage over its competitors; is that correct?

3  A     I think the value added table that we looked at

4  initially sort of depended on the methodology that was used.

5  So in most quarters, they did have a positive advantage, or

6  positive value added, but not all.

7  Q     And if you could pull up Joint Exhibit 1401.

8  A     Is that in my booklet here?

9  Q     I think it's actually probably in both booklets.

10  A     If you give me a tab number, I'll find it in here.

11        Is this the Plexus report from the second quarter

12  of '04?

13  Q     Yeah.  I believe it's Tab 6 in our binder, in the

14  defendants' binder.  I'm not sure what --

15  A     Okay.  I got yours here.

16  Q     Okay.  Is it Tab 6?

17  A     Yes.

18  Q     If you pull up 240685, Dr. O'Neal, which is the

19  Bates-numbers at the bottom of the page.

20  A     Yes, I see it.

21  Q     This is one of the Plexus reports you relied on?

22  A     Yes.

23  Q     And I've highlighted the fourth bullet on Page 240685.

24  A     Okay.

25  Q     It says:  "Orders are generally large and illiquid.

1103

```
 1   More than half the dollar traded tends to be in orders for

 2   more than half a day's volume.  But we don't see evidence of

 3   problems with size since costs are generally low versus our

 4   benchmark on the largest and least liquid orders."

 5           That's what Plexus said; correct?

 6   A    Yes.

 7   Q    You don't have any reason to believe that's

 8   inaccurate, do you?

 9   A    No, again, my -- my opinion is not that their trading

10   costs were overall --

11   Q    I just want to know if you have any basis to --

12           THE COURT:  Let him finish his answer.

13           Finish your answer.

14           THE WITNESS:  No, my opinion is -- I just want to

15   make clear and I don't think maybe I have.  My opinion is

16   not that their trading costs were higher or worse than the

17   benchmark, it simply was that over time the advantage they

18   did have decreased.  So, you know, I don't have any -- I

19   understand this Plexus quote, and I don't disagree with it.

20   BY MR. MURPHY:

21   Q    Thank you, Dr. O'Neal.

22           If you look on the bottom left side under

23   liquidity, do you see that, Dr. O'Neal?

24   A    Yes.

25   Q    It says:  "Orders were, generally, very illiquid, but
```

1104

1    costs were fine on the least liquid orders."

2              Do you have an understanding what that means?

3    A    Yes.

4    Q    And what does that mean?

5    A    It means that the way that Plexus was looking at it

6    was is that these trades were illiquid, but that the traders

7    at CRMC at the time were doing okay on those orders.

8    Q    And do you recall discussing a change in the

9    methodology by which Plexus calculated trading cost?

10   A    Yes.  I mentioned it.

11   Q    And am I correct that you don't have an opinion on

12   whether that methodology change was appropriate or

13   inappropriate or any understanding of how it worked?

14   A    Yes.

15   Q    Meaning you have no opinion?

16   A    I don't have an opinion that the change should not

17   have been made or that one or the other of the two

18   methodologies was more appropriate.

19   Q    And have you -- when we started out on trading costs,

20   Dr. O'Neal, you said you've done some research on trading

21   costs and how that's impacted by size; is that correct?

22   A    I've done some studies particularly on brokerage

23   commissions, yes.

24   Q    And brokerage commissions are a part of trading costs?

25   A    That's right.

1105

1    Q    Can you pull up Defendants' Exhibit 2250.

2    A    Yes.  Can you tell me what tab that is.

3    Q    Tab 7 in the defendants' binder.  Sorry, Dr. O'Neal.

4    You're a hard copy guy.

5    A    I know.

6    Q    Do you recognize this document, when you get to it?

7    A    Yes, I do.

8    Q    And you were a co-author?

9    A    Correct.

10   Q    And it's dated January 2004?

11   A    Right.

12        MR. MURPHY:  I'm going to -- I don't know if you

13   have a hard copy, Your Honor.  Can I approach?  I'm going to

14   go to Page 13 of this article.  It's very hard to see.  I

15   have a hard copy here, if you want it.

16        THE COURT:  Let's see if we can make it out.  If

17   not, I'll have you hand it up.

18        MR. MURPHY:  I'm going to be focusing on those

19   numbers on the very right side.  It will be very hard to

20   see.  I don't --

21        THE COURT:  I can see them on my screen.

22   BY MR. MURPHY:

23   Q    And does this reflect your analysis of the trading

24   costs of the 30 largest domestic equity funds in 2001?

25   A    Yes.

1106

1  Q      And the last column in this chart labeled "Total

2  Costs," do you see that?

3  A      Yes.

4  Q      That reflects the total trading costs that you

5  estimated for the 30 largest funds; is that correct?

6  A      Actually, no, that's not correct.

7  Q      What does that column reflect?

8  A      What we did in this report was to look at the actual

9  brokerage commission that these funds incurred in -- I think

10  this is 2001, and we also tried to estimate what the

11  implicit trading costs are.  So commissions are a part of

12  trading costs, but there are other implicit costs of trading

13  that occur because the market moves when you bring, for

14  example, a large block of stock to the market.

15          So what we tried to do, we had the exact amount of

16  brokerage commissions, and we tried to estimate what the

17  implicit cost of trading would be because, for example, we

18  didn't have Plexus-type information for any of these funds.

19  So we estimated the implicit costs, roughly, just using

20  turnover ratios, and then we added to that the brokerage

21  commissions, and then we added to that the expense ratio of

22  the fund and labeled that sort of a total all-in cost of

23  holding the fund.

24  Q      And can you -- so the total cost is the expense ratio

25  plus the trading costs?

```
1    A      Yes.

2    Q      And can you tell, based on the total costs of the

3    fund, trading and expense ratio, you, it looks like,

4    included two of the funds at issue in this case,

5    American Funds, Investment Company of America, which is

6    third on the list; is that correct?

7    A      I think we included a total of four American Funds

8    but, yeah, maybe only two of them are actually funds at

9    issue.

10   Q      And the fifth or sixth one is American Funds Growth

11   Fund?

12   A      Yes.

13   Q      And based on the analysis you did, aren't the total

14   costs -- weren't, for example, Investment Company of America

15   at 71 basis points; is that correct?

16   A      Yes.

17   Q      And isn't that among the lowest total costs of all the

18   actively managed funds you looked at?

19   A      It's certainly well below the average but, again, just

20   to be clear, the implicit costs of trading that we estimated

21   here were very rough and didn't rely on any actual

22   proprietary data.  They were an estimate.  So I just wanted

23   to put in that caveat, but we applied the same methodology,

24   obviously, to all of the funds, and those two funds were

25   below average.
```

1108

1   Q      In fact, if you eliminate -- there's four or five

2   index funds, if you eliminate those, isn't American Funds

3   Investment Company of America, doesn't it have the lowest

4   total costs, with the exception of one fund, of all the

5   actively managed funds that you looked at?

6   A      You know what, I can go through this analysis and add

7   this up for you -- I guess I wouldn't be surprised if that

8   was the case, but I can't independently verify that without

9   looking through here and doing the analysis.

10  Q      And these are ranked in order of assets under

11  management -- correct -- which is the fifth or sixth column?

12  A      Yes.

13  Q      So the Investment Company of America was the third

14  largest domestic equity fund at the time; is that correct?

15  A      Yes.

16  Q      And if you go down to the bottom of the page and

17  highlight the bottom ten funds, let's say, these funds range

18  in assets from about 10 million to 15 million or so; is that

19  correct?  12 million on that chart maybe.  15 or 12.

20  A      Yeah -- from about ten to about 15.

21  Q      And that's about one-fifth the size or one-fourth the

22  size of Investment Company of America at the time?

23  A      Yes, it is.

24  Q      And all those funds that were one-fifth the size of

25  the Investment Company of America, their total costs were

1109

1    well above Investment Company of America; correct?

2    Oftentimes almost twice as much.

3    A    Right.  And that's just a function of economies of

4    scale.  You expect since one of the components -- probably

5    the primary component in total costs is expense ratios, the

6    larger funds, all other things being equal, because of

7    economies of scale will likely have lower costs.

8    Q    And you didn't estimate the individual trading costs

9    of any of the eight funds in this case like you did in this

10   article; correct?

11   A    Oh, no.  The Plexus data is far more accurate than

12   this estimation.  This estimation was simply using publicly

13   available data to attempt to estimate what those implicit

14   costs were, but Plexus actually gives the actual costs.

15   Q    And if you show Defendants' Exhibit 2251, please.

16   A    Tab number?

17   Q    Tab 8, I believe.

18   A    Okay.

19   Q    Let me know if I'm wrong.

20   A    No, you're right.  I don't want to necessarily only

21   rely on what you've highlighted there.  I want to see a

22   clean copy.

23   Q    Fair point, Dr. O'Neal.

24         Did you author this article?

25   A    Yes.

1110

1  Q      And it relates to mutual fund brokerage commissions

2  which are a component of trading costs?

3  A      Yes, it does.

4  Q      I've highlighted the first five lines of the abstract

5  which reads:

6           "The brokerage commissions paid for portfolio

7  transactions by a large sample of equity mutual funds are

8  investigated.  Median brokerage commissions measured as a

9  percentage of net assets are 21 basis points per year, with

10  a standard deviation of 27 basis points.  The commission

11  levels are negatively correlated with fund size and

12  positively correlated with fund turnover and expense ratio."

13  A      Yes, I see it.

14  Q      The line:  "The commission levels are negatively

15  correlated with fund size."

16           Does that mean that larger funds typically have

17  lower trading commissions?

18  A      Yes, I think, as I said earlier, trading costs are a

19  combination of commissions and implicit costs; so the

20  commissions is a part of that.  With institutional traders,

21  it's usually a smaller part than the implicit costs, but

22  that particular component of trading costs can come down

23  when you're placing larger trades.

24  Q      And, in fact, you've authored a number of articles

25  where you've concluded that larger funds have lower trading

1111

1    commissions; correct?

2    A    Commissions, yes.  Not trading costs, but commissions.

3    Q    And commissions are a part of trading cost; correct?

4    A    Correct.

5    Q    And if you can go to the conclusion on Page 291.

6    A    Okay.

7    Q    And if you can pull up that language that I've

8    highlighted.

9         Do you have the whole document in front of you if

10   you want to see the context.

11   A    I've got it.

12   Q    "We find several implications both for individual

13   investors and for fund regulators.  First, because of

14   positive correlation between the expense ratio and

15   commissions per net assets, investors cannot average reduced

16   exposure to high commissions by concentrating on larger,

17   low-expense ratio funds."

18        Did you write that?

19   A    Yes.

20   Q    And were you encouraging investors to seek out large

21   funds with low expense ratios there?

22   A    I was encouraging investors to look at larger

23   low-expense ratio mutual funds.  But, again, this paper only

24   looked at brokerage commissions, not all-in trading costs.

25   Q    And are the American Funds larger low-expense ratio

1112

1   funds as you were encouraging investors to seek out here?

2   A     Yes.

3   Q     And, in fact, it wouldn't surprise you if the

4   American Funds have among the lowest expense ratios in the

5   industry; isn't that correct?

6   A     For actively managed funds, no, it would not.

7            MR. MURPHY:  I have no further questions,

8   Your Honor.

9            THE COURT:  All right.

10                 *REDIRECT EXAMINATION*

11  BY MR. CONGRESS:

12  Q     Dr. O'Neal, I just wanted to clarify one aspect of the

13  opinions you're giving.

14            Are you giving any opinion about whether the

15  defendant should have closed any of the American Funds?

16  A     No.

17  Q     Now, do you have an understanding of how often the

18  funds entered into new advisory services agreements with

19  CRMC?

20  A     It's my understanding that those contracts are sort of

21  renegotiated or entered into once a year.

22  Q     And you look specifically at the -- what occurred when

23  the funds were under the 2004 advisory agreement to see the

24  extent to which economies of scale were fairly shared in

25  that year; correct?

1113

1    A     Yes.  The analysis I did -- I did it individually for

2    each year, yes.

3    Q     And what did you determine with respect to the sharing

4    of economies of scale just for 2004?

5    A     For 2004, when I did the traditional analysis of

6    economies of scale, the -- what was delivered to

7    shareholders was about 8 percent of the all-in economies of

8    scale.  In the analysis where I look at revenues and

9    profits, it was more like 4 percent for that particular

10   year.

11   Q     Okay.  Let's go to Tab 4 of the defendants' book for

12   you, which is Exhibit 2253.

13         And you remember Mr. Murphy asked you some

14   questions about this article?

15   A     Yes.

16   Q     Can you explain what this article is about and what

17   significance, if any, it has for the work you did here.

18   A     This is an article to look at, as the title implies,

19   "The Real Estate Mutual Fund Market."  And what I was

20   attempting to do, what my co-author and I were attempting to

21   do was to see what sort of determinants of performance in a

22   cross-sectional manner; so across these mutual funds rather

23   than following these mutual funds through time.

24         So we ran just a cross-sectional regression of

25   performance versus a number of different variables.

1114

1   Q      So in the work you did on this article, you were not

2   looking at whether rapid growth over time or how that would

3   affect performance?

4   A      No.  We did consider asset size, but not changes in

5   assets' size over time.  This is a snapshot in time of, I

6   don't know, 30 different real estate mutual funds.

7   Q      How did the size of the funds you studied in this

8   article compare with the American Funds during the period

9   we've been talking about?

10  A      They were all much smaller.  I think the largest fund

11  was $2.5 billion, but the bulk of the funds were well under

12  a billion.

13  Q      Let's turn to Defendants' Tab 5, which is

14  Exhibit 2254.

15  A      Okay.

16  Q      That's another article that you were an author of?

17  A      That's correct.

18  Q      Now, would you say -- would you explain what this

19  article is about and the extent to which it has any

20  relevance to your work in this case.

21  A      This article was written to explore what type of

22  stocks utility sector mutual funds were holding.  At the

23  time this article was written, there was a plethora of

24  financial -- kind of popular financial press that utility

25  funds were not what they used to be and that they were

1115

1    moving into sort of telecommunications areas and out of

2    traditional electric utility stocks.  So all this paper was

3    meant to do was to examine whether, indeed, that was the

4    case, that utility sector funds were moving out of -- moving

5    out of traditional electrical utilities and into other

6    sectors of the market.

7    Q    So that in this article, you were not studying the

8    relationship between size and performance?

9    A    No.

10   Q    Now, Mr. Murphy mentioned the sensitivity analysis

11   that you did that used net flows as one of the variables?

12   A    Yes.

13   Q    How does the result that you obtained in that

14   sensitivity analysis impact your conclusions on your sample

15   period that's in Table 4?

16   A    Again, it doesn't really influence my -- it doesn't

17   influence at all my conclusions there.  We did not find that

18   in the specific year that flows occurred, there was any

19   relationship between flows and performance; but, of course,

20   once flows come into a fund, they then are part of the

21   reason that fund is larger in subsequent periods.  So we

22   didn't pick up a relationship in the particular actual month

23   that the flows came in, but as I said, flows sort of drive

24   size higher in subsequent periods.

25   Q    And Mr. Murphy talked about your results in your

1116

1   various sensitivity analyses compared with Table 4.

2          Why did you conclude that the results in the

3   sensitivity analyses did not impair the results in Table 4?

4   A     Again, when I ran the sensitivity analyses, in all I

5   had maybe 64 different regressions, and the vast majority of

6   those -- those runs, the coefficient on growth was negative,

7   meaning that the impact of growth on performance was

8   negative; and so as a whole, those sensitivity analyses

9   along with both the panel regression and the original

10  analyses just caused me to think that -- or caused me to

11  conclude that there was a significant relationship between

12  growth and performance.

13  Q     Is the growth that you took an accepted and recognized

14  methodology for evaluating sensitivity results when you're

15  doing regression analysis?

16  A     Yes.

17  Q     Now, let's look at Defendants' Tab 7, which is

18  Exhibit 2250.  Mr. Murphy asked you about this article also.

19         Was this article -- was the picture of comparative

20  sizes and trading results, trading costs that's set forth in

21  Page 13 that Mr. Murphy asked you about, that's just one

22  snapshot in time?

23  A     Yes.  I think it's 2001.

24  Q     So this article is not addressing at all what happens

25  when there are changes in size over time?

1117

1   A      No, it doesn't look at that.

2   Q      And when -- and from what year is the data that's the

3   source of this article?

4   A      It's from 2001.

5   Q      And at that time, how did the size of the

6   American Funds compare with their size during the period

7   we've been talking about in this case?

8   A      Well, as the -- from 2000 -- really, I think I said

9   from 2004 to 2008, the market share was increasing.  So at

10  the -- you know, at the beginning of that period, the market

11  share was lower than it was towards the end of the period.

12  Q      But in terms of the -- the size of the funds in terms

13  of assets under management, the data that was used for this

14  article, how did their size in terms of assets under

15  management compare then with how it was in 2004, 2005?

16  A      They were smaller at the point in time I was looking

17  at this data.

18  Q      And let's go to Defendants' Tab 8, which is

19  Exhibit 2251.

20  A      Okay.

21  Q      And Mr. Murphy asked you some questions about

22  brokerage commission costs going down for large

23  institutions?

24  A      Right.

25  Q      With respect to the work that you did, was the

1118

```
1    information about brokerage commissions costs and what
2    happened to them included and netted out in the Plexus data
3    that you looked at?
4    A     Yeah.  The trading cost data that Plexus has includes
5    both commissions and any other implicit costs of trading; so
6    it includes the brokerage commissions within their data.
7    Q     So if CRMC's value added advantage over other
8    institutions was deteriorating over time, those results
9    include whatever was happening to brokerage commissions?
10   A     Yes, that's right.
11         MR. CONGRESS:  Thank you.  I don't have any
12   further questions.
13         THE COURT:  Mr. Murphy, anything further?
14         MR. MURPHY:  No questions, Your Honor.
15         THE COURT:  All right.  You may step down.  Thank
16   you, sir.
17         All right.  Call your next witness.
18         MR. MURPHY:  Your Honor, I think they're -- just
19   by way of procedure, they're calling Dr. Riggs, but
20   Dr. Riggs isn't here, so we're going to switch over and
21   start calling our witnesses, if it's okay with you.
22         THE COURT:  Okay.  Go ahead.
23         MR. PELLEGRINO:  Good morning, Your Honor.
24   Anthony Pellegrino for defendants.
25         Your Honor, the defendants call Matt Lyons.
```

```
1              Your Honor, may we approach to switch out the

2    witness binders?

3       MATT DARYL LYONS, DEFENDANTS' WITNESS, SWORN

4              THE CLERK:  Please state your full name and spell

5    your last name for the record.

6              THE WITNESS:  Matt Daryl Lyons, L-y-o-n-s.

7                    DIRECT EXAMINATION

8    BY MR. PELLEGRINO:

9    Q    Good morning, Mr. Lyons.

10   A    Good morning.

11   Q    Where are you employed?

12   A    Capital Research and Management.

13   Q    What is your current position with CRMC?

14   A    I'm the global trading manager.

15   Q    And how long have you been employed by CRMC?

16   A    Fourteen years.

17   Q    What is your educational background since college?

18   A    B.S. in economics, an MBA in finance, and a CFA.

19   Q    And what are your current responsibilities as CRMC's

20   global trading manager?

21   A    I have oversight responsibility for all of CRMC's

22   equity trading operations.

23   Q    Are you a member of CRMC's best execution committee?

24   A    Yes.

25   Q    And how many trading desks does CRMC have?
```

1   A      We have eight trading desks.

2   Q      Where are those eight trading desks located?

3   A      We have two in Hong Kong, two in London, two in

4   San Francisco, and two in Los Angeles.

5   Q      And is it common for mutual fund advisors to have

6   overseas trading desks?

7   A      It's not common, no.

8   Q      Are there any competitive advantages to having

9   overseas trading desks?

10  A      Yeah, we feel that there is.  There are nuances in the

11  markets that we trade in that are specific to the region

12  that we operate in.  So a trader can gain knowledge and have

13  specific expertise in the various markets, for example, in

14  Europe.

15  Q      And how many equity traders does CRMC currently have?

16  A      We have 21.

17  Q      And how does that number compare to the number of

18  equity traders at CRMC, when you joined the company 14 years

19  ago?

20  A      When I joined the company, CRMC had four traders

21  including myself.

22  Q      Does CRMC traders rely on any technology platform to

23  place trades on behalf of the funds?

24  A      Yeah.  We rely heavily on the technology in the

25  trading room for us to be able to transact portfolio,

1    portfolio transactions.

2    Q      Is there a name of a particular system that you use?

3    A      Yeah, we use -- it's an auto management system we call

4    "Equity Trading Platform."  We refer to it as "ETP."

5    Q      For how long have you used ETP?

6    A      ETP has been in production for -- since the middle of

7    '08.

8    Q      And prior to mid 2008, was there a different system in

9    use?

10   A      Yes.  We -- the prior system was -- actually

11   encompassed two systems.  We call it "Equity Trading

12   System," ETS, and FIX.

13   Q      And was ETP an upgrade over the prior two systems that

14   you just mentioned?

15   A      Yes, it was a significant upgrade over ETS.

16   Q      In what ways?

17   A      We developed the system to better access the

18   fragmented pools of liquidity that we saw the markets

19   developing into, so it gave our traders an efficient means

20   to be able to access those pools of liquidity quickly with

21   little operational difficulties.

22          It also incorporated some realtime analytics into

23   the platform, so that the traders would have a better

24   decision-making ability to develop trading strategies.

25   Q      And does ETP provide any advantages over other mutual

1122

1    fund advisors' trading systems?

2    A      Yeah, we think it does.  It's a proprietary system.  A

3    lot of other mutual fund companies use vendor-supplied

4    systems.  We're able to customize it for the specific way

5    that we manage funds.  We're also able to react quickly to

6    changes in the marketplace when market structure dictates so

7    that we can always stay ahead of the curve in terms of the

8    competition out there trying to execute equities.

9    Q      And how much did it cost to roll out the ETP system?

10   A      ETP's all-in cost was about $23 million.

11   Q      And has CRMC made other investments in trading in the

12   last five years designed to improve the trading process?

13   A      Yeah.  We continually update our trading process.  We

14   have a staff of associates dedicated solely to developing

15   and enhancing our trading systems, and their annual budget's

16   about 4- or $5 million a year.

17   Q      Now, did CRMC's split into two separate groups have an

18   effect on how CRMC's trading operations were structured?

19   A      Yes, it did.  We had to effectively split the

20   operations.  We had to develop a trading desk for one

21   unit -- our Capital Research Global Investors, and another

22   unit for Capital World Investors.  And the way that the

23   traders interacted with each other was to separate them

24   completely so they didn't have any knowledge of what the

25   other side was doing.

1  Q     So the traders in these two groups no longer interact

2  with each other?

3  A     That's right.

4  Q     And do you recall approximately when the trading desks

5  were split?

6  A     It was a process that occurred over a period of time.

7  We -- 2004 was when we started the process in the U.S.  We

8  split the systems completely so that information wouldn't be

9  shared about the end of '04, beginning of '05, and then

10 built out the capabilities in all the regions in terms of

11 hiring out trading associates to staff and then split the

12 operations.  I think we finished in about '06.

13 Q     Did the split of the investment groups help deal with

14 the fund size from a trading perspective?

15 A     Yeah, I don't think that was the reason that we split

16 necessarily.  It was really just to get the investment

17 groups to work in smaller units so they could have more

18 meaningful discussions about what portfolio decisions they

19 wanted to put into the portfolio.  I think, as an ancillary

20 benefit -- and because of the way we manage money and it's

21 just an evolutionary process -- is that as you get smaller

22 groups, the order sizes tend to be a little bit smaller than

23 they otherwise would be.  So in that sense, I think it

24 probably did.

25 Q     Now, what is Plexus?

1   A      Plexus is a vendor, third-party provider of

2   transaction costs analysis.

3   Q      Does CRMC use Plexus?

4   A      Yes, we do.

5   Q      And for what purpose does CRMC use Plexus?

6   A      To help us analyze our trading costs.

7   Q      And does Plexus have its own methodology it uses to

8   analyze trading costs?

9   A      Yes, it does.  They -- I mean, we supply Plexus with

10  data where they try to come up with a cost of trading, and

11  that's basically by taking some beginning benchmark of when

12  the order would start and the ending period of what the

13  order cost, and the difference between the two is sort of

14  the raw trading cost.  And then they take that raw trading

15  cost and they compare it to a benchmark.  In Plexus's case,

16  they use Pagel as their benchmark, which is a statistical

17  estimate developed through regression to using the

18  characteristics of the trades to develop what they believe

19  the trades should have cost given all these characteristics.

20  It's just a model that they developed that estimates what

21  trading costs should be.

22  Q     Now, other than supplying the data, does CRMC play any

23  role with respect to how Plexus measures trading costs?

24  A      No.

25  Q      And does CRMC have any incentive to manipulate Plexus

1   results?

2   A      No, we have none.

3   Q      Why not?

4   A      It's something that we use internally to try to

5   develop actionable items or best practices to sort of

6   improve our execution process.  We don't use it to market to

7   accounts or anything like that.  There's no reason for us to

8   be able to -- for us to manipulate.

9   Q      Over time have there been changes the way CRMC reports

10  data to Plexus?

11  A      Yeah, it's -- we -- we've worked with Plexus since

12  about '02, '03, and we've actually given them data from '01.

13  We gave them a data set earlier.  And when we started out

14  with them, we gave them just accounting-level data, which

15  had no time stamps about when orders started.  There was a

16  lot of assumptions that Plexus put around how big an order

17  was or when it started.

18          As we worked a little bit more with them and

19  understood how they estimated or actually calculated our

20  trading costs, we tried to find ways to refine the way that

21  we presented the data to them so that we could get a more

22  accurate reflection of the costs.  So we gave them our order

23  management data at one point, which had time stamps on it so

24  they could get the actual time the order started.  We tried

25  to come up with ways which we could measure the size of the

1    order a little more accurately instead of having them

2    estimate through some assumptions that they made.  It's been

3    an ongoing process.  It continues today.

4    Q    I'll ask you to look behind Tab 1, which is

5    Exhibit 482.

6         On the first page, this is the agenda from the

7    January 23, 2006 -- excuse me, January 23, 2006, best

8    execution committee meeting.

9         Do you recognize this document?

10   A    Yes.

11   Q    And I'll represent to you about five pages in there's

12   an attachment, and I'll have you just briefly look at that.

13   It's at 243751.  Can we go to 243751, please.  And that's

14   the cover page for the attachment.

15        And do you recognize that?

16   A    I do.

17   Q    It says, "CRMC Best Execution Meeting."

18        And what is that?

19   A    It's a series of PowerPoint slides that I put together

20   for presentation that I gave at the best execution meeting

21   as noted in January of '06.

22   Q    And now can we go to 243769, please.

23        Are you there?

24   A    Yeah.

25   Q    And at the top, that says:  "Recap of Current

1  Changes."

2         Now, are the changes there mentioned referring to

3  information provided to Plexus by CRMC?

4  A    Yes.

5  Q    And the first one says, "Canceled and Re-authorized

6  Orders Are No Longer Linked."

7         What does that mean from a

8  before-the-change/after-the-change perspective?

9  A    Well, what -- from the inception that we had given

10  data to Plexus, we had never linked or tried to figure out

11  if orders had been canceled and re-authorized at all.  In a

12  period just prior to this being done, we tried to do that.

13  We tried to link together authorizations with cancels and

14  re-auths and it's hard to do because it wasn't coded in our

15  systems very effectively.  So we made a lot of assumptions

16  around how those should be linked, and we did that, and we

17  handed it to Plexus, and then they ran the data for us to

18  see what the results would look like.

19         This specifically is referring to the fact that

20  once we got those results back, we saw some anomalies in it

21  that made us think this wouldn't accurately reflect what it

22  was we were trying to measure in terms of our trading costs.

23  Throughout the entire process, we've tried to limit the

24  analysis of our trading costs to the traders on the trading

25  desk and the costs that they are incurring.  And what we saw

1128

```
 1    here is that there was a lot of noise in the data that was

 2    describing costs that weren't actually costs.

 3            For instance, canceled re-auth orders.  You'd have

 4    instances where an order would be canceled and then a long

 5    period of time would go through -- two weeks, or in some

 6    instances it was even longer -- and then that order would be

 7    linked back to this original authorization.  And in the

 8    intervening period, the stock price would move, and those

 9    costs were being attributed to trading cost.  And we didn't

10    really feel like those were trading costs.  We felt like it

11    was an investment decision cost.

12    Q    Let me ask you to look at the second one, which reads:

13    "Aggregate Results No Longer Linked to Cross Managers or

14    Locations."

15    A    Yeah, when we were looking at the data from the

16    changes that we made originally, we also noticed some

17    anomalies that were not representative of the way that we

18    manage money actually.  We use a multiple portfolio

19    counselor system where individual counselors make

20    independent decisions within the portfolio of the holdings

21    that they would like to have.

22            And we saw that -- in the process of trying to

23    relink orders, what was happening is that a portfolio

24    manager, for instance, portfolio manager A would have

25    started an order on one day, he may have finished it in two
```

1  days, and then, you know, three days later another portfolio

2  manager would put in the same cite and symbol, for instance,

3  of XYZ, and that was being linked back to the original

4  portfolio manager A's order.  And so any movement in the

5  stock would have created timing or delay costs, the way

6  Plexus categorized it, and they're attributing it to trading

7  which, first of all, had no bearing on the relationship

8  between the two decisions.  And it certainly wasn't a

9  trading cost.  So we decided that that -- we should get rid

10  of that anomaly.

11  Q     And why were these changes and, indeed, any changes to

12  the collection of Plexus data by CRMC made?

13  A     Yeah, it's -- again, we've always tried to find a way

14  to measure costs that would give us some sort of meaning

15  behind them that we could improve our processes on the

16  trading desk.  How we could improve our trading in

17  association with implementing portfolio decisions.

18  Q     So do I understand correctly that by making these

19  changes it eliminated accounting of certain costs which

20  never really existed?

21  A     The way that we were trying to measure in terms of

22  attributing them to the trading desk.

23  Q     And before implementing these types of changes, did

24  you discuss this with Plexus?

25  A     Yeah, we always had ongoing dialogues with Plexus in

1130

1    terms of what it is we're trying to measure and the

2    objectives that we were trying to achieve.  So when we got

3    the results back from the initial changes that we made, we

4    sat down with them, and I explained these anomalies to them.

5              And we discussed, okay, so what is it you're

6    trying to measure, what is it you're trying to achieve.  And

7    we talked about measuring trading costs, attributing them to

8    traders and trying to develop best practices around that.

9    And so we came up with an extraction method that would best

10   represent that.  And that's what we implemented.  Those were

11   the changes we made.

12   Q    Now, how important are the Plexus reports to your

13   analysis of best execution?

14   A    They're not extremely important.  It's a data point

15   that we use.  It's a tool that we follow and look at to see

16   if there's any trends or any discernible items in there that

17   might warrant attention.  What we found is that analyzing

18   trading costs is a very noisy, you know, exercise.  It's

19   very difficult to pinpoint a specific trading cost to

20   whether it was good, bad, or indifferent; and that's always

21   the problem.

22             So we use a lot of other metrics and tools to

23   determine whether or not we're achieving our best execution

24   obligation.

25   Q    And are there limitations to Plexus data?

1   A      Yeah.  I think that the basic methodology that Plexus

2   employs implies that they can estimate what trading cost

3   should be accurately, when they apply your -- I mean, you

4   have an objective measurement of what costs are and then

5   sort of this objective aspect of trying to benchmark those

6   costs.  They use Pagel.  It's a model that they develop.

7            The statistical significance of that model is

8   relatively low.  Certainly doesn't explain the variables.

9   Although significant, there's not a lot of explanatory power

10  in the model.  It's r-squareds of less than 10, so there's a

11  lot of unexplained variables that contribute to trading

12  costs that -- that is still there.  So it's -- it's -- it's

13  a benchmark.  It's good to look at, you know.  It's a good

14  way for us to just establish that there's nothing in our

15  processes that would make us seem that we're not able to

16  achieve best execution, but it's not -- it's not pure

17  science.

18  Q      And I'll ask you to look behind Tab 2, which is

19  Exhibit 487.  And on the first page, that's an agenda for

20  the February 21st, 2008, best execution meeting.

21            Do you see that?

22  A      Yes.

23  Q      Do you recognize these minutes?

24  A      Yeah.

25  Q      Or this agenda and minutes that follow?

1132

1   A      Yes, I do.

2   Q      And were you present at this meeting?

3   A      Yes.

4   Q      And can you please turn -- you'll see at the bottom it

5   says 450, but the Bates-stamp is 379816.

6          You see paragraph 5, it says:  "Plexus results."

7   A      Yes.

8   Q      And that last paragraph on the bottom, I'll read into

9   the record.  It says:

10         "Based on the review, the committee found that the

11  data confirmed that during the period's first quarter

12  through third quarter 2007, CRMC did get best execution."

13         Do you see that?

14  A      I do.

15  Q      My question is:  Does the best execution committee

16  rely solely on Plexus data to confirm that CRMC got best

17  execution?

18  A      No, it doesn't.

19  Q      And, I think you mentioned that you rely on other

20  sources.

21         What are some of the other sources that you rely

22  on to ensure that you're getting best execution?

23  A      Well, the execution process is ultimately entangled in

24  the result that our shareholders would receive.  And so the

25  portfolio counselors and analysts have a vested interest in

1133

1    generating those results, and so we rely to a great extent

2    on the opinions of the portfolio counselors and analysts in

3    terms of the execution quality they're receiving from our

4    traders.

5    Q    How do the portfolio counselors view the quality of

6    trade execution at CRMC?

7    A    It's been very favorable for a long period of time.

8    We do annual surveys with them that ask them to rate the

9    traders over a variety of dimensions on a scale of one to

10   four; and on average, they come in around 3.4 in each

11   dimension and across the totality of the entire survey.

12           In addition to that, I'll do individual interviews

13   of portfolio counselors and analysts to determine how the

14   execution is going, if there's any way that we can improve

15   it, et cetera, and consistently we've had nothing but

16   positive feedback on the traders.

17   Q    Do you ever conduct surveys?

18   A    I do.

19   Q    What have those shown?

20   A    They have shown very positive results.

21   Q    Returning briefly to Plexus.

22           Does Plexus measure something called "value

23   added"?

24   A    It does.  So it takes the raw cost of what the

25   trading -- what the trading is based on the data that you

1134

1    give Plexus, and it compares it to this estimate that's

2    created out of the model that they apply to it based on the

3    characteristics of the trade, and then they subtract the

4    Pagel from the raw costs and come up with a term they call

5    "value added," which is literally the difference between the

6    two.

7    Q    Is "value added" an objective measurement?

8    A    I don't think it's very objective.  I think it's very

9    subjective.  It's subjective to the model, and the model is

10   not that statistically significant.  It's not that effective

11   at measuring trading cost, in my opinion.

12   Q    And over the period 2003 to 2008, was there any

13   constant trend in CRMC's "value added"?

14   A    Really my belief is that it sort of bounced around

15   plus and minus, stayed above -- basically positive for the

16   entire period and kind of bounced around.

17   Q    Does that concern you?

18   A    No.

19   Q    Why not?

20   A    Because I just don't really give that much credence to

21   the "value added" for the reasons I discussed on the model.

22   What in reality what was happening was our trading costs

23   were staying relatively stable, and the model was showing

24   decreasing trading costs.  So we don't know the makeup of

25   Plexus's universe that create the subset of data they have

1135

```
 1   to factor the model.
 2              The models are typically regressed from the data a
 3   quarter prior and doesn't really reflect what might be
 4   happening in the market at the time your trading costs are
 5   incurred.  And so there is no explanation as to why the
 6   model's costs may have been coming down, but our costs were
 7   stable, resulting in sort of the "value added" changing.
 8   Q     And they're stable throughout what period?
 9   A     They've been stable since the time we've engaged
10   Plexus.
11   Q     Do you have any concerns that the size of the
12   American Funds have compromised CRMC's ability to obtain
13   best execution?
14   A     No.
15   Q     Is Plexus data presented on a fund-by-fund basis?
16   A     It's not.
17   Q     And does it contain trading costs for fixed-income
18   securities?
19   A     No, it doesn't.
20   Q     So would Plexus data present full trading costs data
21   regarding the eight funds at issue in this case?
22   A     No.
23   Q     Have you ever relied on Plexus data to gauge the
24   trading costs for any individual fund?
25   A     No.
```

1    Q     I'm going to show you Exhibit 2218-B; that's behind

2    Tab 3.  I'm not going to ask you about the advisory fees.

3    I'm just using this to show you the list of funds on the

4    left.  It's a document in evidence in the case.  And if you

5    can take a look at those eight funds on the list.

6              Does this list reflect the eight funds at issue in

7    the litigation?

8    A     Yes.

9    Q     And BFA is a Bond Fund?

10   A     That's right.

11   Q     And the rest of the funds are either Balanced or

12   Equity Fund?

13   A     Yes.

14   Q     What's a balance fund?

15   A     Invest in both equities and fixed income.

16   Q     And do you know generally for the seven equity funds

17   that are shown there, how do the trading costs for those

18   seven funds compare to the other American Funds in the

19   complex?

20   A     I never really looked at the individual fund's cost,

21   but what we did look at was -- what Plexus gave us was

22   diagnostics that would sort of describe where costs were

23   created within the complex.  And what you saw was that

24   typically large market cap U.S. domestic liquid securities

25   tended to have the lower costs, and that makes up the bulk

1    of these funds.

2    Q      On the list here?

3    A      So my suspicion would be that they wouldn't be --

4    these wouldn't be the more expensive funds, but I never

5    really looked at it.

6    Q      And when measuring the effectiveness of trading, do

7    you look at trading costs in isolation?

8    A      No.  I think there's a real danger in looking at

9    trading costs in isolation, to be quite honest with you, and

10   that's one of the things that we've struggled with in

11   employing Plexus when we originally employed them.  You can

12   measure cost pretty accurately.  It's not perfect, but we've

13   got it to the point where we think we measure our trading

14   costs fairly accurately.  The problem is determining whether

15   that's good, bad, or indifferent.

16          So if the objective of a management firm was to

17   lower their trading costs above all else, I think that could

18   have detrimental effects on portfolio returns, which is what

19   we focus on.  You know, it's a lot more important to get a

20   good high-conviction portfolio idea into the portfolio and

21   necessarily don't put it in there because it might incur

22   large trading costs.

23          You have instances, when we've looked at the data

24   where we have what Plexus would call a large, large trading

25   cost order, and we've looked at these in our best execution

1    committees on many occasions, and what you see is that, you

2    know, for instance, a stock could be trading up over time

3    that we had a large position in and it got to a valuation

4    where we felt we had received the return we had expected

5    based on the investment decision, and so we wanted to sell

6    the stock, and we wanted to sell it at these prices; this

7    was our value level.

8           So we sell the stock, and it could be that we

9    incur a little impact cost, and that would be one source of

10   the large cost.  Another source of sort of the large

11   negative "value added" would be that Plexus would assume in

12   their model that this stock would continue to go up.  And so

13   the "value added" is amplified because of that measure,

14   when, in fact, what you see -- what we saw is that stock

15   would go up, we'd sell it, and then if you looked at it over

16   time, then the stock would start to drift back down to lower

17   levels.

18          So, in fact, what was coming in through the

19   reports is something called a "large trade cost," which I

20   don't think anyone on the best execution committee would

21   think that was a bad trade.

22   Q    So there might be an occasion -- do I understand there

23   might be an occasion where a higher cost trade might be

24   justified by superior investment results to the

25   shareholders?

1  A     Oh, absolutely.  The whole idea of managing the

2  portfolios is to make sure that you enmesh both what the

3  portfolio professional's investment thesis is with the

4  trading strategy that you develop.  So in cases where they

5  think that they have informational advantage, for example,

6  you would want to incur a large trading cost because then

7  you would get the idea into the portfolio before the other

8  participants in the market would gain insight into the

9  informational advantage you would have.

10  Q     The American Funds experienced growth in assets from

11  2003 to 2007; correct?

12  A     That's right.

13  Q     And from a trading standpoint, was this growth

14  harmful?

15  A     No.

16  Q     Are there benefits from having a large asset base from

17  a trading perspective?

18  A     I think there are.  You have, I think, the resources,

19  financial resources, to be able to invest in the

20  infrastructure so you can deploy trading desks on a global

21  basis, you can invest in trading systems, state-of-the-art

22  systems; you can attract and re-train some of the best

23  associates out there to keep them to manage the trading

24  process within the funds.

25          You have leverage within the brokerage community.

1140

1    You can negotiate commission rates lower.  You can demand

2    and expect that their top talent is going to be the people

3    that you interface with on a day-to-day basis.  You can have

4    access to additional pools of liquidity that they're willing

5    to offer only their best funds by facilitating trades.

6    There's a whole host of benefits associated with the size of

7    the funds.

8    Q     Are CRMC's trading commission rates below the industry

9    average?

10   A     Yes, they are.

11   Q     Do you believe these lower rates are related to the

12   size of the funds?

13   A     I do.

14   Q     In what way?

15   A     The way that we're available to negotiate rates is

16   based on the total amount of business that we do with the

17   brokers, and so we can manage the relationships with our

18   brokers through the total pool of commissions that we

19   generate with.  And one is to reduce the overall rate we do.

20   Another one is to use electronic tools that they provide to

21   us and lower our overall rate by utilizing those tools.

22   Q     Have the American Funds decreased in size over the

23   past year?

24   A     Unfortunately, the market has gone down tremendously,

25   so, yes.

1   Q    What has happened to the funds' trading costs in the

2   past year or the past three quarters?

3   A    Yeah, we've actually seen our costs increase over the

4   last three quarters from where they were prior to that.

5   And, again, using the Plexus data, it basically looks like

6   it's a factor of the volatility increasing in the

7   marketplace and us being a little bit different -- on the

8   wrong side of some trades that we normally would have been.

9            MR. PELLEGRINO:  Thank you.  I have no further

10  questions on my direct, Your Honor.

11           THE COURT:  All right.  Cross-examination.

12                    *CROSS-EXAMINATION*

13  BY MR. CONGRESS:

14  Q    Mr. Lyons, let's take a look at Exhibit 487, which is

15  Tab 2 in the binder.

16           That's the best execution committee minutes of

17  February 2008 that you discussed with Mr. Murphy?

18  A    Yes.

19  Q    And turn to Page 0379816.

20           And you testified concerning the conclusion at the

21  end of the discussion, "Plexus Results."  It's in the middle

22  of the page.

23           Do you see that?

24  A    I do.

25  Q    And that conclusion is based on the review the

1142

1    committee found that the data confirmed that during the

2    period's first quarter through third quarter 2007, CRMC did

3    get best execution, and that's the conclusion of a

4    discussion of Plexus results; correct?

5    A    Yeah, that's what the minutes reflect.  It was my

6    understanding that, my recollection, that what the committee

7    typically talks about is that there doesn't seem to be

8    impediments seen in the data that would make us believe our

9    processes weren't allowing our traders to get best

10   execution.

11   Q    Now, isn't it true that in these best execution

12   committee minutes, the only thing that's mentioned as the

13   basis for concluding that CRMC got best execution is what

14   Plexus results show?

15   A    I think that we typically put in a lot of different

16   information to tell our best execution committee members the

17   environment our traders are finding themselves in, and all

18   of that information is used to make the determination of

19   whether or not we get best execution.

20   Q    But there's nothing in these minutes that discusses a

21   basis for concluding that there was best execution, other

22   than the discussion of the Plexus results?

23   A    Well, typically, for instance, on the previous pages

24   there's some regional trading updates from all of our

25   traders talking about issues and problems they have in each

1143

1    region and the positives and negatives associated with it in

2    terms of implementing portfolio decisions.  So that

3    certainly would be something that I would say is data that

4    we use to conclude it.

5    Q    Let's turn to the subject of "value added."

6              Isn't it true that the "value added" figure for

7    CRMC dropped steadily from the third quarter of 2003 through

8    the first quarter of 2005?

9    A    I don't -- I don't have it in front of me.

10   Q    But you don't -- you're not able, at least from the

11   top of your head, to say that's not true?

12   A    No, I don't -- I'm not disagreeing.  I just don't know

13   if that's the case.

14   Q    And isn't it true that after the first quarter of

15   2005, the "value added" figures never returned to where they

16   had been in 2003?

17   A    Is there a document or something I can look at and

18   verify?  I don't have a specific recollection of each

19   individual quarter's "value added."

20   Q    There are documents in the record.  I just wanted to

21   see what you can recall from the top of your head --

22   A    No, I don't -- it seems to me that our "valued added"

23   tended to bounce around from quarter to quarter.

24   Q    Wasn't there a period of time between 2003 and 2005

25   where it dropped substantially and then it sort of stayed

1144

1    relatively steady after that time?

2    A     I don't know what "substantially" means, but I think

3    that it was higher in the earlier periods specifically when

4    we were giving them accounting level data, and that number

5    changed pretty significantly when we went to order

6    management data, yeah.

7    Q     Well, even after you've changed the methodology in the

8    way that you've described in your direct testimony, didn't

9    evaluated figures keep dropping at that point?

10   A     I'm sorry -- again, my recollection is that the "value

11   added" figures sort of bounced around for the previous four

12   or five years, and they haven't really been a trend.

13   Q     And isn't it true that the "value added" figures

14   dropped substantially from what they were in 2000 to what

15   they were in 2003?

16   A     Yes.  But, again that's because the data that we gave

17   them didn't reflect the data that we'd given them in 2003.

18   There was no similarities between the data.

19   Q     Now, you testified that the r-squared figure in the

20   Plexus benchmark regressions were less than 10 percent?

21   A     Around there.

22   Q     But you still found the Plexus reports a helpful data

23   point to use?

24   A     We certainly used them in terms of cataloging our

25   trading costs and giving us a general comfort level that

1145

```
 1    there was nothing out of the ordinary or concern.

 2    Q     Do you know approximately how much CRMC is paying

 3    Plexus on an annual basis for providing the reports they

 4    provide?

 5    A     I think it's about $100,000.

 6    Q     A $100,000 a year?

 7    A     Yeah.

 8          MR. CONGRESS:  Thank you.  I have no further

 9    questions.

10          THE COURT:  All right.  Anything further from the

11    defendant?

12          MR. PELLEGRINO:  Nothing further, Your Honor.

13    Thank you.

14          THE COURT:  All right.  Thank you, sir.  You may

15    step down.

16          We'll take our noon recess at this point.  We'll

17    resume at 1:00 o'clock.

18              (Recess taken at 11:57 a.m.)

19

20

21                         -oOo-

22

23

24

25
```

1

2                            *CERTIFICATE*

3

4           *I hereby certify that pursuant to Section 753,*

5    *Title 28, United States Code, the foregoing is a true and*

6    *correct transcript of the stenographically reported*

7    *proceedings held in the above-entitled matter and that the*

8    *transcript format is in conformance with the regulations of*

9    *the Judicial Conference of the United States.*

10

11   *Date:  August 5, 2009*

12

13

14   _____

15   *LISA M. GONZALEZ, U.S. COURT REPORTER*
     *CSR NO. 5920*

16

17

18

19

20

21

22

23

24

25