GIBSON, DUNN & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 S. Grand Avenue, 46th Floor
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
e-mail: gevans@gibsondunn.com

MILBANK, TWEED, HADLEY &
 McCLOY LLP
JAMES N. BENEDICT, *Pro Hac Vice*
SEAN M. MURPHY, *Pro Hac Vice*
JAMES F. CAVOLI, *Pro Hac Vice*
C. NEIL GRAY, *Pro Hac Vice*
L. ANTHONY PELLEGRINO, *Pro Hac Vice*
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5127
Facsimile: (212) 530-5219
e-mail: jbenedict@milbank.com

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re AMERICAN MUTUAL FUNDS FEE LITIGATION, | Case No. CV 04-5593 GAF (RNBx) |
| This Document Relates to:<br>ALL ACTIONS | JUDGMENT AFTER COURT TRIAL<br>Trial Date: July 28, 2009<br>Time: 8:30 a.m.<br>Courtroom: 740 |

Based on the Court's Findings of Fact and Conclusions of Law, entered December 28, 2009, IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Judgment is entered for the Defendants, CAPITAL RESEARCH AND MANAGEMENT COMPANY and AMERICAN FUNDS DISTRIBUTORS, INC. against Plaintiffs, RODNEY T. JELINEK; DAVID L. CAPLAN & ROBERT M. MACKO, AS TRUSTEES OF THE DAVID L. CAPLAN REVOCABLE TRUST; GREGORY J. BAURNES; ERNEST VISALLI, and PAUL D. ANGOTTA, suing derivatively on behalf of AMCAP Fund, Inc., American Balanced Fund, Inc., The Bond Fund of America, Inc., Capital Income Builder, Inc., Capital World Growth and Income Fund, Inc., The Growth Fund of America, Inc., The Income Fund of America, Inc., and The Investment Company of America;

2. Plaintiffs take nothing on their claims against Defendants; and

3. Defendants are the prevailing parties and recover from Plaintiffs the costs of suit in an amount to be taxed by the Clerk.

THIS SHALL BE AND IS THE JUDGMENT OF THE COURT.

Dated: January 11, 2010

THE HONORABLE GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE